1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    PRASHMI KHANNA, et al.,                    Case No. 25-cv-01284-AMO

8                Plaintiffs,

9          v.                                   **ORDER TO SHOW CAUSE WHY
                                                CASES SHOULD NOT BE
10   NUNA BABY ESSENTIALS, INC.,                CONSOLIDATED**

11              Defendant.

12   BERNASCONI PELUFO, et al.,                 Case No. 25-cv-02961-AMO

13              Plaintiffs,

14         v.

15   NUNA BABY ESSENTIALS, INC.,

16              Defendant.

17

18         Plaintiffs in each of the above-captioned cases filed overlapping class action complaints,

19   asserting consumer protection claims against Defendant based on the manufacture and sale of its

20   Rava car seats.  Given the overlap between the two cases, the Court **ORDERS** all parties to

21   **SHOW CAUSE** why these actions should not be consolidated under Federal Rule of Civil

22   Procedure 42(a)(2).  Each set of Plaintiffs shall file a written response, of no more than three

23   pages, to this order by no later than July 22, 2025.  Defendant may also file a response, of no more

24   than three pages, to this order by no later than July 22, 2025.  All parties are expected to meet and

25   confer prior to filing their responses.  Should the parties reach agreement on consolidation, they

26   may file a stipulation and proposed order in lieu of a written response by no later than July 22,

27   2025.

28         The pending motions to dismiss are **ADMINISTRATIVELY TERMINATED**, subject to

United States District Court
Northern District of California

re-submission, if appropriate, following resolution of the consolidation issue.

**IT IS SO ORDERED.**

Dated: July 8, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California