1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: NUNA BABY ESSENTIALS          Case No. 25-cv-01284-AMO
    RAVA LITIGATION

8
                                         **SCHEDULING ORDER**
9

10

11

12

13        Having reviewed the parties' joint case management statement, ECF 42, the Court

14   **VACATES** the case management conference set for August 14, 2025 and **SETS** the following

15   deadlines:

16

| Event | Deadline |
|-------|----------|
| Parties to exchange initial disclosures | August 21, 2025 |
| Proposed stipulated protective order and ESI Order[1] | September 11, 2025 |
| Last day to add parties or amend pleadings | October 3, 2025 |
| Deadline to complete private ADR[2] | February 27, 2026 |
| Status report re ADR | March 13, 2026 |
| Plaintiff's motion for class certification and class certification expert reports | May 13, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s)[3] | June 12, 2026 |

---

[1] The parties shall file their proposed stipulated protective order and ESI order in compliance with Paragraph I.4 of the Court's Standing Order for Civil Cases.

[2] This case is **HEREBY REFERRED** to private ADR in light of the parties' agreement to that process.  ECF 42 at 9.

[3] Each side is limited to three Daubert motions throughout the entire case absent leave of court. *See* Standing Order for Civil Cases ¶ G.1.  Opening briefs are limited to 5 pages.  Opposition briefs are limited to 5 pages.  Replies shall not exceed 3 pages.

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Plaintiff's reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | July 13, 2026 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | August 12, 2026 |
| Plaintiff's reply in support of Daubert motion(s) | September 2, 2026 |
| Close of fact discovery (class and merits) | September 30, 2026 |
| Hearing on motion for class certification and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. |

Any party may seek modification of this Order for good cause. A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline and comply with Civil Local Rule 6-2 or 6-3 as appropriate.

Any request for an extension must be accompanied by a proposed order that includes a chart in the following format, with a Word version emailed to amopo@cand.uscourts.gov. *See* Civil L.R 5-1(f).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
|  |  |  |

**IT IS SO ORDERED.**

Dated: August 8, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2