1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206243)
2  Matthew B. George (SBN 239322)
   A.J. de Bartolomeo (SBN 136502)
3  Blair E. Reed (SBN 316791)
   Clarissa R. Olivares (SBN 343455)
4  1999 Harrison Street, Suite 1501
   Oakland, CA  94612
5  Telephone: (415) 772-4700
   Facsimile:  (415) 772-4707
6  Email:    lking@kaplanfox.com
             mgeorge@kaplanfox.com
7            ajd@kaplanfox.com
             breed@kaplanfox.com
8            colivares@kaplanfox.com

9  *Attorneys for Plaintiffs Mariana Bernasconi
   Pelufo, Eleisha Sadasey, Behnaz Faridian Kade,*
10 *and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 3:25-cv-01284-AMO |
|---|---|
| | Class Action |
| | **NOTICE OF CHANGE OF FIRM ADDRESS (SUITE NUMBER ONLY)** |
| | Judge: Hon. Araceli Martinez-Olguin |

Case No. 3:25-cv-01284-AMO

NOTICE OF CHANGE OF FIRM SUITE NUMBER

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's Oakland office has changed suite numbers and the address information for attorneys of record Laurence D. King, Matthew B. George, A.J. de Bartolomeo, Blair E. Reed, and Clarissa R. Olivares has changed.  The updated address information is:

Kaplan Fox & Kilsheimer LLP<br>
1999 Harrison Street, Suite 1501<br>
Oakland, CA 94612

All other contact information, including the telephone number, facsimile number, and email addresses for attorneys Laurence D. King, Matthew B. George, A.J. de Bartolomeo, Blair E. Reed, and Clarissa R. Olivares remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 7, 2025     By:  /s/ *Laurence D. King*
                                    Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
A.J. de Bartolomeo (SBN 136502)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails:    *lking@kaplanfox.com*
           *mgeorge@kaplanfox.com*
           *ajd@kaplanfox.com*
           *breed@kaplanfox.com*
           *colivares@kaplanfox.com*

*Attorneys for Plaintiffs Mariana Bernasconi Pelufo, Eleisha Sadasey, Behnaz Faridian Kade and the Proposed Class*