# EXHIBIT A

# RAVA

## Voluntary Recall

**Voluntary recall: Nuna RAVA Manufactured between July 16, 2016 and October 25, 2023**

We take pride that you have chosen our gear to be part of your everyday life with your family, and strive to always provide the best, safest gear possible. Responsibility and dependability are two of Nuna's core values.

We have initiated a voluntary recall of RAVA models manufactured between July 16, 2016 and October 25, 2023 in which owners are eligible to receive a Remedy Kit.

We are taking this proactive step as part of our commitment to ensuring the highest safety standards. The defect, which relates to motor vehicle safety, is a result of debris entering the area where the RAVA's front harness adjuster button is located. Debris may cause the teeth of the adjuster mechanism to no longer properly clamp onto the adjuster strap, resulting in the harness no longer remaining tight. A loose harness may not properly restrain the occupant, increasing the risk of injury in a crash.

### 1. Order Remedy Kit

Fill out the form below to request your Remedy Kit, which includes: a seat pad, matching headrest cover, cleaning kit, and care instructions.

All owners of RAVAs manufactured before October 25, 2023 should request the Remedy Kit to ensure your car seat's harness adjuster is kept clean and working correctly.




Contact Us

Where to find Manufacture Date and Model Number



| | |
|---|---|
| CS-50-001 | CAVIAR |
| CS-50-002 | INDIGO |
| CS-50-003 | BERRY |
| CS-50-004 | BLACKBERRY |
| CS-50-004 | BLACKBERRY |
| CS-50-005 | SLATE |
| CS05101CHC | CHARCOAL |
| CS05103CVR | CAVIAR |
| CS05103FRT | FROST |
| CS05103GRN | GRANITE |
| CS05103LAK | LAKE |
| CS05103OXF | OXFORD |
| CS05103ROS | ROSE |
| CS05115DDC | DROPLET DOT COLLECTION |
| CS05105BAC | BROKEN ARROW CAVIAR |
| CS05106BRS | BRUSHSTROKE |
| CS05107RFD | REFINED |
| CS05109RVT | RIVETED |
| CS05110LGN | LAGOON |
| CS05110EDG | EDGEHILL |
| CS05111OCN | OCEAN |
| CS05114CRD | CURATED |
| CS05104THR | THREADED |
| CS05101HCV | VERONA |

Where to find Manufacture Date and Model Number



These model numbers are part of this recall:

| Model Number | Name |
|---|---|
| CS-50-001 | CAVIAR |
| CS-50-002 | INDIGO |
| CS-50-003 | BERRY |
| CS-50-004 | BLACKBERRY |
| CS-50-004 | BLACKBERRY |
| CS-50-005 | SLATE |
| CS05101CHC | CHARCOAL |
| CS05103CVR | CAVIAR |
| CS05103FRT | FROST |
| CS05103GRN | GRANITE |
| CS05103LAK | LAKE |
| CS05103OXF | OXFORD |
| CS05103ROS | ROSE |
| CS05115DDC | DROPLET DOT COLLECTION |
| CS05105BAC | BROKEN ARROW CAVIAR |
| CS05106BRS | BRUSHSTROKE |
| CS05107RFD | REFINED |
| CS05109RVT | RIVETED |
| CS05110LGN | LAGOON |
| CS05110EDG | EDGEHILL |
| CS05111OCN | OCEAN |
| CS05114CRD | CURATED |
| CS05104THR | THREADED |
| CS05101HCV | VERONA |

## 2. Check Your Harness

Perform a Harness Function Test on your RAVA manufactured before October 25, 2023.

You may continue to use your car seat as directed if your car seat's harness is functioning properly and securing the occupant consistent with the existing instruction manual and labels.

**If your car seat's harness is not functioning properly, stop using your RAVA car seat and contact Nuna immediately at info.usa@nunababy.com or 1-855-686-2891.**

## 3. Remedy Kit Instructions

After receiving your remedy kit, follow the instructions carefully to install the new seat pad, and if necessary, clean the locking mechanism.

07:44

**DOWNLOAD REMEDY KIT INSTRUCTIONS**

After you follow the remedy kit instructions, complete the Harness Function Test again.

If your car seat's harness is not functioning properly, stop using your RAVA car seat and contact Nuna immediately at info.usa@nunababy.com or 1-855-686-2891.

---

**REMEDY KIT REQUEST FORM**
For questions: info.usa@nunababy.com or 1-855-686-2891

**We do not ship to an APO, AE, P.O. Boxes, or addresses outside the U.S**

First Name

Jane

Last Name

Smith

Street Address 1

123 Center Avenue

Street Address 2

Postal Code

Postal Code

City

City

State

-

Email

hello@example.com

Telephone

555-555-5555

## Purchased Product Details

Model Number

-

Serial Number

Date of Manufacture

valid dates: 3/1/2016 to 10/25/2023

*\* Required Fields*

SUBMIT