# EXHIBIT B



Nuna Baby Essentials Inc
70 Thousand Oaks Boulevard, Morgantown, PA 19543

# IMPORTANT SAFETY RECALL

This notice applies to your car seat
NHTSA Recall No. 24C002

January 15, 2025

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.  Nuna Baby Essentials, Inc. (Nuna) has decided that a defect which relates to motor vehicle safety exists in certain Nuna Rava Convertible Car Seats manufactured between July 2016 and October 2023.   Debris can enter the area where the front harness adjuster button is located. The debris may cause the harness to no longer remain tight.  According to our records, your car seat is affected.  A loose harness may not properly restrain the child, increasing the risk of injury in a crash.

The purpose of this letter is to alert you to this recall.  We are currently developing a free remedy kit, and when it is available, we will send you another notification.

We would like to confirm whether you still own the Rava Convertible Car Seat.  Please go to [www.nunababy.com/usa/recalls-rava1](www.nunababy.com/usa/recalls-rava1), email: info.usa@nunababy.com, or call 1-855-686-2891 to confirm your contact information.  We will use it to send you the free remedy kit when it is available.  If you prefer to wait until you receive the next notification that the remedy kits are available, you may do so.

**Until you receive the remedy kit, you may continue using your car seat as long as the harness is properly securing the occupant consistent with the existing instruction manual and labels.  Check the performance of your harness by pushing on the seat back with one hand and pulling the harness straps firmly with the other.  The harness should stay locked and not lengthen when performing this test.**



**If the harness lengthens while performing the test, STOP using the seat and contact Nuna immediately.**

The model numbers below are affected for all dates of manufacture ranging from **July 16, 2016 to October 25, 2023.**

| | | | | | |
|---|---|---|---|---|---|
| CS-50-001 | CAVIAR | CS05103FRT | FROST | CS05106BRS | BRUSHSTROKE |
| CS-50-002 | INDIGO | CS05103GRN | GRANITE | CS05107RFD | REFINED |
| CS-50-003 | BERRY | CS05103LAK | LAKE | CS05109RVT | RIVETED |
| CS-50-004 | BLACKBERRY | CS05103OXF | OXFORD | CS05110LGN | LAGOON |
| CS-50-005 | SLATE | CS05103ROS | ROSE | CS05110EDG | EDGEHILL |
| CS05101CHC | CHARCOAL | CS05115DDC | DROPLET DOT COLLECTION | CS05111OCN | OCEAN |
| CS05101HCV | VERONA | CS05105BAC | BROKEN ARROW CAVIAR | CS05114CRD | CURATED |
| CS05103CVR | CAVIAR | | | CS05104THR | THREADED |

Where to find Manufacture Date and Model Number

 

PLASTIC COVER

If you have questions, or want to register to receive a remedy kit, please contact Nuna by visiting www.nunababy.com/usa/recalls-rava1, email: info.usa@nunababy.com or call 1-855-686-2891, Monday through Friday from 8am to 4pm EST.

If you have any question or concerns regarding this recall, please contact Nuna. If you are not able to obtain this remedy free of charge or within a reasonable amount of time, you may submit your complaint to: Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE, Washington, D. C. 20590 or call the toll free Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1-800-424-9153) or go to http://www.safercar.gov.

Nuna sincerely regrets any inconvenience this situation may have caused you.