Valerie M. Goo (CA Bar No. 187334)
  VGoo@crowell.com
Branden Nikka (CA Bar No. 352943)
  BNikka@crowell.com
Kendyl Barnholtz (CA Bar No. 359694)
  KBarnholtz@crowell.com
CROWELL & MORING LLP
515 South Flower Street
41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile:  213.622.2690

Scott L. Winkelman (DC Bar No. 416747) (admitted pro hac vice)
Swinkelman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile:  202.628.5116

Robert A. Mantel (NY Bar No. 5128756)
(admitted pro hac vice)
  RMantel@crowell.com
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: 212.223.4000
Facsimile:  212.223.4134

*Attorneys for Defendant*
NUNA BABY ESSENTIALS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 3:25-cv-01284-AMO<br><br>**[PROPOSED] ORDER GRANTING NUNA BABY ESSENTIALS, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:   April 16, 2026<br>Time:   2:00 p.m.<br>Place:   Courtroom 10, 19th Floor<br><br>Judge:   Hon. Araceli Martínez-Olguín |

Defendant, Nuna Baby Essentials, Inc.'s ("Nuna") Motion to Dismiss came before the Court for hearing on April 16, 2026, at 2:00 p.m. Having considered Nuna's Motion and supporting documents, including the memorandum of points and authorities, reply brief, and Plaintiffs' opposition papers, and the argument of the parties, and such other documents and information appropriately considered, the Court finds as follows:

Plaintiffs' Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because:

A. Plaintiffs' First, Second, Third, Fourth, and Fifth Causes of Action fail to state claims because Plaintiffs fail to allege any actionable misrepresentation or omission.

B. Plaintiffs' First, Second, Third, Fourth, and Fifth Causes of Action fail to state claims because Plaintiffs fail to allege actual reliance on alleged misrepresentations.

C. Plaintiffs' First, Second, Third, Fourth, and Fifth Causes of Action fail to state an omission-based claim because Plaintiffs fail to allege a duty to disclose.

D. Plaintiffs' Second Cause of Action fails to state claim because there is no allegation of physical injury, nor allegation of membership in a limited group for whose benefit the representation was made.

Accordingly, Nuna's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint with prejudice is **GRANTED**.

**IT IS SO ORDERED.**

Dated: ___, 2026

By: _____
The Honorable Araceli Martínez-Olguín
United States District Judge,
Northern District of California