1    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
2    Adam A. Edwards (*pro hac vice*)
     William A. Ladnier (SBN 330334)
3    Virginia Ann Whitener (*pro hac vice*)
     800 S. Gay Street, Suite 1100
4    Knoxville, TN 37929
     Telephone: (865) 247-0080
5    Facsimile: (865) 522-0049
     Email:  *aedwards@milberg.com*
6            *wladnier@milberg.com*
             *gwhitener@milberg.com*
7
     **KAPLAN FOX & KILSHEIMER LLP**
8    Laurence D. King (SBN 206423)
     Matthew B. George (SBN 239322)
9    AJ de Bartolomeo (SBN 136502)
     Clarissa R. Olivares (SBN 343455)
10   1999 Harrison Street, Suite 1501
     Oakland, CA 94612
11   Telephone: (415) 772-4700
     Facsimile:  (415) 772-4707
12   Email: *lking@kaplanfox.com*
             *mgeorge@kaplanfox.com*
13           *ajd@kaplanfox.com*
             *colivares@kaplanfox.com*
14
     *Attorneys for Plaintiffs and the Proposed Class*
15
     [Additional Counsel Appear on Signature Page]
16

**CROWELL & MORING LLP**
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby Essentials, Inc.*

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18

19

20   IN RE: NUNA BABY ESSENTIALS RAVA
     LITIGATION

Case No. 3:25-cv-01284-AMO

21                                                      CLASS ACTION

22                                                      JOINT STIPULATION AND [PROPOSED]
                                                        ORDER TO EXTEND DEADLINE FOR
23                                                      PRIVATE ADR

24

25

26

27

28

Plaintiffs Tina Marie Barrales, Alyna Smith, Mariana Bernasconi Pelufo, and Behnaz Faridian Kade ("Plaintiffs") and Defendant Nuna Baby Essentials, Inc. ("Nuna"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on August 7, 2025, Plaintiffs filed the Consolidated Class Action Complaint, ECF No. 43;

WHEREAS, on August 8, 2025, the Court issued the Scheduling Order, ECF No. 47, setting the deadline for private Alternative Dispute Resolution ("ADR") for February 27, 2026;

WHEREAS, on August 28, 2025, Defendant moved to dismiss the Consolidated Class Action Complaint, ECF No. 49, and the Parties fully briefed Defendant's motion to dismiss;

WHEREAS, on January 8, 2026, the Parties appeared at a hearing on Defendant's motion to dismiss and, as confirmed in a minute order issued January 9, 2026, the Court granted Defendant's motion to dismiss, with leave to amend some of Plaintiffs' claims, ECF No. 64;

WHEREAS, on February 6, 2026, Plaintiffs filed the First Amended Consolidated Complaint ("FACC"), ECF No. 69;

WHEREAS, Defendant intends to move to dismiss the FACC, prompting further briefing and another motion to dismiss hearing date yet to be set;

WHEREAS, in order to facilitate a productive private mediation, the Parties require additional time to have any motions on the pleadings settled and additional discovery completed in order to meaningfully assess the possibility of any alternative dispute resolution;

WHEREAS, the Parties agree that continuing the mediation deadline approximately six (6) months will allow them to resolve any pleadings' motions and continue exchanging discovery that will inform potential settlement negotiations;

WHEREAS, no continuance of the mediation deadline has been previously requested, and no other dates set forth in the Court's scheduling order will be impacted by moving the mediation deadline.

ACCORDINGLY, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

With the Court's permission, and good cause shown, the Parties' deadline for completion of private ADR be extended to August 28, 2026 and the post-mediation status report will be due September 11, 2026:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to complete private ADR | February 27, 2026 | August 28, 2026 |
| Status report re ADR | March 13, 2026 | September 11, 2026 |

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  February 18, 2026      By:  /s/ *Matthew B. George*
                       Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: *lking@kaplanfox.com*
        *mgeorge@kaplanfox.com*
        *ajd@kaplanfox.com*
        *colivares@kaplanfox.com*

*Attorneys for Plaintiffs Mariana Bernasconi Pelufo,*
*Behnaz Faridian Kade, and the Proposed Class*

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

DATED:  February 18, 2026      By:  /s/ *Adam A. Edwards*
                       Adam A. Edwards

Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  *aedwards@milberg.com*
        *wladnier@milberg.com*
        *gwhitener@milberg.com*

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (866) 252-0878

Case No. 3:25-cv-01284-AMO

STIPULATION AND [Proposed] ORDER TO EXTEND DEADLINE FOR PRIVATE ADR

1    Fax: (865) 522-0049
     astraus@milberg.com

2    **LAUKAITIS LAW LLC**
     Kevin Laukaitis (*pro hac vice*)
3    Daniel Tomascik (*pro hac vice*)
     954 Avenida Ponce De Leon
4    Suite 205, #10518
     San Juan, PR 00907
5    Telephone: (215) 789-4462

6    *Attorneys for Plaintiffs Tina Marie Barrales, Alyna*
     *Smith, and the Proposed Class*

7
     **CROWELL & MORING LLP**
8
     DATED:  February 18, 2026        By:    /s/ *Valerie M. Goo*
9                                             Valerie M. Goo

10   Valerie M. Goo (SBN 187334)
     VGoo@crowell.com
11   Branden Nikka (SBN 352943)
     BNikka@crowell.com
12   Kendyl Barnholtz (SBN 359694)
     KBarnholtz@crowell.com
13   515 South Flower Street 41st Floor
     Los Angeles, CA 90071
14   Telephone: 213.622.4750
     Facsimile: 213.622.2690
15
     **CROWELL & MORING LLP**
16   Scott L. Winkelman (*pro hac vice*)
     SWinkelman@crowell.com
17   1001 Pennsylvania Avenue, NW
     Washington, DC 20004
18   Telephone: 202.624.2500
     Facsimile: 202.628.5116
19
     *Attorneys for Defendant Nuna Baby Essentials, Inc*
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February, 2026, at San Diego, California.


 /s/ *Matthew B. George*
Matthew B. George

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION,** and good cause shown, the following dates are modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to complete private ADR | February 27, 2026 | August 28, 2026 |
| Status report re ADR | March 13, 2026 | September 11, 2026 |

**IT IS SO ORDERED**.

DATED: _____ March 2, 2026

_____
The Honorable Araceli Martínez-Olguín
United States District Judge