# EXHIBIT A



Nuna Baby Essentials Inc
70 Thousand Oaks Boulevard, Morgantown, PA 19543

# IMPORTANT SAFETY RECALL

This notice applies to your car seat
NHTSA Recall No. 24C002

February 21, 2025

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.  Nuna Baby Essentials, Inc. (Nuna) has decided that a defect which relates to motor vehicle safety exists in certain Nuna Rava Convertible Car Seats manufactured between July 2016 and October 2023.   Debris can enter the area where the front harness adjuster button is located. The debris may cause the harness to no longer remain tight.  According to our records, your car seat is affected.  A loose harness may not properly restrain the child, increasing the risk of injury in a crash.

The purpose of this letter is to notify you that **Remedy kits are now available.**

If you have received your kit, please follow the included instructions to repair your car seat.  If you have previously confirmed your contact information concerning this recall, we will ship you a kit.

**If you have not already done so, please confirm your contact information and that you still own the Rava Convertible Car Seat** by going to www.nunababy.com/usa/recalls-rava1, email Nuna at info.usa@nunababy.com, or call 1-855-686-2891.  A remedy kit will then be sent to you.

The remedy kit will consist of (i) a new seat pad (including installation instructions), (ii) instructions for you to check that the harness is working properly, and (iii) if harness is not working properly, instructions for properly cleaning the harness adjuster area.  The new seat pad design will cover the plastic escutcheon area and help prevent debris from entering the harness adjuster mechanism.  If cleaning is necessary, the kit also includes a screwdriver to remove and then replace the plastic cover (escutcheon) that is located over the harness adjuster, and a plastic brush with stiff bristles and a flat end to clean the harness adjuster's teeth and clear any debris from the affected area.  After you review the instructions, if you find that your harness is not working properly and you are unable or unwilling to perform the cleaning of the harness adjuster area, we will provide information to enable you to contact Nuna for additional assistance and cleaning at no charge.  If it is necessary to bring your restraint back to Nuna for cleaning, Nuna will pay the shipping costs.

**Until you receive the remedy kit, you may continue using your car seat as long as the harness is properly securing the occupant consistent with the existing instruction manual and labels. Check the performance of your harness by pushing on the seat back with one hand and pulling the harness straps firmly with the other.  The harness should stay locked and not lengthen when performing this test.**



**If the harness lengthens while performing the test, STOP using the seat and contact Nuna immediately.**

The model numbers below are affected for all dates of manufacture ranging from
**July 16, 2016 to October 25, 2023.**

| | | | | | |
|---|---|---|---|---|---|
| CS-50-001 | CAVIAR | CS05103FRT | FROST | CS05106BRS | BRUSHSTROKE |
| CS-50-002 | INDIGO | CS05103GRN | GRANITE | CS05107RFD | REFINED |
| CS-50-003 | BERRY | CS05103LAK | LAKE | CS05109RVT | RIVETED |
| CS-50-004 | BLACKBERRY | CS05103OXF | OXFORD | CS05110LGN | LAGOON |
| CS-50-005 | SLATE | CS05103ROS | ROSE | CS05110EDG | EDGEHILL |
| CS05101CHC | CHARCOAL | CS05115DDC | DROPLET DOT COLLECTION | CS05111OCN | OCEAN |
| CS05101HCV | VERONA | CS05105BAC | BROKEN ARROW CAVIAR | CS05114CRD | CURATED |
| CS05103CVR | CAVIAR | | | CS05104THR | THREADED |

Where to find Manufacture Date and Model Number




PLASTIC COVER

If you have questions, or want to register to receive a remedy kit, please contact Nuna by visiting www.nunababy.com/usa/recalls-rava1, email: info.usa@nunababy.com or call 1-855-686-2891, Monday through Friday from 8am to 4pm EST.

If you have any questions or concerns regarding this recall, please contact Nuna. For seat owners who paid out of pocket to replace the recalled seat because it is affected by the issue leading to this recall on or before February 14, 2025, please go to https://nunababy.com/usa/reimbursements-rava1.  If you are not able to obtain this remedy free of charge or within a reasonable amount of time, you may submit your complaint to: Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE, Washington, D. C. 20590 or call the toll free Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1-800-424-9153) or go to http://www.safercar.gov.

Nuna sincerely regrets any inconvenience this situation may have caused you.