**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  *aedwards@milberg.com*
        *wladnier@milberg.com*
        *gwhitener@milberg.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: *lking@kaplanfox.com*
        *mgeorge@kaplanfox.com*
        *ajd@kaplanfox.com*
        *colivares@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Appear on Signature Page]

**CROWELL & MORING LLP**
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby Essentials, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 3:25-cv-01284-AMO<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES** |

Plaintiffs Alyna Smith, Mariana Bernasconi Pelufo, and Behnaz Faridian Kade ("Plaintiffs") and Defendant Nuna Baby Essentials, Inc. ("Nuna"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on August 7, 2025, Plaintiffs filed the Consolidated Class Action Complaint, ECF No. 43;

WHEREAS, on August 8, 2025, the Court issued the Scheduling Order, ECF No. 47, setting the below-listed discovery and class certification deadlines;

WHEREAS, no pretrial conference or trial dates have been set by the Court;

WHEREAS, Plaintiffs served Requests for Production on August 27, 2025, and Interrogatories on November 10, 2025;

WHEREAS, Defendant served Requests for Production and Interrogatories on November 7, 2025;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on August 28, 2025, ECF No. 49;

WHEREAS, Defendant's Motion to Dismiss was granted with leave to amend certain claims at a hearing held on January 7, 2026;

WHEREAS, the Parties met and conferred extensively on a document search term protocol regarding Plaintiffs' Document Requests and reached an agreement on search terms on January 20, 2026;

WHEREAS, the Parties have coordinated discovery across several related cases pending in other federal courts to conserve the resources of the Parties and encourage judicial economy;

WHEREAS, on February 6, 2026, Plaintiffs filed the First Amended Consolidated Complaint ("FACC"), ECF No. 69, and the Parties fully briefed Defendant's Motion to Dismiss the FACC which is set for hearing on April 16, 2026;

WHEREAS, Defendants have produced approximately 8,000 documents to date on a rolling basis, has deposed all Plaintiffs in this matter and the majority of all Plaintiffs across the related cases;

WHEREAS, Defendant's document production is ongoing, and after further meet and confer, the Parties have agreed that Defendant intends to substantially complete production of the documents by April 24, 2026;

WHEREAS, Plaintiffs will need additional time to review the Defendant's remaining productions, schedule their depositions of Defendant's custodians and witnesses, and prepare expert reports prior to filing for class certification, for which the current deadline is May 13, 2026;

WHEREAS, the Parties will benefit from the Court's forthcoming ruling on Defendant's Motion to Dismiss to determine the scope of any remaining claims for Plaintiffs' class certification motion;

WHEREAS, the Parties have met and conferred and have agreed that continuing the current case schedule by approximately 90 days will permit them to obtain the Court's ruling on the Defendant's pending Motion to Dismiss, complete production and review of documents, complete depositions, and confer with their experts about the remaining issues for class certification proceedings;

WHEREAS, the Parties have not previously sought any extensions of the discovery of class certification deadlines;

WHEREAS, the Parties previously have only sought and received an extension of the deadline to complete Alternative Dispute Resolution ("ADR") because it was going to fall before the pleadings were settled, ECF Nos. 71, 74;

WHEREAS, the Parties submit that good causes exists for the proposed extension because they have been actively and diligently litigating this matter both in this Court and the related cases and believe the requested extension will preserve the Parties' resources and encourage judicial economy.

ACCORDINGLY, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

With the Court's permission, and good cause shown, the Parties' class certification and discovery deadlines to be continued approximately 90 days, as follows:

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to complete private ADR | August 28, 2026 | August 28, 2026 |
| Plaintiffs' motion for class certification and class certification expert reports | May 13, 2026 | August 14, 2026 |
| Status report re ADR | September 11, 2026 | September 11, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s) | June 12, 2026 | September 18, 2026 |
| Plaintiff's reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | July 13, 2026 | October 16, 2026 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | August 12, 2026 | November 6, 2026 |
| Plaintiff's reply in support of Daubert motion(s) | September 2, 2026 | November 20, 2026 |
| Close of fact discovery (class and merits) | September 30, 2026 | January 15, 2027 |
| Hearing on motion for class certification and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. | To be set by the moving party based on the Court's availability at the time of filing. |

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  March 24, 2026

By:   /s/ *Matthew B. George*
          Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*
          *ajd@kaplanfox.com*
          *colivares@kaplanfox.com*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

*Attorneys for Plaintiffs Mariana Bernasconi Pelufo, Behnaz Faridian Kade, and the Proposed Class*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

DATED:  March 24, 2026

By:  /s/ *Adam A. Edwards*
      Adam A. Edwards

Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  aedwards@milberg.com
          wladnier@milberg.com
          gwhitener@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (866) 252-0878
Fax: (865) 522-0049
astraus@milberg.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (*pro hac vice*)
Daniel Tomascik (*pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462

*Attorneys for Plaintiff Alyna Smith and the Proposed Class*

**CROWELL & MORING LLP**

DATED:  March 24, 2026

By:   /s/ *Valerie M. Goo*
      Valerie M. Goo

Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

- 4 -                              Case No. 3:25-cv-01284-AMO
JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby Essentials, Inc*

\*\*\*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of March, 2026, at San Diego, California.

  /s/ *Matthew B. George*
        Matthew B. George

[~~PROPOSED~~] ORDER

**PURSUANT TO THE STIPULATION,** and good cause shown, the following dates are modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to complete private ADR | August 28, 2026 | August 28, 2026 |
| Plaintiffs' motion for class certification and class certification expert reports | May 13, 2026 | August 14, 2026 |
| Status report re ADR | September 11, 2026 | September 11, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s) | June 12, 2026 | September 18, 2026 |
| Plaintiff's reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | July 13, 2026 | October 16, 2026 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | August 12, 2026 | November 6, 2026 |
| Plaintiff's reply in support of Daubert motion(s) | September 2, 2026 | November 20, 2026 |
| Close of fact discovery (class and merits) | September 30, 2026 | January 15, 2027 |
| Hearing on motion for class certification and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. | To be set by the moving party based on the Court's availability at the time of filing. |

**IT IS SO ORDERED**.

DATED: _____3/25/2026_____

_____
The Honorable Araceli Martinez-Olguín
United States District Judge