**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  *aedwards@milberg.com*
       *wladnier@milberg.com*
       *gwhitener@milberg.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *ajd@kaplanfox.com*
       *colivares@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 3:25-cv-01284-AMO <br><br> <u>CLASS ACTION</u> <br><br> **STATEMENT OF RECENT DECISIONS PURSUANT TO LOCAL RULE 7-3(d)** |

Pursuant to Local Rule 7-3(d), Plaintiffs provide the Court with notice of the following recent opinions:

- **Exhibit A:** March 30, 2026 Order on Defendant's Motion to Dismiss in the matter of *Baig v. Nuna Baby Essentials, Inc*., No. 5:25-cv-03327-JLS, pending in the Eastern District of Pennsylvania, ECF No. 38; and

- **Exhibit B:** March 30, 2026 Order on Defendant's Motion to Dismiss in the matter of *Moncada, et al., v. Nuna Baby Essentials, Inc*., No. 25-cv-2592 (PKC), pending in the Southern District of New York, ECF No. 36.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  April 7, 2026

By:   /s/ *Matthew B. George*
            Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: *lking@kaplanfox.com*
        *mgeorge@kaplanfox.com*
        *ajd@kaplanfox.com*
        *colivares@kaplanfox.com*

*Attorneys for Plaintiffs Mariana Bernasconi Pelufo, Behnaz Faridian Kade, and the Proposed Class*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

DATED:  April 7, 2026

By:  /s/ *William A. Ladnier*
            William A. Ladnier

Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080

Facsimile: (865) 522-0049
Email:  *aedwards@milberg.com*
        *wladnier@milberg.com*
        *gwhitener@milberg.com*

**MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (866) 252-0878
Fax: (865) 522-0049
astraus@milberg.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (*pro hac vice*)
Daniel Tomascik (*pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462

*Attorneys for Plaintiff Alyna Smith and the
Proposed Class*