United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 25-cv-01284-AMO<br><br>**ORDER REQUIRING OMNIBUS SEALING MOTION** |

By May 13, 2026, the parties **SHALL FILE** one omnibus sealing motion that includes all pending administrative motions to seal.  The motion shall comply with Civil Local Rule 79-5 and shall consolidate argument wherever possible.  The motion shall be accompanied by a proposed order that resolves all pending sealing motions, which, pursuant to Section H.7 of this Court's Civil Standing Order, shall include a chart in the following format:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| *Example:* John Doe Medical Records | 34-2 | 35-2 | 35 | Plaintiff | If partial, specify page and line numbers. | Sensitive portions of medical record are unrelated to the claims. | |

A Word version of the proposed order shall be emailed to amopo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 5, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**