**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  aedwards@milberg.com
        wladnier@milberg.com
        gwhitener@milberg.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
A.J. de Bartolomeo (SBN 136502)
Clarissa Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email:  lking@kaplanfox.com
        mgeorge@kaplanfox.com
        ajd@kaplanfox.com
        colivares@kaplanfox.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 3:25-cv-01284-AMO |
| | **<u>Class Action</u>** |
| | **FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| | **DEMAND FOR JURY TRIAL** |

**[PUBLIC/REDACTED VERSION OF DOCUMENT]**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Case No. 3:25-cv-01284-AMO

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | PARTIES | 8 |
| | A. Plaintiffs | 8 |
| | B. Defendant | 9 |
| III. | JURISDICTION AND VENUE | 9 |
| IV. | DIVISIONAL ASSIGNMENT | 10 |
| V. | FACTUAL ALLEGATIONS | 10 |
| | A. Nuna Manufacture RAVA Car Seats and Markets Them As Safe | 10 |
| | B. The RAVA Car Seat Defect and Recall | 14 |
| | C. Consumers Reported the Defect to Nuna in 2017 Soon After RAVAs Went on Sale | 16 |
| | D. Consumers Reported the Defect to NHTSA Soon After RAVAs Went on Sale | 38 |
| | E. Nuna's Voluntary Recall is Ineffective | 47 |
| | F. Consumers Continue to Complain About the Defect and the Recall | 50 |
| VI. | PLAINTIFFS' EXPERIENCES | 61 |
| | A. Plaintiff Tina Marie Barrales | 61 |
| | B. Plaintiff Alyna Smith | 63 |
| | C. Plaintiff Mariana Bernasconi Pelufo | 65 |
| | D. Plaintiff Behnaz Faridian Kade | 67 |
| VII. | THE STATUTES OF LIMITATIONS SHOULD BE TOLLED | 70 |
| | A. Continuing Act Tolling | 70 |
| | B. Fraudulent Concealment Tolling | 71 |
| | C. Discovery Rule Tolling | 72 |
| | D. Estoppel | 72 |
| VIII. | CLASS ACTION ALLEGATIONS | 72 |
| IX. | CLAIMS FOR RELIEF | 74 |
| | PRAYER FOR RELIEF | 83 |
| | JURY TRIAL DEMAND | 84 |

Plaintiffs Tina Marie Barrales, Alyna Smith, Mariana Bernasconi Pelufo, and Behnaz Faridian Kade, individually, and on behalf of themselves and a Class of those similarly situated ("Plaintiffs"), bring this action by the undersigned counsel against Defendant Nuna Baby Essentials, Inc. ("Defendant" or "Nuna") based upon personal knowledge of the allegations pertaining to themselves, and upon information, belief, and the investigation of counsel as to all other allegations.

## I.    INTRODUCTION

1.    Plaintiffs Tina Marie Barrales, Alyna Smith, Mariana Bernasconi Pelufo, and Behnaz Faridian Kade, on behalf of themselves and all others similarly situated, bring this Consolidated Class Action Complaint against defendant Nuna Baby Essentials, Inc. for designing, manufacturing, developing, marketing, selling, and distributing the defective and unsafe "RAVA" Convertible Car Seat ("RAVA," or "RAVA Car Seat") throughout the United States.

2.    The RAVA Car Seats are marketed as "convertible" car seats, meaning that they are designed to adjust to accommodate a child from infancy to childhood, beginning as a rear-facing car seat for infants and children from 5 to 50 pounds which can be converted to a forward-facing car seat for children at least 2 years old. As children continue to grow, the car seat can be extended to secure children up to 65 pounds. *See* https://nunababy.com/usa/rava-convertible-car-seat, *last accessed February 4, 2026.*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -                                                     Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

3.    The RAVA Car Seats are sold for approximately $550.00, significantly more expensive than similar convertible car seats. *See* https://brixy.com/products/nuna-rava-monterey-convertible-car-seat-exclusive, *last accessed March 26, 2025.*





4.    On its website, Nuna advertises the RAVA Car Seats as a "[f]an-favorite for security, ease-of-use, longevity and sleek design." *See* https://nunababy.com/usa/rava-convertible-car-seat, *last accessed February 4, 2026.* The RAVA Car Seats, like other car seats, are designed and manufactured to provide safe and secure transport for children riding in a vehicle. The RAVA Car Seats provide protection through a five-point harness system that, when tightened, is designed

to remain securely in place until the front release button is pressed and the harness straps are loosened simultaneously. As the marketing confirms, the harness system is intended to remain secure throughout the ride, and especially during a crash. *Id.*

5.      This, however, is not the case. The RAVA Car Seats are unsafe and unsuitable for their intended purpose: providing safe transport for children because of a dangerous safety defect. The front harness adjuster controls the tightness of the RAVA Car Seat straps, but Nuna designed over 600,000 RAVA Car Seats manufactured between July 16, 2016 and October 25, 2023 without a cover over the front harness adjuster area. *See* RAVA Voluntary Recall, https://nunababy.com/recalls-rava1, *last accessed February 5, 2026* ("Recall Notice"), attached as **Exhibit A**. As a result, debris—whether from snacks, toys, or any of the endless variety of debris a child can produce—that falls into the front harness adjuster area can "cause the teeth of the adjuster mechanism to no longer properly clamp onto the adjuster strap, resulting in the harness no longer remaining tight. A loose harness may not properly restrain the occupant, increasing the risk of injury in a crash." *Id.; see also* Nuna Baby Essentials Inc, Important Safety Recall, Jan. 15, 2025, https://static.nhtsa.gov/odi/rcl/2024/RIONL-24C002-8759.pdf, *last accessed February 5, 2026* ("January Notice Letter"), attached as **Exhibit B** ("Debris can enter the area where the front harness adjuster button is located [which] may cause the harness to no longer remain tight. A loose harness may not properly restrain the child, increasing the risk of injury in a crash."). Herein, Plaintiffs collectively refer to the dangerous failures of the harness mechanism and straps to remain secure described in the Recall Notice and January Notice Letter as the "Defect." Many consumers have also publicly reported experiencing the Defect occurring even without debris in the harness adjuster area or after cleaning it out.

6.      As a result of this dangerous Defect, toddlers and children can—and indeed have— experienced the harness and straps of the RAVA Car Seat loosening to the point that they are not secure while in transit and can even get out of the RAVA Car Seat while their parent is driving. Slippage of the harness during a crash can also compromise the ability of the RAVA to properly secure the child through the crash and allow for increased excursion out of the child seat. In the

worst-case scenario, a child could be insecurely fastened during a car accident, leading to injury or even death.

7.      Not only is it critical that children and infants are secure in their harness, especially in the event of a crash, but children are "not known for their neatness": the presence of sand, dirt, crumbs, slick substances, or other debris on the surface of the RAVA Car Seat may cause the Defect to manifest, preventing the adjuster mechanism from functioning properly and allowing the harness to loosen. *See* https://www.nbcnews.com/business/recall/nuna-baby-essentials-recall, *last accessed February 4, 2026*. And, consumers have publicly reported experiencing the Defect even without debris and even after cleaning any debris out. Simply put, the Defect causes the RAVA Car Seat to fail to provide the intended and expected safety protection for children in motor vehicles.

8.      This is a dangerous Defect which Defendant has known about since at least 2017 due to a complaint from a consumer in California. By the time it finally issued the Recall in December 2024, Nuna had received over 700 direct complaints about the Defect from consumers in the United States. Additionally, by the time of the Recall, consumers had lodged 46 complaints with the National Highway Transportation Safety Administration ("NHTSA"). Accordingly, at a minimum, Nuna had knowledge of the Defect for at least *seven and a half years* during which it should have disclosed the Defect to prospective consumers, warned owners about it, and promptly pulled the RAVA out of the marketplace. Instead, Nuna concealed the known Defect from unsuspecting purchasers in violation of California law.

9.      Nuna has had extensive knowledge of the Defect and has been keenly aware of the serious safety risks it poses because consumers began reporting directly to Nuna that the Defect was occurring just months after the RAVAs initially went on sale. In response to NHTSA's investigation into the Defect, Nuna reviewed and collected statistics and customer service records pertaining to the Defect and provided them to NHTSA. A review of those complaints indicates that Nuna received 29 complaints about the Defect by the end of 2018. By the end of 2019, Nuna had received another 35 complaints about the Defect. Nuna received another 12 complaints in 2020 and 42 more complaints in 2021. In 2022, Nuna received another 122 complaints—and 182 more in 2023. In 2024, Nuna received a staggering 311 complaints about the Defect. Dozens of these

- 4 -                          Case No. 3:25-cv-01284-AMO

complaints were made by consumers in California. Nuna identified that the customer complaints about the Defect were recorded from car seats manufactured only in 2016, 2017, 2018, 2019, 2020, 2021, 2022, and 2023, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

10.     Since 2017, Nuna's customers have specifically pointed out directly to Nuna the dangers and stress associated with the safety Defect, even using the term "defect" in their inquiries and questioning whether the problem was "by design." Moreover, many consumers reported issues with multiple RAVAs, including replacements that had been sent to purportedly remedy the Defect in their previous RAVAs. This indicates that Nuna not only knew there was a dangerous Defect, but continued to mislead parents by indicating that the issue could be remedied with a replacement RAVA. In reality, Nuna was just sending the customer a replacement RAVA with the same Defect, thereby exacerbating the safety issues. Instead, Nuna should have told those consumers that the Defect could not be fixed, issued refunds, and stopped selling defective RAVAs.

11.     Further, customers specifically tried some of the purported remedial actions that Nuna later recommended with its Recall, such as cleaning the RAVA, only to have the Defect recur. Some consumers even expressed discomfort with taking remedial actions that Nuna suggested because they were concerned it would worsen the problem. As part of Nuna's customer service program, Nuna even required RAVA owners to send Nuna with photos and videos of the Defect occurring—which they did.

12.     Nuna's deceptive conduct is especially egregious because it touts the RAVA's "unwavering security," "all-steel frame," and "energy absorbing foam" to convince safety-conscious parents to shell out for an expensive car seat, but all of those safety features are for naught if the RAVA Car Seat fails in its most basic purpose: securely fastening children into the RAVA. *See* https://nunababy.com/usa/rava-convertible-car-seat, *last accessed February 4, 2026.*

13.     Nuna concealed the RAVA's safety Defect because it knows parents like Plaintiffs are concerned for the safety of their children and are willing to pay top-dollar for the safest car seat possible. No reasonable consumer would purchase a premium, expensive car seat to transport

babies and children that has or could develop a serious safety defect that could harm or even kill their child. Had Nuna disclosed the Defect to consumers, they would not have purchased RAVAs and/or would not have paid high, premium prices for them.

14. While some consumers can no longer use their RAVA Car Seats because of the Defect and have resorted to purchasing substitute car seats, others, who simply cannot afford to replace their $550 RAVA, now fear for their children's safety because the Defect can manifest while in ordinary use—indeed, the Defect's manifestation is *caused* by perfectly ordinary use.

15. As of December 20, 2024, the RAVA Car Seats are subject to a Recall. *See* Recall Notice, Exhibit A; January Notice Letter, Exhibit B, which references the Recall as "NHTSA Recall No. 24C002." Notably, over a year later not all impacted consumers have received this notice yet. Further, it is unclear how Nuna intends to send this notice to consumers or whether Nuna can even ensure that all purchasers of the Product receive notice of the Recall at all. Given this, it is unclear if a majority of RAVA Car Seat purchasers have learned—or even can learn—about the dangers of continued use of the RAVA Car Seats, or of the inherent and significant safety risks associated with continued use of the RAVA Car Seats.

16. In the Recall notice, Nuna recognizes that the Defect impacts the safety of the RAVA Car Seat and, when manifested, can cause the harness to loosen, which causes it to "not properly restrain the occupant, increasing the risk of injury in a crash." Recall Notice, Exhibit A, at 1. Indeed, Nuna explains that "[i]f the harness lengthens while [testing to determine if the Defect has manifested], STOP using the seat . . . immediately." January Notice Letter, Exhibit B, at 2. Nuna itself warns consumers not to use the RAVA Car Seats when the Defect manifests—which, given the common circumstances giving rise to manifestation, likely occurs often—but fails to provide a meaningful remedy to address this or provide monetary reimbursement.

17. The Recall is wholly inadequate. Rather than actually recalling this unsafe product, Nuna instead only offers to provide parents with instructions on how to slightly clean and modify their existing RAVA Car Seat—by promising only a new seat pad, cleaning kit, and care instructions (the "Remedy Kit") (which would only end up arriving months after the Recall was announced). *See* Recall Notice, Exhibit A. Parents must then disassemble, clean, and reassemble

Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

the RAVA Car Seat, and hope that the Defect will not manifest or recur. The Recall also relies on the parent to properly re-assemble the adjuster cover and correctly re-route straps through the seat cover. Thus, even setting aside Nuna's failure to provide any financial compensation, the inadequacy of these modifications of the Recall only further diminishes the value of Nuna's so-called "luxurious" car seats. https://nunababy.com/usa, *last accessed February 4, 2026.*

18. Worse, the Recall requires consumers to *request* remediation—which they must install themselves, as laypersons with no knowledge of the design of car seats. And, consumers have publicly complained to NHTSA and retailers that the Recall (and Nuna's handling of it) is ineffective because, *inter alia*, that notice of Nuna's recall never reached them directly and that they only learned about it through third-parties; that Nuna's customer service was disorganized and unresponsive; that Nuna refused to provide reimbursements, refunds, or replacement non-defective car seats; that the Defect was occurring even without debris and that it continued to recur after cleaning; that Nuna's Remedy Kit was not available for many months after the Recall; that Nuna's Remedy Kit was difficult to install; that the RAVA was not properly tested for safety with the Recall and/or Remedy Kit; and that the Defect persisted after the Remedy Kit was installed and cleaning instructions Nuna provided were undertaken. In some of the more remarkable complaints, consumers reported that Nuna's customer service personnel gallingly suggested that rodents were infested in a consumer's car seat and told a woman who was 34 weeks pregnant that she had to undertake the physically strenuous task of removing her RAVA that she had already registered with Nuna in order to confirm its information before being provided a Remedy Kit. Despite these facts, Nuna claims that it has done all it has to and that consumers should just have to live with their defective, demonstrably unsafe car seats, and its shoddy Recall.

19. Accordingly, Plaintiffs bring this proposed class action on behalf of California consumers and request a full refund, reimbursements, and/or applicable damages for these expensive RAVA Car Seats, as well as all other appropriate injunctive and equitable relief.

///

///

///

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## II.    PARTIES

### A.    Plaintiffs

20.    Plaintiff Tina Marie Barrales is a citizen of the State of California in Los Angeles County.

21.    In approximately August 2022, Plaintiff Barrales purchased a RAVA Car Seat in Huntington Park, California from Nordstrom, an authorized retailer. Ms. Barrales' RAVA Car Seat has a model number CS05105BAC and was manufactured on November 25, 2021.

22.    Plaintiff Alyna Smith resides in and is a citizen of the State of California in Los Angeles County.

23.    In August 2023, Plaintiff Smith purchased a RAVA Car Seat in California online from bambibaby.com. Ms. Smith's RAVA Car Seat has a model number CS05103 and manufactured on December 10, 2022.

24.    Plaintiff Mariana Bernasconi Pelufo resides in and is a citizen of the State of California in San Francisco County.

25.    In September 2019, Plaintiff Bernasconi Pelufo purchased a RAVA Car Seat in California for $444.44. After that RAVA Car Seat was involved in a car break-in in approximately October, 2019, Plaintiff Bernasconi Pelufo gifted it to a friend and then purchased a second RAVA Car Seat in California in November 2019 for $399.99. Plaintiff Bernasconi Pelufo was then involved in a car accident on May 27, 2022, and, as her child was quickly outgrowing the RAVA Car Seat, purchased a Nuna Exec Car Seat to replace the RAVA Car Seat after the accident.

26.    Plaintiff Behnaz Faridian Kade resides in and is a citizen of the State of California in Los Angeles County.

27.    In 2021, Plaintiff Faridian Kade purchased a RAVA Car Seat in California from Pottery Barn for approximately $550.00. On or about August 24, 2022, Plaintiff Faridian Kade purchased a second RAVA Car Seat from Bloomingdale's for $547.45. Plaintiff Faridian Kade's RAVA Car Seats have model numbers of CS05103CVR and CS05103ROS, serial numbers of 0788875 and 0552308, and were manufactured on September 4, 2021, and June 9, 2022, respectively.

**B.    Defendant**

28.    Defendant Nuna Baby Essentials, Inc., is a Pennsylvania corporation whose principal place of business is at 70 Thousand Oak Blvd., Morgantown, Pennsylvania 19543-8878. Thus, for jurisdictional purposes, Defendant is a citizen of the State of Pennsylvania.

29.    Defendant Nuna Baby Essentials, Inc., is owned by Nuna International B.V., a subsidiary of Wonderland Nurserygoods, a Taiwanese company.

30.    Nuna Baby Essentials, Inc. designs, manufactures, distributes, markets, advertises, labels, and sells products for babies to consumers throughout the United States, including in California.

**III.    JURISDICTION AND VENUE**

31.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 ("CAFA") because: (1) there are 100 or more putative Class Members; (2) the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest and costs; and (3) there is diversity because Plaintiffs and Defendant are citizens of different states. *See* 28 U.S.C. § 1332(d)(2)(A).

32.    This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

33.    This Court has personal jurisdiction over Plaintiffs because Plaintiffs are citizens of California and purchased the product in California and within this District.

34.    This Court has personal jurisdiction over Defendant because Defendant has transacted business and affairs in California and has committed the acts complained of in California.

35.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b), (c), and (d) because a substantial part of the events giving rise to Plaintiffs' claims occurred in this District. Defendant has transacted business and affairs in this District and has committed the acts complained of in this District.

/ / /

/ / /

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## IV. DIVISIONAL ASSIGNMENT

36. Pursuant to Local Rules 3-2(c) and 3-2(d), assignment of this Action to the San Francisco Division or the Oakland Division is proper because a substantial part of the events or omissions giving rise to Plaintiff Bernasconi Pelufo's claims occurred in San Francisco County.

## V. FACTUAL ALLEGATIONS

### A. Nuna Manufactures RAVA Car Seats and Markets Them As Safe

37. Nuna is a consumer goods company founded in 2007 specializing in baby products. https://www.linkedin.com/company/nunababy/, *last accessed February 4, 2026.*

38. Nuna markets itself as a "global brand . . . inspired by the ingenuity of Dutch design." https://nunababy.com/usa/about, *last accessed February 4, 2026.*

39. Nuna develops, manufactures, markets, and sells car seats, including all variations of the RAVA Car Seat. The RAVA product line includes several substantially similar models: CS-50-001 Caviar, CS-50-002 Indigo, CS-50-003 Berry, CS-50-004 Blackberry, CS-50-005 Slate, CS05101CHC Charcoal, CS05103CVR Caviar, CS05103FRT Frost, CS05103GRN Granite, CS05103LAK Lake, CS05103OXF Oxford, CS05103ROS ROSE, CS05115DDC Droplet Dot Collection, CS05105BAC Broken Arrow Caviar, CS05106BRS Brushstroke, CS05107RFD Refined, CS05109RVT Riveted, CS05110LGN Lagoon, CS05110EDG Edgehill, CS05111OCN Ocean, CS05114CRD Curated, CS05104THR Threaded, and CS05101HCV Verona. *See* Recall Notice, Exhibit A.

40. Per Nuna's website, consumers can purchase the RAVA at Brixy, where it is listed for $550. https://nunababy.com/usa/rava-convertible-car-seat, *last accessed August 5, 2025*; https://brixy.com/products/nuna-rava-monterey-convertible-car-seat-exclusive, *last accessed February 4, 2026.* The RAVA Car Seat is also available at other online and brick and mortar vendors throughout the United States, including such as Nordstrom, Bloomingdale's, Pottery Barn Kids, Neiman Marcus, Kidsland USA, and others.

41. Nuna's RAVA is priced well in excess of competitors' models, even selling at multiples of what other well-known brands charged. In a survey of 2022 prices from the American Academy of Pediatrics, found at healthychildren.org, Nuna's RAVA was listed at $449.95 with the

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

convertible model priced at $599.95. Comparable models were substantially cheaper, such as Cosco Scenera NEXT priced at $48.98, Disney Scenera NEXT Luxe priced at $54.99, Evenflo Sonus priced at $85.99, Safety 1st JIVE priced at $99.99, Baby Trend Trooper priced at $99.99, Maxi-Cosi Romi priced at $129.99, Graco Contender GO Convertible priced at $139.99, and Britax Emblem priced at $199.99.

42.    Nuna commands this expensive price point because of its perception among new parents and within the industry: that its car seats, including the RAVA Car Seats at issue, are high quality, long lasting, and—above all else—very safe.

43.    The RAVA Car Seats are marketed as "convertible" car seats, meaning that they are designed to adjust to accommodate a child from infancy to childhood, beginning as a rear-facing car seat for infants and children from 5 to 50 pounds which can be converted to a forward-facing car seat for children at least 2 years old. As children continue to grow, the car seat can be extended to secure children up to 65 pounds. https://nunababy.com/usa/rava-convertible-car-seat, *last accessed March 26, 2025*.

44.    Plaintiffs allege that Nuna represented that the RAVA Car Seat would expand to grow with consumers' children, and even indicated on a sticker on the seat shell and in the instruction manual that a RAVA would last 10 years. Consumers have discussed this representation online. *See, e.g.*, https://www.nhtsa.gov/car-seat/NUNA/RAVA/a__4248717 complaint dated February 21, 2023 noting the RAVA's "10 year expiration date"), *last accessed March 27, 2025*; https://community.babycenter.com/post/a75754862/nuna-rava-worth-the-hype (comment asking: "Will [the RAVA Car Seat] make it the 10 years as advertised?"), *last accessed March 27, 2025.*

45.    The RAVA Car Seat is marketed as "a reliable anchor to your child's car-riding adventures and your parental peace of mind[.]" Nuna promises that consumers who buy a RAVA Car Seat "can trust in its unwavering security[.]" https://nunababy.com/usa/rava-convertible-car-seat, *last accessed August 5, 2025*.

46.    In promotional materials distributed at the point of sale, Nuna advertises that RAVA purchasers can "relax and enjoy every magical, messy, covered-with-crumbs moment."

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



Hit the road
ready

It's uncomplicated and un-fussy. Our RAVA convertible car seat is filled with little extras like laid back legroom, fuss-free adjustments, unique installation that makes setup a snap, and no added fire retardant chemicals.

So you can relax and enjoy every magical, messy, covered-with-crumbs moment.

**RAVA can be used from 5 to 65 lb.**
• **Rear-facing** 5 to 50 lb
• **Forward-facing** 25 to 65 lb

47.     These representations echo representations Nuna makes about its products generally, *see id.*:

> Our baby gear is extensively tested before it leaves the factory. We use advanced equipment and testing methods, going above and beyond what's required. To ensure compliance with safety standards, we regularly have our gear tested at accredited, independent labs.

48.     On the "Features & Specs" page for the RAVA Car Seat, Nuna begins by listing six safety features, including several promising that consumers' children will be securely fastened into the RAVA. Specifically, Nuna advertises the RAVA Car Seat's:

- "All-steel frame and reinforced belt path for superior protection

- EPO energy-absorbing foam and Side Impact Protection (SIP) pods for ultimate safekeeping

- Simply™ secure installation for confidence every time

- True tension™ doors provide a secure fit without the struggle

- Colored belt path indicators decrease risk of install errors

- Quick-release 3 to 5-point harness makes it easy to fasten them in[.]"

*See* https://nunababy.com/usa/rava-convertible-car-seat, *last accessed March 26, 2025.*

- 12 -                                     Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

49.     The RAVA manual includes a section titled "Cleaning and Maintenance," but does not advise parents to keep the harness latching mechanism area clean or free of debris. For example, in the section titled "Cleaning the Harness," Nuna advises that, "[w]hen required, harness may be hand washed with a sponge . . ." and towel dried. Nuna does not instruct parents to brush out or vacuum the harness locking mechanism area to remove any crumbs or debris. Nor does it state that debris in the harness latching mechanism may cause the straps to loosen. To the contrary, the instructions state: "WARNING: Do not attempt to disassemble the Child Restraint. **Only perform steps shown in this manual**." (Emphasis provided).

50.     Nuna also engaged in targeted advertising for the RAVA Car Seat through the internet and social media.

51.     Targeted advertising occurs when, based off a profile built by analyzing an individual's online and on-device activity, businesses and retailers like Nuna target specific, individual consumers with advertisements that are likely to be relevant to their interests, such as expecting parents. As any new parent knows, targeted advertising is particularly prevalent in the market for baby products, such as car seats.

52.     As evidenced by the supremacy of safety considerations in its marketing, Nuna knows that safety is the paramount consideration of parents purchasing a RAVA Car Seat. For example, Nuna boasts that "Nuna's luxurious car seats are engineered for growth keeping baby to 'tween safe at every stage. Combining safety with high design, Nuna's car seats are mindfully manufactured[.]" https://nunababy.com/usa, *last accessed March 26, 2025*. In its "Car Seat Headquarters" webpage, https://nunababy.com/usa/us-car-seat-headquarters, *last accessed March 26, 2025*. Nuna describes its purportedly top-of-the-line safety features at length:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**









Unique safety features

**A.** True tension™ doors ensure an ultra-secure fit in vehicle without the struggle.

**B.** Bubble-free installation—Designed and engineered to give you the ability to choose your preferred recline angle without the need for a bubble indicator.

**C.** Steel reinforced True lock™ and rigid latch— True lock™ installation makes set up swift, simple and above all—safe.

**D.** Aeroflex™ side impact protection—Aeroflex™ foam is cleverly lightweight, resilient, and minimizes force transferred to baby by absorbing and diffusing energy.

**E.** Multi-position steel stability leg reduces forward rotation of the car seat, absorbs impact, and minimizes forces transferred to the baby in the event of a vehicle crash.

53.     But all of these highly-marketable safety innovations are for naught if the RAVA Car Seat fails to perform a car seat's most basic function: keeping children fully secured in the child seat.

**B.     The RAVA Car Seat Defect and Recall**

54.     On December 20, 2024, Nuna instituted a "voluntary recall" for 600,000 RAVA Car Seats manufactured between July 16, 2016 and October 25, 2023. *See* Recall Notice, Exhibit A; NHTSA, Part 573 Safety Recall Report, Nov. 27, 2024, https://static.nhtsa.gov/odi/rcl/2024/RCLRPT-24C002-8642.PDF, *last accessed February 5, 2026.*

55.     This Recall concerns a Defect involving a "loose harness [that] may not properly restrain the occupant, increasing the risk of injury in a crash." Recall Notice, Exhibit A.

56.     Due to this Defect, the harness may become loose and not function properly, including, but not only, when debris that enters the area where the front harness adjuster button is located that "may cause the teeth of the adjuster mechanism to no longer properly clamp onto the

- 14 -                          Case No. 3:25-cv-01284-AMO

adjuster strap, resulting in the harness no longer remaining tight." *Id.* The Recall Notice states that, when the Defect manifests, consumers should *immediately* stop using the RAVA Car Seat. *Id.*

57. Put differently, despite Defendant's representations about the safety of the RAVA Car Seat, the RAVAs do not meet the bare minimum standards of operating with the usual and expected level of safety due to the Defect in the RAVA's design. The RAVA Car Seat lacks a cover over the front harness adjuster, which controls the tightness of the RAVA's straps. According to Nuna, as a result, debris, including from snacks, toys, etc., that falls into the front harness adjuster area can "imped[e] the mechanism from properly clamping on the strap," causing the RAVA's straps to loosen. https://www.nbcnews.com/business/recall/nuna-baby-essentials-recall, *last accessed February 4, 2026.* Once the RAVA's straps are loosened, a child can crawl out of their car seat, or, in the case of a car accident, be seriously injured or even killed. Many parents have also publicly reported the Defect occurring even without debris in the harness adjuster area.

58. This is an extremely dangerous Defect. As any parent or caregiver, or anyone familiar with children whatsoever, will understand, the Defect is exacerbated because children leave behind debris of all kinds—from crumbs of puff snacks, to melted ice cream, to bits of tanbark and twigs—even under the watchful eye of a guardian. Even Nuna recognizes this fact in its advertising, referring to every "covered-with-crumbs moment." Every defective RAVA Car Seat is therefore likely to manifest the Defect at some point (and many parents publicly reported the Defect occurring even without the presence of debris).

59. Dr. Alisa Baer, a pediatrician and co-founder of The Car Seat Lady, an advocacy organization devoted to preventing children's injuries in cars, confirms this. "The looser the child is in the straps, the longer it takes to stop," she explained. *Id.* "You do not want to make contact with anything except your seat belt or car seat straps in a crash." *Id.* "You should notice no give in the straps. They shouldn't budge[.]" *Id.* When dirt, crumbs, or other debris enter the harness adjuster, "children can accidentally loosen the car seat straps if they lean forward because the locking mechanism might not work[.]" *Id.* Moreover, Dr. Baer confirmed the obvious: "Children are not known for their neatness," meaning that the Defect is likely to manifest. *Id.* "The gripper teeth just don't grip as well on a slick surface." *Id.*

- 15 -                                            Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**C.    Consumers Reported the Defect to Nuna in 2017 Soon After RAVAs Went on Sale**

60.    Nuna has had extensive knowledge of the Defect and has been keenly aware of the serious safety risks it poses because consumers began reporting directly to Nuna that the Defect was occurring just months after the RAVAs initially went on sale. In response to NHTSA's investigation into the Defect, Nuna reviewed and collected statistics and customer service records pertaining to the Defect and provided them to NHTSA, as summarized below.

61.    Specifically, records produced by Nuna to NHTSA indicate that Nuna began receiving complaints of the Defect on July 13, 2017—seven and a half years before the Recall, two years before the earliest of Plaintiffs' purchases, and six years before the most recent of Plaintiffs' purchases.

62.    Nuna received 46 complaints of the Defect by the first of Plaintiffs' purchases of the RAVA in September, 2019, and would go on to receive at least 320 complaints of the Defect by the most recent of Plaintiffs' purchases of the RAVA in August 2023.

63.    In response to NHTSA's investigation into the Defect, Nuna sent a letter to NHTSA on July 18, 2024, signed by Steve Gerhart, Nuna's Product Development Vice President, stating that a review of Nuna's customer service records in the Wilke CMS platform that Nuna used from 2017 through October 2020 revealed 71 complaints made to Nuna about the Defect during that period. Nuna submitted spreadsheets containing those customers' complaints and customer service records with its submission to NHTSA.

64.    Nuna sent an additional letter to NHTSA on June 21, 2024, again signed by Product Development Vice President Steve Gerhart, stating that a review of Nuna's customer service records in the ZenDesk CMS platform that Nuna used between October 2020 and March 30, 2024, revealed 438 complaints made to Nuna about the Defect. Nuna also submitted spreadsheets containing those customers' complaints and customer service records with its submission to NHTSA.

65.    On January 30, 2025, Nuna sent a letter in response to NHTSA's investigation into the Defect, signed by Product Development Vice President Steve Gerhart, stating that a review of

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Nuna's customer service records in the ZenDesk CMS platform that Nuna used after October 2020, revealed 491 complaints about the Defect on RAVAs manufactured between 2020 and 2022. The majority of these complaints were already included in the June 21, 2024, submission to NHTSA that included complaints through March 30, 2024.

66. In that same January 30, 2025 letter, Nuna stated that it had received 108 complaints of the Defect stemming from RAVAs manufactured in 2023. The data Nuna provided to NHTSA appears to show that approximately 18 of the 108 complaints for the 2023 manufactured RAVAs were already accounted for in Nuna's June 21, 2024, submission, indicating 90 new complaints received between April 1, 2024 and December 31, 2024. Nuna also submitted spreadsheets containing those customers' complaints and customer service records with its submission to NHTSA.

67. Notably, of the 90 new complaints for RAVAs manufactured in 2023, some were for the re-designed RAVA Car Seats that Nuna contends are Defect-free. However, the customers' complaints suggest that the re-designed RAVA continues to be defective.

68. Collectively, Nuna's submissions to NHTSA in response to its investigation into the Defect indicate that Nuna has received, as of December 31, 2024, a total of 738 complaints about the Defect, including:

        (a)    71 complaints received from 2017 through October 2020;

        (b)    438 complaints received between October 2020 and March 30, 2024;

        (c)    139 additional complaints received between April 1, 2024, through December 31, 2024 for RAVAs manufactured between 2020 and 2022; and

        (d)    90 complaints (de-duplicated) received between April 1, 2024 and December 31, 2024 for RAVAs manufactured in 2023. Nuna reported to NHTSA that the last batch of 90 complaints had "very limited" data about the redesigned RAVAs that were manufactured beginning in October 2023.

69. In response to the NHTSA defect investigation, Nuna produced customer service records from its Wilke CMS database that pertained to the Defect. Nuna stated that it used the Wilke database from the time RAVAs went on sale through October 2020. As part of that NHTSA

investigation, Nuna identified 71 complaints from consumers regarding the Defect. In the excerpts of consumers' complaints below, they are presented in the form received with very minimal edits for spelling, punctuation, or grammar. However, personal information such as names of children, email addresses, and phone numbers have been removed with "[#]" for privacy.

70. **2017:** The first complaint identified in the Wilke database is dated July 13, 2017—seven and a half years before the Recall, two years before the earliest of Plaintiffs' purchases, and six years before the most recent of their purchases. The customer, who was a resident of Pomona, California, reported the exact Defect later warned about in the Recall Notice:

> Hello I have a nuna rava car seat and I love the car seat it's so comfy but recently I been noticing the harness doesn't feel safe for my child with out me even using the harness adjuster to loosening the straps it gets loose on its own I have a defective car seat. As this is really unsafe for my child.

71. Just five days later, on July 18, 2017, another customer complained directly to Nuna customer service that the Defect was causing safety problems and sent Nuna a video demonstrating the Defect presenting in her child's RAVA:

> Hello I just spoke with Lynn (sp?) on the phone about the problem with my daughter's carseat straps extending even without me pressing the button. Here is a link to the video - the file was too large to include directly in this email. Please let me know if you have trouble viewing it! https://savage.wistia.com/medias/a025mf05z8Thank you ▮▮▮▮    Model Name: RAVA Model No: CS-50-005Serial No: 0132678Manufactured in: 2016/07/18

72. Notably, in the customer's complaint from July 18, 2017, the manufacture date on the RAVA was July 2016, which indicated to Nuna that it was part of one of the first batches of manufactured RAVAs.

73. **2018:** Customer complaints from RAVA owners continued to flow in. In 2018, Nuna received 27 customers complaints about the Defect that it later reported to NHTSA, including 5 more from RAVA owners in California. Nuna identified that the customer complaints in 2018 were recorded from car seats manufactured throughout 2016, 2017, and 2018, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

74.    A sample of the customers' complaints in 2018 are as follows:

a.    The straps don't lock. I can't take my kid anywhere. Can we please resolve quickly

b.    I have the RAVA and the straps are getting loose by themselves. I put my daughter in the seat and by the time I get to the destination the seat straps are loose. I have not taken the seat apart.

c.    Hi, I'm having some concerns with my RAVA car seat. The straps seem to be loosening up on their own by the time I arrive to my destinations with my child. My son is 3 months old so it's not possible for him to be doing it so I don't understand this and I don't feel safe putting him in the seat. This puts a hold on a lot because we are constantly on the go and I do not feel comfortable with the car seat now at all.

d.    Good afternoon Last month I purchased the rava car seat from you. It seems that the harness loosens up overtime when my baby is strapped in. This has happened on many different occasions when we go on longer rides. When I go to take my daughter out of the car seat I notice the shoulder straps are have loosened up. I make sure to properly strap her in and have even paid extra close attention to this since I first noticed it a few weeks back. This is something that slowly takes place because when I tug on the harness itself after placing her in the car seat I can't get it to loosen. Not sure what is happening. I have attached both my receipt along with the information on the bottom of the car seat that I purchased. All my contact and shipping information is at the bottom of this email. Thank you ████████

e.    Model CS50005SERIAL 0160731 Manuf date 04.25.17 Here is my information again. I sent it to you all weeks ago. And didn't get a reply I hope this one makes it to you all It is really hard to get my child in and out of the seat. She is either getting stuck or the straps loosen on their own or scares me to think she is in a unsafe car seat

f.    I'm having an issue with my car seat the straps seem to be malfunctioning and not staying closed properly this has almost created an automobile accident I strapped my baby in properly and a few minutes after I started driving I realized the straps had come undone. This was extremely scary and unsafe please advise if this is a known issue or defect thank you

g.    Hey it's the straps that are what's not safe! They keep loosening and my son can get his arms out! It's the cs50 001 Serial number 020808706/13/17 I got it as a baby shower gift in August 2017. I just can't imagine it's still safe to use. If we got in a wreck what's going to keep my son in his car seat?

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

h. I just got off the phone with Lynn at Nuna, explaining issues we are having with our Nuna RAVA straps. This is the second RAVA that we've had to get in the past 2 years, because there were safety issues with our first (all documents from our first RAVA are also copied below). This current RAVA that we own, as of this morning, the straps are not staying locked in place. When I got my son strapped in the car seat this morning, I always tug on the straps to make sure everything is secure. This time, the straps pulled loosened right back out. I tried multiple times trying to get the straps secure, and they never stayed in place. This is a MAJOR safety issue, and I need someone to get back with me ASAP. I am beyond disappointed in the safety and quality of this very expensive car seat. I do not feel comfortable at all now with my son's safety, and will not put him back in this particular car seat. Please see attached video of the strap issue.

i. My NUNA RAVA car seat seat belt strap is not working properly. The car seat was purchased less than one year and three months ago. I will need a replacement ASAP. Please let me know if there is anything else I can provide. Straps are not working.

j. Right before this video I had the chest straps tightened- then after driving 5 minutes they were completely loose again. I once again tightened them and then had my toddler wiggle in them to show how easily they pull back out!  Child can wiggle and get the straps loose.

k. I was texting with Support today but it seems you are now closed. So I wanted to send description of my problem and a video so I can hopefully get a speedy resolution. model #: CS-50-005Serial #: 0106248 Date of manufacture: 2017/03/17 I have been using this Nuna RAVA convertible car seat almost a year and have never noticed this happening until today- After tightening using the strap between the feet I can (using moderate force) pull major slack at the shoulder straps without pressing the release button between the feet. The button does not appear to be jammed. I have vacuumed out the seat and crevices and also turned the seat upside down and shaken it to release any debris from the button area or strap path. I tried uninstalling and reinstalling the seat which did not help either. I'm assuming this is defective and is not safe to be used. I have removed the seat from my car and am awaiting advice from you. I am attaching a video of the issue and also a cop [no further text available]

75.    As these 2018 complaints indicated, RAVA owners were reporting a serious, consistently-occurring safety issue and specifically referenced the term "defect," putting Nuna on notice that there was a widespread problem. RAVA owners explained the stressful and disruptive impact it was having on their families.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

76.    Concerned RAVA owners submitted photos and videos of the problem occurring, that Nuna's customer service team would review.

77.    **2019:** Nuna reported to NHTSA another 35 complaints from RAVA owners made in 2019 about the Defect, including another 4 from consumers in California. Nuna identified that the customers' complaints in 2019 were recorded from car seats manufactured throughout 2016, 2017, 2018, and 2019, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

78.    A sample of the customers' complaints in 2019 are as follows:

a.    Good morning My wife ▮▮▮ and I purchased a black Nuna RAVA on March 19 2017. It's a model no. CS-50-001 serial number 0239886. Proof of purchase is attached (with other unrelated purchases redacted from the receipt). Over the past few weeks I noticed that I would tighten in my 2.5 year old and when I went to take him out of the car the harness would be loose. I recently decided to test it and I discovered that after I tighten the harness down I can simply grab the chest clip and pull the harness loose again. Please see the attached video for demonstration. Obviously the seat is not safe for use so I have removed it from the car. The seat was properly installed and working normally until within the past few weeks. I have removed the seat cover and inspected the seat and straps to the extent possible but I have not altered the seat in any way. The seat has never been dropped misused in any way and it was not involved in any accident. Please contact me as soon a [no further text available]

b.    000475451A I had called earlier today, Feb 22, 2019, about my daughter's Nuna RAVA carseat seat belts not staying tightened. I was told to send a video showing this safety concern. When you tighten the belts and then check for tightness you can see in the video it doesn't stay tight and comes loose. The videos show it happens when my child is in her seat and out of her seat. We have also checked the belt release button to see if it was stuck but that was not the cause. This is not an old car seat either we had purchased it approximately a year ago. We are very concerned for our Daughter's safety. We have removed her Nuna RAVA and replaced it with one of our old car seats until this gets resolved. We really loved our Daughter's car seat so we bought another for our son less then a week ago. We just noticed this seat belt issue yesterday Feb 21, 2019. We are also now concerned for the one we just bought. We are extremely upset and hope this can be resolved asap. Copy of recipe is attached to this email I have attached the copy of receipt purchased from Nordstrom a picture of the bottom of

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

the car seat with all the information requested as well and a picture of the adjustment button.

c.     I have had my sons RAVA Car seat for about a year. Today I put him in it and tightened it as I always do. However while driving he got out of the seat. When I pulled over to put him back in, the straps would not tighten. If I pulled on the straps they would loosen. Now stranded without a working car seat on the side of the road I am wondering how does this happen? I have pulled the whole seat out and cleaned the button to see if something was blocking it... nothing looks as if it's making it do this. The only thing I can think of is that it's a defective car seat and how lucky my family is that we did not figure this out in a worse situation. I am in need of a response immediately as this is my only car seat for my child. Model number:CS05101CHC Serial:0182738

d.     000512241A We have two Nuna RAVAs. One of them is less than a year old and when us or our child pulls on the shoulder straps, the straps immediately loosen even though the button isn't depressed. Our other RAVA doesn't do this. We're concerned that this one is defective and wouldn't be safe in a crash. We bought it from Bandalou baby in November. Please advise. We use this seat every day. 000512241D Here is the video so you can see how the straps can just pulled on and the come undone

e.     Good Afternoon I want to first begin with expressing my concern that I am unable to reach a representative from the Nuna corporation on a weekday at 5:00 EST. A company that manufactures carseats should have extended hours of availability as a carseat that is out of commission is a time sensitive matter.We have two Nuna RAVAs and one of them recently no longer holds the harness secure. We pull the cord to tighten appropriately and there appears to be no traction as we can then just pull harness away from chest without using the button. We noticed this was an issue while driving and noticing our daughter lean forward and the harness allowed her to do so enough so that she was able to pull out of her harness. Attached is an image of our car seat information. This was purchased at Nordstrom online 11/23/2018. We will be anxiously awaiting a response as we have not been able to leave the house due to our concern of her safety. ████

f.     Sent video and picture of model info Hello today I was putting my 20 month baby in his car seat and found that the straps that should be locked in and keeping him safe are not working. I have no idea how long this has been like this and I'm so upset. If we were in an accident he would go flying out of his seat. I don't know what to do now because he can't be in his seat safely. I have attached a video and also the underside with the seat information. Please get back to me as soon as possible I need to get a new car seat ASAP. Thank

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

you for your help! Have a wonderful day ████ ████ Cell: [#]

g. Text message received Visitor 09/12/19 9:10 PM. I purchased two Nuna RAVA car seats 11/27/17. Today I Noticed that my 3 year olds harness will not stay tight. I pull the strap at the crotch to tighten it, but if I put my hand behind the straps on her chest and pull it comes completely loose without pressing the release button. I m extremely concerned. If we had a wreck the force of her body would loosen them and throw her out. Also the second car set that my 2 year old is in is extremely hard to tighten. The crotch strap seems to get stuck as I pull and when I loosen it. PLEASE HELP!!!

h. Yes I pulled the car seat out, checked for any crumbs stuck, raised and lowered the headrest, vacuumed it out etc. I thought maybe she got a crumb stuck since we're currently living in a hotel we're basically eating in the car more often then not. Neither seemed to have worked though.

i. I sent the video It loosens every time we have driven and comes loose when he takes a deep breath. He would definitely not be protected in an accident at all. Why do I need to send another video? The one I sent shows the issue.

j. My Nuna RAVA is having issues with the straps. I am able to pull them/loosen them without pressing the release button. This is obviously unsafe and I am unable to drive with my son. Please let me know how else to trouble shoot and what the next steps should be. Thank you.

h. Hello, While putting my daughter into the Nuna RAVA the shoulder straps won't maintain a tight position. While checking for tightness I was able to pull the straps all the way loose without difficulty. I tried to adjust the head rest height and re attempt tightening it and the same thing happened. I then took my entire car seat out of the car and cleaned out an excess debris and this still did not correct the issue. This is the second time this has happened with this particular car seat. I either need help with a solution to this issue or a replacement car seat, as the unpredictable nature of this problem makes traveling very unsafe. I can be reached via email or call me ASAP at [#]. I appreciate your promote response. Thank you, ████

79.    In the 2019 complaints, in addition to their concerns about their children's safety, RAVA owners expressed their displeasure with Nuna's customer service, lack of responsiveness, having to submit multiple video submissions to prove they were experiencing the dangerous Defect, and being "stranded without a working car seat on the side of the road" because the Defect occurred while in transit.

80.   Consumers also reported complying with Nuna's request that they clean debris out but reported that the Defect still persisted despite these efforts, further evidencing Nuna's knowledge of the Defect—and its knowledge that its purported Recall remedy is ineffective.

81.   **2020:** Nuna's Wilke data submitted to NHTSA indicates that from January through October 2020, that Nuna received 7 more complaints about the Defect, including 2 more from RAVA owners in California. Nuna reported to NHTSA that it transitioned to a ZenDesk customer service software platform in 2020, from which it pulled an additional 5 complaints from October through December 2020 about the Defect, including 2 more from consumers in California. Nuna identified that the customer complaints in the Wilke and ZenDesk data in 2020 derived from car seats manufactured throughout 2018, 2019, and 2020, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

82.   A sample of the 12 customer complaints made to Nuna in 2020 are as follows:

a.   I tried to explain what happens to the car seat. When I drive the belt losses about an inch. Thank you so much for helping us. I just want to secure my baby. He's my only son. I had tried multiple times to see what else we can do But no help. Went back to Nordstrom and showed them. They said the car seat is definitely needs to be replaced. I am sorry I hope I give u enough details. Thank you.

b.   When I purchased my nuna rava car seat 9 months ago it was hard to tighten the straps but I didn't think anything of it because it still worked. But now it will not stay tightened at all. With our kid strapped in or not it will not stay tightened you can pull the straps lose without pushing the button. Please see attached video of the issue with the car seat. Also there is an attached screen shot of my emailed receipt. I have listed the information below as requested. Model names: RAVA Model number: CS05104THR Serial number: 0098576 Manufacturerd in: 2019/03/26 Date of purchase: 2019/07/21 See attached receipt ██████████ [#] Phone: [#]

c.   Hello I am reaching out to you regarding my RAVA car seat model CS05103CVR serial number 0292443. The 5 point harness is no longer working. It no longer locks into position. Once we have our toddler in the seat with the 5 point harness in the final position he can push the straps right off his body. The car seat is less than a year hold and is registered. As of right now we are without a car seat and not sure if Nuna will be able to replace our current seat. Thank you for your time and I look forward to speaking with you.

d.  Hi, I have been using our nuna rava car seat for about 8 months now without any issues. Today, I noticed that after I tightened the harness, the harness wouldn't "lock" in place. Eg, with a gentle tug on the harness it loosens without needing to press the button to loosen the harness. In a crash, this would obviously be unsafe. There are no twists in the harness. I tried adjusting the height of the headrest. Nothing has worked. Do you have a resource for troubleshooting? Or is this a defect and does the seat need to be replaced? I can't remember if I registered the product. We actually have two, and I can't remember if I registered both of them. Thank you! Sincerely, █████

e.  Straps of the seat are loosening while the baby is in it. I have checked for crumbs etc. and there aren't any. The straps don't loosen when I pull on them, but somehow loosen while driving. I am making sure that all slack is removed from the straps when strapping him in so don't think it's human error.

f.  I placed my baby in his seat, and tightened the straps. When I went to move his chest clip into the correct position, the entire harness came loose without pushing the release lever. I did all of the problem solving things that your CS suggested and it did not fix the problem.

g.  I purchased a Nuna RAVA in August 2020 and have not had issues with it until yesterday. As you can see in the video, the harness straps are coming completely loose with a light tug even when they button is not depressed to loosen the straps.

h.  I tried to explain what happens to the car seat. When I drive the belt losses about an inch. Thank you so much for helping us. I just want to secure my baby. He's my only son. I had tried multiple times to see what else we can do

83.  **2021:** In 2021, Nuna's ZenDesk data submitted to NHTSA on June 21, 2024, indicates that Nuna received 42 more complaints about the Defect, including 4 more from RAVA owners in California. Nuna identified that the customer complaints in 2021 were recorded from car seats manufactured in 2018, 2019, 2020 and 2021, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

84.  A sample of the customers' complaints in 2021 are as follows:

a.  Hello, we have had our Nuna RAVA for about 5 months. Recently I have noticed that the harness straps become quite loose between putting my baby in the seat and getting him out. He is 1 year old. This is after I tighten and drive around to our destination.

- 25 -

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

b.    The straps continue to pull out with out pushing the button

c.    I am very disappointed in the manufacturing of your product, the Nuna RAVA. After just six months of use, the other day I was strapping my daughter in and after tightening the straps accordingly and securing the buckle, I tug on the straps as I usually do to ensure it is securely in place when I quickly realize the straps are not locked into place at all and I am able to continuously pull.

d.    Hi- I need to get a replacement for my Nuna rava. When I was harnessing my daughter in her carseat today I went to check the tightness by pulling on her chest clip and without pressing the button to release the harness it started to loosen by just me pulling on it. This seems like an extreme safety issue and have never had this happen before. I tried trouble shooting the issue by completely extending the shoulder straps all the way up and all the way down and it still did it. I also completely tightened and loosened the harness thinking that may help but it didn't. I can't really take a picture to show what is happening because it's a motion but please let me know if you need any other details. I have attached a picture of my receipt of purchase as well as the car seat model number.

e.    We purchased a Nuna RAVA from Nordstrom in March. After about three months, I noticed that the harness came loose while my son was buckled in. At first I thought that it was something I did on my end.

f.    Today I realized when I put my 18 month old in her Nuna RAVA car seat that it is not tightening. I can tighten it like normal but when I pull on the straps they come loose.

85.    **2022:** Nuna's ZenDesk data submitted to NHTSA on June 21, 2024, indicates that Nuna received 122 more complaints about the Defect in 2022, including 16 more from RAVA owners in California. Nuna identified that the customer complaints in 2022 were recorded from car seats manufactured only in 2018, 2019, 2020, 2021, and 2022, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

86.    A sample of the customers' complaints in 2022 are as follows:

a.    The replacement frame that we were sent last fall is faulty. Straps loosen without the release button being pushed

b.    harness not staying secure. Child can loosen harness by pushing forward.

c.    Hello. I have the nuna rava Nordstrom exclusive and my straps become loose while my son is in the seat and I drive around. He just turned one so I know he's not messing with the straps. I've brought it to the fire station for a CPS time look at and everything looks installed correctly. The first picture is when I first put him in the seat and the second is after we drove 25 minutes.

d.    Call: Return for replacement loose harness straps. Consumer has had this issue previously and this is the replacement seat we sent to her in November and she already having loose straps. Advised consumer that we would review with out QA team and I would get back in touch with her and provide her feedback if it is something that is preventable in the future.

e.    They are at swim lessons and went to leave, the RAVA harness is not staying secure.

f.    I am reaching out again, as our straps on one of our purchased seats are loosening without the button pressed in. This is the third time we have had this issue since purchasing in August of 2020. It has happened to both seats we have purchased.

g.    We have 2 brand new RAVA car seats and both child harneses are noticeably looser than when we tightened them after a trip in the car

h.    My son's RAVA is completely loosening while we are driving. No matter how tight I put it initially. Today after arriving home from him moving around the padded straps were at his belly, and the chest clip was at his lower belly, not exaggerating. He is 2 years old, rear-facing.

i.    I need a replacement (or quick repair option) for my Nuna RAVA car seat so I can take my daughter to school. Time is of the essence because I don't have another car seat to use. I would be happy to buy another RAVA if the cost would be reimbursed (since my current seat is within warranty). The chest harness on my Nuna RAVA car seat is not staying tight. I can tighten the harness using the strap. But if I pull on the chest harness, it loosens. I have attached a video to show the issue.

j.    We have two Nuna RAVA car seats, one of which is only 6 months old. Both car seats have experienced the same issue, where some sort of debris prevents the the harness from staying tight. This has lead to multiple extremely stressful situations where we've had to completely remove the car seat from the vehicle while away from home and attempt to fix the slippage issue.

k.    I strapped my daughter in and did the pull test and the harness moves with minimal effort.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

l.   We started to notice our son's Nuna RAVA car seat was loosening after we tightened it. I have included a video of exactly what is happening. We have stopped using the seat, as it is obviously not safe any longer.

m.   We figured out the button seems to be having problems. We cleaned the car seat out very well as we were told to do. I finally got the serial number, but was unable to find the receipt as it was bought over 2 years ago at a little shop in Newton, MA called Baby Koo. I will continue to try to find the receipt. I'm unsure of what to do and how you can help. I will attach a video showing the issue the best we can.

n.   We discovered today that the Nuna RAVA car seat that we've been using for about a year with our toddler has an issue. The locking mechanism for the straps no longer appears to be working and the straps loosen during the ride. You can pull the straps down from the top without pressing the button at the bottom, which should unlock them. I have included a video and the other requested information.

o.   When securing the child in the seat using the harness, we grab the pull oiece between their legs to secure the hardness to their shoulders and chest so it fits snugly. If you put your fingers underneath the harness where it meets the child's shoulders and pull firmly away from the child, the harness loosens itself. Is this by design? The concern is if we were in an accident, the force of the child moving forward would loosen their harness. But I'm not sure of these harness lock with extreme force but just loosen with less? Please advise so we can continue to use or seat or have it replaced.

p.   I have a Nuna RAVA and have a defect on the seat. This is my child's only seat and she can easily pull the straps to loosen them making it unsafe. I tried myself and the button doesn't need to be pressed to loosen the traps. This is a major safety issue. Attached is the video showing this.

q.   Hello- I purchased a nuna rava about 6 months ago. Twice now when I have put baby in the seat the harness will tighten but not stay tightened. You can gently pull the harness and it will loosen all the way. I have attached my receipt. I am worried that uninstalling it to get the serial number info will cause it to malfunction again. Twice this has happened and we have been stranded with baby in the parking lot and have had to uninstall, fiddle around with it and finally get the harmless to stay tightened. It's terrifying that if we slam on the breaks the harness might just loosen and baby could be ejected.

87.   Much like customers' earlier complaints, in 2022, customers continued to specifically point out the dangers and stress associated with the safety Defect, specifically used the term "defect," and even questioned whether the problem was "by design."

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

88.    Moreover, many consumers reported issues with multiple RAVAs, including replacements that had been sent to purportedly remedy the Defect in their previous RAVAs. This indicates that Nuna not only knew there was a dangerous Defect but continued to mislead parents by indicating that the issue could be remedied with a replacement RAVA. In reality, Nuna was just sending the customer a replacement RAVA with the same Defect, thereby exacerbating the safety issues. Instead, Nuna should have told those consumers that the Defect could not be fixed, issued refunds, and stopped selling defective RAVAs.

89.    Further, customers specifically tried some of the purported remedial actions that Nuna later recommended with its Recall, such as cleaning the RAVA, only to have the Defect recur. Some consumers expressed discomfort with taking remedial actions that Nuna suggested because they were concerned it would worsen the problem.

90.    As with earlier complaints, RAVA owners continued to deluge Nuna with photos and videos of the problem—which Nuna specifically requested that they send in order to process their complaints. Nuna employees continued to review such evidence.

91.    **2023:** Nuna's ZenDesk data submitted to NHTSA on June 21, 2024, indicates that Nuna received 182 more complaints about the Defect in 2023, including 24 more from RAVA owners in California. Nuna identified that the customer complaints in 2023 were recorded from car seats manufactured only in 2018, 2019, 2020, 2021, 2022, and 2023, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

92.    A sample of the customers' complaints in 2023 are as follows:

a.    My Nuna RAVA is loosening when our daughter leans forward. You don't have to push the button to loosen it. All you have to do is tug on the straps and they loosen. It is so incredibly dangerous and scared me so bad when we got off the highway and I saw her straps were completely loosened. There is no food trapped underneath that we can find. I took a video to attach. Is there a recall on this car seat?? I'm not able to take her anywhere right now.

b.    Hello, I am emailing because the straps in our nuna rava car seat are malfunctioning and becoming loose without pressing

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

the loosen button. Attached is a video of the problem and the serial number as well as our receipt of purchase which was not even a year ago.

c.    Hi, I purchased a Nuna RAVA a year ago. My three year old can grab the straps and just pull them out all the way. He has started doing this while I'm driving and he isn't pressing the button. I have an interior camera so I can watch. This is terrifying that he can do this with his hands, imagine his body in an accident?! I'm going to switch back to our Clek until something can be done about this. I love the seat but this is a huge safety issue!

d.    I have been having issues with my Nuna rava straps since I bought it. While driving, they seemed to loosen at their own a bit however it has gotten worse overtime. I noticed if I pull on the straps they come lose. I read online sometimes moving the headrest up and down can fix this issue, however I have had no luck. I have attached photos of the info on the seat as well as proof of purchase and a video of the straps coming loose. I am just hoping to have these straps replaced. Thank you.

e.    I noticed today that the restraint straps no longer stay secure. When checking to make sure they are tight and secure you can easy loosen them without pressing the button to do so.

f.    Our nuna rava car seat is malfunctioning. The belt on the chair by the shoulders pulls out without pressing the crotch button. If we were in an accident it would fail to prevent baby from going forward.

g.    We have just bought this car seat and collected it from one of your authorised stockists. Receipt attached, photos attached of serial number. Purchased from Channing Baby & CO, 1932 Pacific Avenue, Tacoma, Washington, 98402. We have just purchased this car seat, removed it from the sealed box and installed it. It is BRAND NEW. On our first trip out in it, our 1 year old was able to climb out with ease nearly causing me to crash on the freeway! This caused me so much stress, I was literally shaking, I had to repeatedly stop andI literally was unable to continue with my journey and had to seek help! My back is hurting as a result of having to stretch to catch my son from falling out of his car seat whilst I was driving on the freeway! The seat was fitted correctly as per instructions, we checked repeatedly that everything is as it should be. Brand new out of box, it would appear that our Nuna RAVA car seat is faulty and extremely dangerous! I have bought Nuna for most of my baby gear, it was always a very good quality and reliable. I am shocked that this brand new, expensive car seat from a brand as well established as Nuna, is so dangerous that no matter what we tried, our 1 year old was repeatedly able to put his body weight against the straps and climb out even when they were triple checked and secure! This product should not be allowed on the market. I would like to take this

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

further and would appreciate a response as soon as possible. To be in a situation now, we have no car seat for our son, not able to leave the house with him and a painful back.

h.  The shoulder belts on my son's car seat are not staying locked in place after tightening. I have loosened the bottom strap screws to clean out debris and the issue still persists.

i.  Hi, My daughter is able to loosen her RAVA straps simply by pulling on them. She applies any amount of pressure and is able to loosen them. She doesn't need to push the release button, just the pressure loosens them. I'm not sure what to do, but it doesn't feel safe. Thank you, ███

j.  Hello, This is the second seat nuna rava we purchased (2019, 2020, 2022) that is loosening without the release being pressed. My 35lb daughter is able to loosen this one while we are driving. Can we get a replacement for this, like we did our other one, as this is unusable? This seat has never had any spills, urine, vomit or anything else I can think of that would possibly affect the function. Thank you for your help. Sincerely, ███

l.  have evaluated this further and compared the straps, tightening, and release against the 2nd Nuna RAVA unit we have. The one is question seems to have a failed 'locking mechanism' that is supposed to keep the staps from releasing/extending out. I tighten the straps, and can simply light pull on them and they release. The release button feels the same as our 'good' RAVA seat, it is not noticeably operating in any different manner - depresses the same and fully lifts back to non-depressed position.  On the good RAVA, I can tighten the straps, and tug on straps with no slipping/drift/release. It's secure.  We need a swift resolution here as we're not comfortable with our 21 month old in this seat. Serial number image attached. Please contact asap with a repair/replacement option. Haven't had to think about this until now, but how do families manage with an immediately inoperable car seat, aside from running to the store and buying a new one?

m.  Hello, I am submitting a new claim for this car seat that we haven't been able to use for a few weeks now . We have not been in a car crazy or anything but the seatbelt doesn't seem to stay locked . After my son has been buckled , if I pull on the strap , the strap with come out completely . Which makes it ZERO safe for him if we ever are in any car crash since he won't actually be locked in secured . I don't know if we need a new part or this doesn't work anything at all? I've cleaned it out , took it apart and it just doesn't work . My name is ███████████ - phone number [#] - my address is [#] Receipt is also attached. Sent from my iPhone image0.png image1.png image2.jpeg Video.mov

n.  We are on a trip and just noticed the straps on our Nuna RAVA car seat will not stay tightened. We have cleaned the button and examined the seat, but cannot get them to stay tightened. They can easily loosen with little to no effort.

o.  I purchased a RAVA in June 2022 however we did not use it until April 2023. Yesterday my daughter's harness restraint would not stay locked in a tight position. She was able to lean all the way forward and the straps stretched with her. Obviously this is a HUGE safety concern. This is my first and only Nuna purchase. I hope I haven't made a mistake by switching from UppaBaby.

p.  Attached is a video of the issue as well as the sticker on the bottom of the car seat. I'm not sure which RAVA this is (we have four!) because I have only purchased one since 2021 and that is a different color and fully functional. I believe that this seat with the issue of the straps not locking may have been the replacement shell that I received last year for the same issue. Is it possible for you to check the serial number of the shell that was sent to me in October 2022? I'm extremely disappointed that this keeps happening to our RAVAs. Is this a known/common issue? I need to have confidence in the safety of transporting my children in their car seats and this is making me question the safety of these car seats. Please advise on next steps for resolving this issue. Thank you!

q.  I have had five total Nuna RAVA Car seats. I sent one back a couple years ago due to the straps coming loose, and not securing my child safely. After contacting Nuna, I had to send the car seat in. It was determined that tiniest piece of bark had fallen off of my toddlers shoe, and under the harness adjuster button, where the harness tail is. I was notified that the only way they could get to it, was by taking the car seat entirely apart. Nuna, and Albeebaby worked together, and replaced my child's car seat. It seemed like a very rare issue, so I trusted getting another Nuna RAVA.

r.  Hello, A couple of weeks ago I made a warranty claim for my daughters Nuna RAVA because it was loosening on its own. The replacement harness is now doing it as well. The release button seems to be loose and just kind of shakes if you tap it, which it did NOT do as much last week when the straps were working properly. I've attached more videos of the seat. The pad isn't in properly as it is out of my car and I was trying to make sure there wasn't anything blocking the mechanism. I'm incredibly concerned for my child's safety that this is happening AGAIN in such a short period of time. We spend a LOT of time in the car and the fact that because of this seat malfunctioning again she could have been ejected from her seat had something bad happened... I googled to see if possibly I was missing something and maybe there was an east go .. and the only thing I found were several reports of this same issue on NHSTA. I'm not sure what I even need out of a warranty at this point as I'm not sure if I feel entirely safe

trying to use this seat again. image0.jpeg Video.mov Contact info: ███████████ [#] [#] Sent from my iPhone

93.     Much like the prior years, in 2023, customers continued to specifically point out the dangers and stress associated with the safety Defect and specifically questioned Nuna whether there were other known issues. Nuna's conduct in 2023 is especially egregious because by then Nuna was already designing and putting into a production a redesigned RAVA, but it continued to not only fail to disclose the Defect prior to the point or sale (and/or pull RAVAs off the shelves), but Nuna deliberately concealed from consumers that the Defect was a well-known and widely reported issue when they specifically inquired—demonstrating not just its knowledge but a deliberate and coordinated effort to conceal material information impacting the safety of American children.

94.     Moreover, many consumers reported issues with multiple RAVAs, including replacements that had been sent to purportedly remedy the Defect in their previous RAVAs. This indicates that Nuna not only knew there was a dangerous Defect but continued to mislead parents by indicating that the issue could be remedied with a replacement RAVA. In reality, Nuna was just sending the customer a replacement RAVA with the same Defect, thereby exacerbating the safety issues. Instead, Nuna should have told those consumers that the Defect could not be fixed, issued refunds, and stopped selling defective RAVAs.

95.     Further, customers specifically tried some of the purported remedial actions that Nuna later recommended with its Recall, such as cleaning the RAVA, only to have the Defect recur. As with earlier complaints, RAVA owners continued to deluge Nuna with photos and videos of the problem—which Nuna specifically requested that they send in order to process their complaints.

96.     **2024:** Nuna's ZenDesk data submitted to NHTSA on June 21, 2024, indicates that Nuna received 82 more complaints about the Defect between January 1, 2024 and March 30, 2024, including 14 more from RAVA owners in California for RAVAs manufactured in the years of 2019, 2020, 2021, 2022, and 2023, indicating that Nuna knew that the Defect that was occurring systemically while Nuna continued to sell and market the RAVA—even though it had done nothing to address the Defect or warn potential buyers or current owners about it.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

97.    Nuna's ZenDesk data submitted to NHTSA on January 30, 2025, indicates that Nuna received 139 more complaints about the Defect between April 1, 2024 and December 31, 2024 for RAVAs manufactured between 2020 and 2022, including 15 more from RAVA owners in California. Nuna's ZenDesk data submitted to NHTSA on January 30, 2025, indicates that Nuna received 90 more complaints about the Defect between April 1, 2024 and December 31, 2024 for RAVAs manufactured during 2023, including 7 more from RAVA owners in California.

98.    There are a couple of additional notes about Nuna's data for complaints received in 2024: (1) for the customer service records pulled for the January 31, 2025, submission to NHTSA covering April 1, 2024 through December 31, 2024, Nuna filtered only RAVAs manufactured in 2020, 2021, 2022, and 2023, which likely filtered out any complaints from consumers who had a RAVA manufactured in 2018 or 2019; (2) Nuna informed NHTSA that some of the data for the RAVAs manufactured in 2023 submitted on January 31, 2025, contained "very limited" data on re-designed RAVAs that were manufactured on or around October 2023; and (3) Nuna announced the Recall on December 20, 2024, and there are about 20 complaints in response to the Recall.

99.    In sum, Nuna received approximately 311 complaints about the Defect in 2024, including 36 from California.

100.    A sample of the customers' complaints in 2024 prior to announcement of the Recall and for RAVAs manufactured before the re-design are as follows:

a.    Less than a year old Nuna RAVA, the car seat straps will not stay tight. Seems to be a problem with the loosener button.

b.    Hello, my child can loosen her car seat restraints without myself or my husband pushing the button.

c.    Hi , My daughter's black nuna rava car seat that I have purchased less than 1 year ago is having problems. The chest straps extend out on their own causing my 1 year old daughter to free herself from the straps which is highly unsafe, and I am in need of a solution.

d.    My NUNA RAVA straps will not tighten. Can't use my car seat. Please assist. I can't even call your customer service. No one answers

e.    We recently notified that the straps on our Nuna RAVA will loosen without pushing the button to loosen them. The top straps extend to the loosened state when they are pulled. This

- 34 -

Case No. 3:25-cv-01284-AMO

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

seems very dangerous and counter to keeping our kid snug in the car, especially in the case of an accident. We've had this seat for two years and have never noticed it before. Is there something we need to to do get the straps tight again? Or is this a product issue and we need a replacement?

f.    SW ███████ - Last year the RAVA I had began loosening without pressing the button and I was provided a replacement and now the replacement is doing the same thing. I am really angry. It's a death trap for my child. I have three children and now two car seats. I can't do the same return process as last time. I need a replacement to be overnighted so I'm not stuck at home.

g.    I purchased my Nuna RAVA carseat in August 2023 from Bloomingdales. The carseat harness straps are now loosening, and will not stay locked after tightening. I've tried reinstalling the carseat and there is no visible debris in the seat that could be causing the straps to malfunction. Do you have any advice to fix this harness issue? Thank you so much for your help.

h.    Hello! So I purchased a Nuna RAVA from a store about 2 years ago and had to have it replaced about a year ago since the 5 point system of the car seat would not keep my toddler secure. I am again having this problem. I wanted to ask if there is something I can do about this thank you

i.    We purchased a car seat just a year last week, we started using it 6-7 months ago. Last week when tightening the car seat, the actual strap is not tighening anymore. We can tighten it then can pull it right out without the button.

j.    Hi, this is scary. We were driving and all of a sudden my two year olds car seat straps were loose. My wife and I thought we forgot to tighten them, but then when we retightened them, we realized you could easily pull them out. This is really scary. We have 4 of these car seats and now worried about driving with our children. We also have a 4yo…see video attached.

k.    Hi, I ordered a Nuna rava from Nordstrom a few years ago and today while out running errands with my son, I noticed that the straps won't stay tight. They just come loose as soon as any weight is put on them. I was truly horrified. I'm now in a parking lot searching for nearby stores that sell car seats and will need to spend 400 on a car seat this Saturday morning. I also looked up the issue and see that a TikTok went viral about the same issue on a Nuna pipa. This is highly concerning and a thorough review should be done or a recall issued before a tragedy occurs. I will reach out to Nordstrom and a refund but I needed to share this feedback with you.

l.    Hi- my Nuna RAVA straps will not stay tightened. I have tried all the fixes- this is the fourth time this has happened to

a car seat of ours. At this point we would truly appreciate a refund- we cannot keep removing car seats and trying to fix this strap issue with 3 small children. We are going to buy a different brand of car seat at this point. Thank you.

m.    ████████████ calling for her daughter. They have a RAVA seat and the harness releases itself. Sending warranty to her daughter. She asked is this normal. i asid it's not usual to happen but what could be the issue and that we'd be happy to help how we can

n.    Hello, we have a RAVA that my son pulled on the harness straps yesterday and they loosened on their own. I figured the CFA may be jammed with snack gunk, so I blew it out with an air compressor. Unfortunately that did not help. It seems the cam lock teeth aren't engaging the adjuster strap. I have a video I can send as well a photo of the manufacturing sticker, with a date of 01/22/22 and serial CS05103OXF

o.    Good morning, Yesterday I was putting my toddler in his car seat and noticed something was off, when I was making sure his straps were snug they pulled loose as if I were pushing the release button but I was not. This is a major malfunction as it's completely compromising his safety, if we were in an accident he would fly out. I have attached a video of the issue, to me it seems like the release button isn't working properly as I was able to compare to the infant pipa seat I still have. ████████████ [#]

p.    Hi there, I purchased the Nuna RAVA on 6/3/2023 via Nordstrom. I shockingly discovered today that the straps are not staying tight and secure. I can secure my 21 month old in the seat and then he is able to lean forward and reach for toys, etc loosening the straps almost completely like they were never even tightened. This was absolutely horrifying to discover. What can I do about this?! This is his one and only car seat and we are on an extremely tight budget and unable to run out and buy a new one. Thankfully, it looks like it's still under warranty but this is alarming and quite concerning. Please let me know asap how to resolve this issue. Thank you, Laura

q.    We had a terrifying situation with my 2 year old's Nuna RAVA carseat. We discovered that the harness wasn't staying tight and will this not protect her in a car accident. We have stopped using it and installed our travel seat. How can we make a warranty claim? I was shocked this would happen with such an expensive carseat.

101.    Much like customers' previous complaints, in 2024, customers continued to specifically point out the dangers and stress associated with the safety Defect and specifically questioned Nuna whether this was a known issue.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

102.    On one occasion, a Nuna customer service agent obfuscated Nuna's knowledge of the Defect when asked if the Defect—for which Nuna had received several hundred complaints to date—was a known issue: "She asked is this normal. i asid [sic] it's not usual to happen but what could be the issue and that we'd be happy to help how we can[.]"

103.    Moreover, many consumers reported issues with multiple RAVAs, including replacements that had been sent to purportedly remedy the Defect in their previous RAVAs. This indicates that Nuna not only knew there was a dangerous Defect but continued to mislead parents by indicating that the issue could be remedied with a replacement RAVA. In reality, Nuna was just sending the customer a replacement RAVA with the same Defect, thereby exacerbating the safety issues.

104.    Indeed, by 2024, Nuna had already redesigned the RAVA in an attempt to address the Defect. Instead, Nuna should have told those consumers that the Defect could not be fixed, issued refunds, and stopped selling defective RAVAs. Further, customers specifically tried some of the purported remedial actions that Nuna later recommended with its Recall, such as cleaning the RAVA, only to have the Defect recur. As with earlier complaints, RAVA owners continued to deluge Nuna with photos and videos of the problem—which Nuna specifically requested that they send in order to process their complaints.

105.    Throughout this time period, Nuna specifically required and requested that RAVA owners return their RAVAs that were experiencing the defect. For example, on April 25, 2018, Nuna noted in response to a complaint that a return shipping label was issued to the consumer. Similarly, on August 8, 2019, the customer service notes indicate that Nuna was "sending label to get RAVA back to us." On April 23, 2022, Nuna noted that it was "Sending replacement only 2 months since purchase. Send back to PA for review." "PA" is the location of Nuna's headquarters, indicating Nuna was requesting consumers to return the RAVAs for "review" such as inspections and testing that gave it further knowledge of the Defect and opportunities to investigate its cause.

106.    In addition to requesting that consumers' return defective RAVAs, Nuna demanded and consumers submitted a bevy of pictures and videos of RAVAs exhibiting the Defect, which were reviewed by Nuna personnel. Indeed, in Nuna's production to NHTSA of customers'

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

complaints, Nuna produced 631 .mp4 and .mov files. While some may be duplicates, the volume of video evidence of the Defect that Nuna obtained and reviewed while it continued to conceal the Defect for years is remarkable.

107.    It is customary in the consumer product industry for manufacturers to track consumer complaints, warranty claims, and related information. Indeed, Nuna has done this by producing spreadsheets to NHTSA breaking complaints down by the specific model numbers and complained-of component, confirming that Nuna tracked exactly such data pertaining to the Defect and as a result, has been keenly aware of its existence since at least mid-2017, if not earlier.

108.    Rather than responsibly act on the information it had, Nuna prioritized its own interests, reputation, and bottom line, and instead chose to bury that information and conceal it from prospective buyers. When customers asked whether there was a systemic Defect, Nuna did not inform them that there was, and instead withheld this critical safety information.

109.    Rather than provide a solution to make the RAVA safe, or at least admit to parents that it was *un*safe, Nuna chose to simply replace one defective RAVA with another, with some consumers reporting to Nuna that the replacement RAVAs would then experience the same dangerous Defect.

110.    As part of its investigation into the Defect, NHTSA asked Nuna to identify the "causal or contributory factor(s)" to the Defect. In a responsive June 21, 2024, letter, Nuna claimed that it was not just aware of the inherent safety risks of its defective design, but that "It is commonly known throughout the child restraint industry, as well as by the part suppliers and within the consumer market, that debris can be a contributing factor to improper functioning of an 'A-Lock' system."

**D.    Consumers Reported the Defect to NHTSA Soon After RAVAs Went on Sale**

111.    Nuna's extensive knowledge of the Defect and the serious safety risks it poses is confirmed by RAVA owners' complaints to NHTSA about the Defect and subsequent Recall. To date, NHTSA's website includes 140 complaints about the RAVA and the Recall, with the first complaint made on December 31, 2020—four years before Nuna issued its Recall, and approximately three years before the most recent of Plaintiffs' purchases. In fact, by the time of the

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

first consumer complaint to NHTSA, Nuna itself had already received 76 complaints about the Defect. And, by the time Nuna issued the Recall, 46 complaints had been made to NHTSA.

112.    **Exhibit C**, filed herewith, is a summary Exhibit of all 140 NHTSA complaints received to date, listed in chronological order. The complaints can also be accessed on NHTSA's website, here: https://www.nhtsa.gov/car-seat/NUNA/RAVA/a__4248717. A sample of the NHTSA complaints with the dates of submission are included below:

113.    **2020:** NHTSA received one complaint in 2020:

> "THE CAR SEAT WAS BEING UTILIZED IN A 2014 GMC DENALI. THE CONTACT STATED WHILE THE CAR SEAT WAS OCCUPIED, THE STRAPS FAILED TO TIGHTENED CAUSING THE STRAPS TO BE LOOSE AND UNUSABLE. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE.*DT*JB"

114.    **2021:** NHTSA received five complaints in 2021:

> a.    April 15, 2021: "THE CONTACT STATED THAT WHILE ATTEMPTING TO SECURE THE CHILD IN THE CAR SEAT, IT WAS DISCOVERED THAT THE STRAP LOCKING MECHANISM WAS FAULTY AND WOULD NOT REMAIN SECURED. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER AND DEALER WAS NOTIFIED OF THE FAILURE.*DT"

> b.    June 5, 2021: Harness will not fully tighten suddenly, car seat available for inspection upon request. Child's straps are not able to pass the "pinch test" making it a safety issue, if in accident child could slip out of the straps. Car seat has not been inspected at this time.

> c.    July 17, 2021: It was discovered today (July 17, 2021) that 2 of the 3 harness belts have ripped and their safety/effectiveness has been significantly compromised. The belt that goes between baby's legs is torn to the halfway point. The seat was installed per the manufacturer's instructions and inspected by the local fire department upon installation. Child's safety was significantly put at risk. We are fortunate to have discovered the issue prior to the safety belt's full failure and/or an accident. Seat was purchased from Nordstroms and we have contacted them to initiate a return. Original purchase date was February 13, 2021. Since belt damage/failure, the car seat has not been inspected by manufacturer, police, insurance rep or others. Manufacturer has been contacted, but a response has not been received, yet. We suspect a design defect has led to friction against the belt at multiple points, which caused the damage.

d. August 10, 2021: We were leaving a car dealership to head home, my husband put our toddler in his car seat and after doing the pinch test, pulled on the chest buckle to make sure it was tight enough. When he pulled the chest buckle, it loosened both harness belts. We attempted the same scenario over 20 times and each time you could pull on the chest clip and retract both harness belts. Without pushing the button to retract. Nothing is stuck in the car seat as our child doesn't eat or drink in his seat. We uninstalled and reinstalled, opened the seat, etc and there is no issue that we could correct. Our son's life was in danger driving home last night. If we were to have gotten in an accident, the force of the crash would have jolted his body forward and loosened the harness.

115. **2022:** NHTSA received ten complaints in 2022. A selection of complaints is below:

a. February 20, 2022: NUNA RAVA HARNESS TIGHTENING STRAP DISCOVERED TO BE FRAYING, AVAILABLE FOR INSPECTION UPON REQUEST. SEAT HAS BEEN USED ACCORDING TO MANUAL, NEVER DAMAGED OR IN ACCIDENT. INSTALL AND USAGE HAS BEEN INSPECTED BY CPST. DISCONTINUED USE PER MANUAL. NUMEROUS SIMILAR COMPLAINTS FOUND IN CHILD SAFETY GROUP. THIS IS EXTREMELY CONCENING AS THE HARNESS IS COMPROMISED AND HAS PLACED CHILD SAFETY AT RISK. INCIDENT REPORTED TO MANUFACTURER. Consumer stated manufacture indicated they would send a new shell to replace the defective one, however the shell is back ordered for up to 3 months, which was not a reasonable solution. Manufacture also indicated that the extent of the fraying "will not present a significant safety concern." Manufacture did eventually agree to replace the seat.

b. June 8, 2022: My child was secured in the car seat: chest clip, buckled, and the harness pulled to secure. Without pushing the release button, the harness comes loose when pulled. The seat is available for inspection if needed! If coming to an abrupt stop, my child may have come out of the seat. So far, the car seat has not been inspected by anyone else.

c. June 20, 2022: After the harness is clipped in place and tightened as directed, you can pull the straps forward (including my 3yo child was able to do this) and loosen the straps of the harness without pressing on the release button. The harness pulls loose and will not stay locked in place. I also tried to simulate impact with a sudden and strong pull on the harness to see if it would lock in that situation and it does not. If we had been in an accident using this car seat, my child could have been seriously injured because the harness would have failed to lock. We purchased this in Sept 2019 and just noticed this occurring now but unclear if we just didn't realize it before or if the harness just failed now.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

d.     July 24, 2022: When the child is buckled in and the straps are all tight, they can be pulled loose without using the release button at the bottom. This is incredibly unsafe and would make this car seat useless if we were to be in a car accident. My car seat has not been inspected but the manufacturer has been notified.

e.     August 27, 2022: The chest harness can be pulled loose by simply pulling on the straps without using the release button - OR the child can lean their shoulders into the strap and loosen the component. If this seat were to be involved in a wreck, it would be absolutely useless. The seat is available for inspection. Video of issue available upon request

116.    **2023:** NHTSA received twelve complaints in 2023. A selection of complaints is below:

a.     February 18, 2023: I am able to loosen the harness by lightly pulling on it without use of the harness release button. The harness is not holding the child in place and if there were an accident it would do nothing to protect him or keep him inside the vehicle. Nuna has been contacted and is replacing the car seat shell but advised this is a "courtesy" since it is outside of the 2 year warranty. It is ridiculous that this could ever happen especially since the car seat has a 10 year expiration date and a convertible car seat is supposed to last for years.

b.     April 6, 2023: Seat harness comes loose when pulled on. Won't tighten . Cleared west of loose debris and still won't tighten. Comes loose if child moves around.

c.     May 5, 2023: The harness can be loosened by lightly pulling on it without use of the harness release button. The harness is not holding the child in place and the car seat is therefore unsafe for use.

d.     June 13, 2023: The contact owns a Nuna RAVA car seat. The contact stated that the tether used to secure the child in the seat had become loosened. The contact stated that her child was able to pull the tether apart. The car seat had not been repaired. The manufacturer was made aware of the failure and opened a case.

e.     August 15, 2023: When the harness is fully tightened and secure my child can easily loosen it by pushing on it. I have sent a video to Nuna for review. If we were in an accident the harness could fully loosen and my child could be propelled out of the seat. We've discontinued use of the seat and are awaiting Nuna's response.

f.     September 14, 2023: The harness is not staying locked. When I gently tug I can loosen the strap entirely. My daughter also did it earlier today while we were driving. I have discontinued

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

use of the seat - there is no debris on the button and it clicks up and down but is not locking. Feeling very unsafe.

g.   December 19, 2023: My Nuna RAVA car seat will not secure my child. The straps will not lock, and are coming loose with the slightest tug on the chest clip. Our 2 year old child can pull the straps loose. I hate to think about what would happen if we were in an accident. I contacted Nuna for a refund, and was informed they would be unable to process returns on behalf of a retail partner. I do not feel like Nuna RAVA is a safe car seat for my children. There are 25 complaints on NHTSA, and many seem to be about the same issue. This is also the second Nuna RAVA car seat I've personally had to file report on that is defective. We've had five total. Two out of five malfunctioning in the same way is very concerning. I'm hoping these get recalled. I can't believe they haven't already. I just hope a child doesn't get seriously hurt, before action is taken.

117.   **2024:** NHTSA received thirty complaints in 2024, including 18 before the Recall was announced. A selection of complaints from before the Recall is below:

a.   January 10, 2024: We are experiencing an issue with the car seat where after we have put our child in the seat, buckled the straps and tightened them, my 2 year old daughter can then push the straps back out, completely loosening them. The straps will not stay tight.

b.   March 18, 2024: The car seat harness can be loosened by pulling on it, even without depressing the harness release button. The 1 year old child was able to do this on her own. It would not restrain the child safely in a crash.

c.   March 21, 2024: What component or system failed or malfunctioned, and is it available for inspection upon request? I feel that the straps are faulty and have been for some time. I tried to follow up with Nuna directly and was not successful as apparently a carseat that was purchased in 2021 is out of their warranty (yet kids should be in carseats for a VERY long time). The carseat is available upon request for inspection. I cannot get a tight pull on the crotch pull to make the straps tight on my child. They seem to always feel loose and such a struggle to pull the strap. The straps feels as though they have lost their "taught-ness" and are loosy goosey just feeling. How was the child's safety put at risk? I don't feel the straps are tight enough to his body to keep him safe in the event of an accident. I can't get the pull strap to budge, it feels stuck or broken inside and you cant get to it at all. Has the car seat been inspected by the manufacturer, police, insurance representatives or others? I had filed a report with Nuna but they were unable to do anything because of the warranty no longer being valid.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

d.    March 30, 2024: The harness does not stay tight on the child's chest. The harness was adjusted to the correct fit, when pulled to check the tightness the harness does not stay taught. It releases without pushing the release button.

e.    April 14, 2024: My child wiggled in his seat and noticed he could loosen the strap on his own after I tightened it. He immediately told me and I confirmed that I can loosen by pulling on it without pressing the button to loosen it. The other seat of exact model we have stays locked. If we were in an accident, he would be thrown from this seat and not protected at all. It has not been inspected, but is available for inspection. We are waiting to hear from the manufacturer.

f.    May 10, 2024: We bought the Nuna rava back in September 2021 from pottery barn kids.  We didn't put our son in the new seat until his 2nd birthday, January 2022. My husband first noticed the straps becoming loose just by pulling on them. Luckily our son is not strong enough to make it happen. I've notice it happens when I pull on the straps, making sure they're tight and if you pull enough they become loose without pushing the red harness release button. Not sure how safe that is especially if we were to get into a crash and the straps become loose, unable to hold him correctly in his seat.

g.    August 7, 2024: Problem occurred after several months of use. The chest straps will not consistently lock into position, despite the release button not being engaged. They can easily be pulled to loosen again. This does not secure the child into the seat. We have ensured that the strap mechanism is not clogged with debris. We have submitted a claim to the Nuna company. Videos of problem are available if needed.

h.    November 9, 2024: I purchased a nuna rava car seat in 2021. When I buckle my child in, I always check to make sure that the harness is snug and secure. My issue with this car seat took place one day when I was on a trip away from home. I buckled my child in, and then I checked to make sure the harness was secure. When I did this, I accidentally pulled up on the chest clip, and the seatbelt loosened. I did this multiple times to confirm the problem and each time it loosened without any forceful tugging on my part. All I did was tug up on the chest clip and the entire harness started loosening, similar to what happens when you intentionally press a car seat's button to loosen a harness, except that I was not depressing the loosening button and my child was supposed to be restrained. My child's normal wiggling and shifting in a car seat would have been enough "force" to loosen the belt. I was on a trip and away from home, which meant that I could not actually drive with my child in the car. I had to dispose of the car seat and go purchase another one on the spot. I am concerned that there may be other similar car seats of this model out there.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

118. On March 21, 2024, a consumer submitted a letter to NHTSA petitioning NHTSA to open a recall for the RAVA Car Seat, stating: "the car seat harness can be loosened completely without pressing on the harness release button. This harness would not be able to restrain a child at all in case of a crash."

119. Notably, NHTSA has warned companies in the past: "It is completely foreseeable that children will eat or drink while seated in their car seat and that some amount of these substances may enter the buckle." https://www.wral.com/story/graco-recalls-nearly-3-8-million-car-seats, *last accessed* June 25, 2025. For this reason, regulators do not "believe that food or drink contamination should create any buckle performance issues[.]" *Id.*

120. Plaintiffs all purchased their RAVAS after Nuna had received extensive complaints about the RAVA. Plaintiff Bernasconi Pelufo purchased her first RAVA in September 2019 by which time Nuna had received 46 complaints about the Defect and second RAVA in November 2019, by which time Nuna had received 56 complaints about the Defect. Plaintiff Faridian Kade purchased her first RAVA in 2021, by which time Nuna had received 76 complaints about the Defect and at least one consumer had filed a complaint with NHTSA. Plaintiff Faridian Kade purchased her second RAVA and Plaintiff Barrales purchased her RAVA in August 2022, by which time Nuna had Nuna had received 171 complaints about the Defect and 13 consumers had filed complaints with NHTSA. Plaintiff Smith purchased her RAVA in August 2023, by which time Nuna had Nuna had received 320 complaints about the Defect and 24 consumers had filed complaints with NHTSA.

121. Perhaps in response to consumer complaints regarding the dangerous Defect, Nuna began manufacturing a redesigned version of the RAVA Car Seat on October 25, 2023—one that included a cloth cover over the front harness adjuster area:

/ / /

/ / /

/ / /

/ / /

/ / /

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



Manufactured **before**
October 25, 2023

**VOLUNTARY RECALL**

**PLASTIC COVER**



Manufactured **after**
October 25, 2023

**NOT AFFECTED**

**FABRIC COVER**

122.    This is part of the proposed remedy prescribed by the Recall.

123.    It is clear that Nuna knew about this potentially life-threateningly dangerous Defect for years before notifying the public of the serious risks use of the RAVA posed to infants and children for many reasons, including that: (1) consumers have lodged hundreds of complaints about this dangerous Defect since 2017, including directly to Nuna, (2) Nuna specifically demanded and received hundreds of photo and video files depicting the Defect from consumers and received an unknown number of Defective RAVAs from consumers for investigation; (3) Nuna's customer service department stated that its quality assurance department would review the problem; and (4) Nuna began designing and manufacturing the redesigned RAVA Car Seat over a year before it announced the Recall.

124.    This Defect renders the RAVA Car Seats worthless and unusable for their intended purpose of safely transporting babies, toddlers, and young children.

125.    While there is a significant resale market for used car seats, the defective, recalled RAVA Car Seats in this case have experienced a significant loss in value and useful life because

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

of these issues. And, instead of providing a refund for customers with the RAVA Car Seats, Nuna's Recall has only offered a "Remedy Kit" purportedly intended to prevent the front harness adjuster button from accumulating debris. *Id.*

126.    Consumers, including Plaintiffs, were willing to pay higher prices specifically because of the RAVA's reputation for safety and security. Unfortunately, they were sold an unsafe and defective car seat instead. Had Nuna disclosed the Defect and the need for an eventual Recall to Plaintiffs and consumers prior to the purchase of their RAVAS, no Plaintiff or consumer would have purchased one (or paid the full price for it).

127.    Nuna was on notice of its obligations to provide a safe and Defect-free car seat to parents like Plaintiffs and Class members for several reasons. As an initial matter, a car seat exists for the sole purpose of safely transporting infants, toddlers, and small children in a moving vehicle. Any car seat, like the RAVA Car Seat, that is not safe need not exist.

128.    And as Nuna is no doubt aware, federal regulations governing car seats are implemented to "reduce the number of children killed or injured in motor vehicle crashes." 49 C.F.R. § 571.213. A RAVA with the Defect that will not restrain a child in the event of an accident would not pass federal impact testing mandates, including those contained in Federal Motor Vehicle Safety Standard ("FMVSS") No. 213, which is a requirement for the marketing and sale of car seats in the United States.

129.    Further, the particular Defect here is one that manufacturers and sellers of car seats, such as Nuna, should be aware of given prior recalls prompted by similar defects.[1]

---

[1] *See, e.g.*, https://www.npr.org/sections/thetwo-way/2014/02/11/275506262/graco-recalls-nearly-3-8-million-child-car-seats, *last accessed August 5, 2025* (Graco recall of approximately 3.8 million car seats, with an additional 1.8 million car seats under review because "the buckles stop working properly when debris and liquids are dropped into them"); https://www.counton2.com/news/evenflo-recalls-convertible-car-seats-due-to-safety-concerns, *last accessed August 5, 2025* (Evenflo recall of car seats due to "buckle which may become resistant to unlatching over time, due to exposure to various contaminants (like food and drinks)"); https://babytrend.com/pages/safety-notices, *last accessed August 5, 2025* (Baby Trend recall of car seats due to "buckle which may become resistant to unlatching over time, due to exposure to various contaminants (like food and drinks)"); *see also, e.g.*, *Long v. Graco Children's Prods. Inc.*, No. 13-CV-01257- WHO, 2013 WL 4655763 (N.D. Cal. Aug. 26, 2013) (case involving a children's car seat that failed to *un*buckle when debris was introduced to the locking mechanism).

130. Indeed, as NHTSA has warned companies in the past: "It is completely foreseeable that children will eat or drink while seated in their car seat and that some amount of these substances may enter the buckle." https://www.wral.com/story/graco-recalls-nearly-3-8-million-car-seats/ *last accessed June 25, 2025*. For this reason, regulators do not "believe that food or drink contamination should create any buckle performance issues[.]" *Id.*

### E.    Nuna's Voluntary Recall is Ineffective

131. Nuna's subsequent Recall fails to make Plaintiffs and Class Members whole. To the contrary, it is ineffective and inadequate for providing consumers with a meaningful remedy for purchasing the defective RAVA.

132. As an initial matter, there was insufficient notice to impacted customers, leaving some parents to unknowingly continue using the dangerously defective RAVA Car Seat even after Nuna announced the Recall.

133. Indeed, multiple Plaintiffs are members of parent groups on social media and have been surprised at the lack of discussion and knowledge surrounding the RAVA Recall. This is likely because many RAVA owners are, to date, unaware that their RAVA Car Seat is dangerously defective.

134. Since the Recall was announced, some Plaintiffs and consumers experienced delays in receiving the promised Remedy Kits, even when they have requested them repeatedly, leaving them with expensive and dangerous Car Seats, that cannot be used to secure their children, with no repair.

135. In fact, a Nuna employee informed Plaintiff Faridian Kade on or about February 7, 2025, that Nuna had yet to mail out a single Remedy Kit to any purchaser of the RAVA Car Seat as of that date.

136. Even for those consumers who have received the Remedy Kits, such Remedy Kits fail to make Plaintiffs and Class Member whole because the Remedy Kits do not address Plaintiffs' and Class Members' overpayment for or diminution in value of the RAVA Car Seat. No reasonable consumer would purchase a $550 car seat that does not safely remain secured, and that instead endangers their child. Nuna was able to demand such a high price only by misleadingly advertising

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

the RAVA as safe and by failing to disclose to potential consumers the Defect and failing to notify the public of the dangerous Defect.

137. Further, Nuna failed to recall the entire RAVA Car Seat and instead only advised consumers to clean and replace certain portions of it that does not remedy the Defect. By failing to recall the entire RAVA Car Seat with a non-defective car seat, the Recall allows and encourages consumers to continue to use a car seat with the risk of severe injury, and without the benefit of a professional repair that is necessary in a safety related recall.

138. Instead of recalling the RAVA, offering professional repair of the RAVA, and/or providing consumers with a refund, Nuna only offers the Remedy Kit to purportedly ensure the car seat's harness adjuster is kept clean and working properly. Plaintiffs and Class Members are expected to thoroughly clean their own RAVA Car Seat—something which consumers report can be accomplished only with the aid of a screwdriver. *See, e.g.*, Exhibit C (complaint dated July 16, 2024); https://www.reddit.com/r/beyondthebump/comments/ko0ok5/nuna_rava_car_seat_harness_straps, *last accessed February 5, 2026* (describing cleaning RAVA Car Seat "by removing two screws under the leg rest. Once opened I found all sorts of gunk that was restricting the friction on the latch."). They are then expected to install Nuna's purported repair themselves as instructed with a screwdriver to loosen, remove, and reinstall screws.

139. The Defect may continue to occur even after the car seat is removed, cleaned, and the replacement seat pad included with the Remedy Kit is installed. Indeed, consumers have publicly reported that the Defect has not only occurred even without the presence of debris but also when it has been cleaned out pursuant to the Recall, indicating that it is not effective to remediate the Defect.

140. These modifications—and the cloud of a safety Recall—significantly diminish the RAVA's value as a "high-end," premium, or luxury product.

141. For the same reason, the Recall burdens consumers who are already living busy lives caring for their children and are not trained or experienced in designing or repairing car seats, unlike Nuna.

142.    Further, Nuna advises consumers to immediately stop use of the RAVA Car Seat if the Defect manifests because it creates a substantial safety risk. Parents who needed to transport their child were therefore forced to either subject their child to danger or to obtain another car seat able (unlike the RAVA) to safely transport their child during the months Nuna took to send consumers the promised Remedy Kits, thereby incurring further monetary damages for which Nuna is responsible.

143.    Moreover, the purported repair does not even appear to be available to all consumers. Indeed, Nuna states in its Recall Notice that it will send (only to consumers who specifically request) a letter to notify owners when "the remedy kits are available" *See* January Notice Letter, Exhibit B. Consumers have publicly reported that it took months to receive their Remedy Kits.

144.    After originally learning of the Recall, Plaintiff Alyna Smith, for example, contacted Nuna to complain. Nuna simply directed Plaintiff Smith to the online form for the Recall and informed her that if her RAVA Car Seat was not working properly, she must provide video evidence of that fact, while simultaneously leaving open the possibility that Nuna could choose to deny further meaningful repair of the Defect or replacement of the RAVA Car Seat. Thus, even upon request by a consumer, it remains unclear whether Nuna or the Recall will adequately and safely remediate the Defect.

145.    Plaintiff Smith did eventually receive a Remedy Kit as part of the Recall. However, despite following the installation instructions, once installed the seat pad did not properly fit on the RAVA Car Seat, which posed a continuing safety issue for her child and did not remediate the Defect. This renders the Recall insufficient.

146.    Other consumers have still not received Remedy Kits despite requesting them. Indeed, Plaintiffs and Class Members have not even received *notice* of the Recall in some instances. For example, Plaintiffs Faridian Kade and Barrales never received any recall notices from Nuna informing them of the Recall. This also renders the Recall insufficient.

/ / /

/ / /

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**F.    Consumers Continue to Complain About the Defect and the Recall**

147.    Consumers impacted by the Recall have voiced their concerns about the Recall both to NHTSA and on retailers' websites. Since the Recall was announced, NHTSA has received 90 more complaints from consumers about the RAVA and the Recall. *See* Exhibit C. A sample of the complaints is provided below:

    a.    December 21, 2024: We learned of the Nuna RAVA recall and the next day while driving our daughter to daycare, we noticed the buckle was considerably loosened during the ride. Upon testing the buckle as noted in the Nuna video, the harness loosened very easily while the loosen button for the tether was not engaged. This is a serious safety risk as the car seat harness can no longer remain firmly tightened. In the event of a crash, my daughter would've been at risk for serious injury. Upon alerting the manufacturer, Nuna, they refuse to provide any replacement for the seat stating it is out of warranty even though there is an active recall. Their mitigation plan is a new seat cover and cleaning kit, however our seat is already compromised and even with cleaning was not repaired. Nuna refuses to investigate and look into it further despite numerous calls and emails. They also refuse to escalate my concerns to higher management. I have video proof if needed, but cannot attach below due to file restrictions.

    b.    December 21, 2024: Nuna has knowingly sold this RAVA car seat with a defective belt buckle tightening mechanism. They have now issued a recall years after discovering the issue but not making it known to prospective buyers. Their current remedy is unacceptable as they are only sending out "cleaning kits" that are not guaranteed to resolve the problem. The car seat buckle loosens as it should not. This is extremely dangerous to children riding in a RAVA car seat.

    c.    December 26, 2024: My car seat is impacted by the Nuna RAVA recall - the straps on this car seat can be completely pulled out without pressing a button. Nuna cannot offer any sort of remedy for 2-3 months and cannot guarantee that it will fix the issue.

    d.    December 27, 2024: The remedy to the most recent recall has not determined to be effective or a viable solution. Our children should not be a test subject whether the "repair kit" they are sending owners 2 months from now. With the recall all seats should be replaced. I also found out via the news and not through nuna there was a recall. This is a safety risk in itself and the company should be fined.

    e.    January 5, 2025: I have 2 Nuna RAVAs with loose harnesses when not holding the release button. My children could have been seriously injured in the event of a crash. The harness

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

does not stay tight, they pull right out with very little effort when they should be locked. Nuna will not replace the car seats and will not address the problem for 2-3 months. This is SERIOUS SAFETY HAZARD THAT CANNOT WAIT MONTHS.

f.    January 6, 2025: For months I noticed the five point harness was loose after driving. I thought it was user error. Nuna finally released a recall of the seat with a way to check if it has failed safety tests. Mine failed and I have now been waiting two weeks just to get a letter that tells me when I can expect a fix. This is so unacceptable and I asked them to overnight or expedite a kit to fix it and they said they aren't available yet and I just simply cannot use the seat. I cannot pay $400 more to get a new seat, because Nuna's is faulty and they are not taking the potentially deadly issue seriously.

g.    January 8, 2025: The harness becomes loose without pressing the button to loosen it. When I pull on it to make sure it is tight, it loosens without pushing the button. Nuna has been notified but will not provide a timely solution. I did not receive a recall letter in the mail even though my car seat is registered with the manufacturer and has been since 2021. I called Nuna and they said they could not find my registration and to re-register online then I should receive a letter about the recall. I re-registered approximately a month ago and still have not received any letters. Nuna told me to immediately discontinue the use of the car seat but did not provide a timely solution. They stated a "cleaning kit" would be mailed but that it was not ready to be shipped yet and they did not know when it would be ready. I asked to be sent a replacement RAVA that was not affected by the recall and Nuna said they would not provide a replacement or a refund. Nuna is putting all the responsibility and liability on the parents by sending a cleaning kit that the parents have to do. I am not a trained or certified car seat technician and do not feel comfortable putting my child at risk if the cleaning kit does not work or if I am not able to clean it correctly. I was told that Nuna's head supervisor, Melissa, would call me, however she has not called me back. Nuna refuses to offer a refund, a replacement seat, or a repair in a timely manner nor a repair that has been crash tested. By sending the "kit" to the parents, Nuna is putting the liability and responsibility of the child's injury or death on the parents even though it is NUNA's product recall and fault. Nuna is not accepting any phone calls anymore either. I also asked Nuna if they would provide a reimbursement for the new car seat I had to buy since I had to discontinue the RAVA immediately, and I was told by Nuna that they would not provide any reimbursement, refund, or replacement seat.

h.    January 13, 2025: We purchased 2 Nuna RAVAs for our 2 kids in 2021. One of them had the harness fail to remain tight in 04/24. It took a few months but Nuna eventually replaced the shell for us. Now our other seat is having the same

problem where we can pull on the tightened harness without pressing the release button. There is already a recall for this issue, however I don't think the recall - fix is good enough. They are just sending me a cleaning kit and new seat cushion to prevent debris for a seat that is already unsafe to use, and have no estimate of when I'll receive the kit. They have acknowledged the seats are unsafe and could cause serious injury or death if in an accident. No one has inspected the carseat though I sent in a video of the issue to the manufacturer. Initial customer support has not been great so far and I am still working to get the issue resolved after multiple emails back and forth.

i.     January 8, 2025: Car seat harness in the Nuna RAVA has been difficult to tightening safely and has been loosening after being securely fastened. A manufacturers recall was implemented December 19. Even though my car seat was registered, I have not personally received any correspondence from the company regarding the recall and I have not received the repair kit that is described on the manufacturers recall page. My only option now is continue to use a hazardous car seat or purchase a new one even though my Nuna RAVA is still under the manufacturer's warranty. This is dangerous because some families may not be aware of the recall due to the lack of initiative to notify consumers by the company and it has been 3 weeks since the recall and the repair kits still are not available.

j.     January 28, 2025: I own three Nuna RAVA car seats. Nuna's recall notice states that the RAVA has a defect whereby debris can enter the harness adjuster and cause the harness to "no longer remain tight." Since the entire purpose of a car seat is for the harness to remain tight and restrain the child, this is a significant safety issue. However, the only remedies proposed by Nuna are for consumers to "check the performance" of the harness by pulling on it, and at some unstated future time, for consumers to personally repair the defect after receiving a "remedy kit." These proposed remedies are unsatisfactory. I am not a car seat manufacturer and am not qualified to repair a life threatening defect. If the defect can be triggered by "debris entering the harness adjuster area," this presumably could happen while i am driving, a time at which i cannot be checking the harness for functionality. I have raised these concerns with Nuna directly and been rebuffed by boilerplate emails that do not directly address my concerns in any way. I spent between $449-$474 on each of these car seats, which are marketed as high end products that can be used until your child weighs 65 lbs, only to later be told they have a defect that goes directly to my childrens' safety. Testing for this defect every time i use the car seat is not an adequate remedy because even if i were qualified to test car seats, the defect can apparently arise at any moment, and i cannot test the seats while i am driving. Repairing the products myself is also inadequate because i

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

am not qualified to repair child car seats. I hereby request that the NHTSA pursue a refund from Nuna on my behalf.

k.  January 29, 2025: Received the NUNA RAVA recall in the mail a couple days ago (we own two). Went out to the cat to check to see if they were working properly. One of them was, and one of them wasn't. The chest straps come loose without pushing the button. The entire car seat was cleaned and the issue was still present. I contact Nuna, and all the said is they have a new seat pad and cleaning kit coming to fix the issue, though they couldn't give any ETA on when that would come. In the recall letter it states that if it fails the test stop using the car seat immediately. Contact NUNA again and they looked at a video we sent, the receipt and a the serial number, since then it has been crickets. What is totally unprofessional is they say stop using the car seat immediately if it fails, but at the same time they have no ETA on the fix to arrive. Something needs to be done for those who are affect. Im sure like me most people use this car seat everyday. They either need to get a fix out ASAP or reimburse all of those who are affected for a new car seat. I am sure many people are not in a financial position to just go out and buy a brand new car seat. When they say stop using immediately in the recall letter they better damn well have a fix or be ready to fork out to all those affected.

l.  February 5, 2025: My car seat has failed the safety test on recall and they refuse to warranty it. It loosens significantly when pulled.

m.  February 8, 2025: The release adjuster has quit working. Nuna refuses to help. They have no ETA on replacement parts but want me to discontinue using it and aren't providing any additional help.

n.  February 14, 2025: The car seat harness fails to stay engaged in a safe and secure position. When tightened to the correct position it becomes loose. I contacted Nuna and they advised I should clean the harness adjuster button from debris but I did that and the harness is still coming loose. I don't know how many times my children have been transported while wearing this faulty harness over time since purchasing our seats in 2021 but we are in our vehicle daily so my guess is upwards of 100's of times. The manufacturer refuses to take accountability and recommends we wait indefinitely for a new car seat fabric cover, cleaning kit and instructions to alter the car seat for the purpose of cleaning the harness adjuster button ourselves.

o.  February 19, 2025: This company continues to fail parents and caregivers who were affected by the safety recall of this car seat. We have had to purchase another car seat (from a different company) while we await a "remedy kit" for the defective Nuna car seat. Zero date has been given to when

- 53 -

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

this "remedy kit" will be available, and zero confidence that it will fix the problem and ensure our child's safety in the seat.

p.    February 21, 2025: I have cleaned the car seat per the recall instructions and while the straps started locking again, they failed again within a day and while my child was in the seat and the car was moving. There are hundreds of others that this happened to with the failed remedy. The recall response is laughable and honestly negligent. This is kids safety at hand and Nuna needs to do better. This is not ok.

q.    March 5, 2025: NUNA recalled its NUNA RAVA car seat due to the harness NOT functioning properly, therefore remaining loose and COMPLETELY UNSAFE! Not only did they REFUSE to replace the car seat, they asked us to register for the pathetic FIX IT YOURSELF KIT. Not only that, they are REFUSING to even send the fix it kit, and saying it will take 3-4 MONTHS!!!! This is a child's safety! I had to buy a NEW CARSEAT because I refuse to risk anything. The cheap DIY kit being sent, isn't crash tested either. PLEASE ASSIST!

r.    The harness on one of our 2 Nuna RAVA carseats affected by the recall has come loose without pressing the harness release on two occasions, failing to restrain my child. I became aware on these two occasions because he was able to lean forward while the car was moving. There was no predictable indicator. Of note I do tighten and release the harness every time I take my kids in and out of the car so there is significant regular movement of the strap. The harness seemed to work between the two instances that occurred a few days apart and seemed to work until I learned of the recall and discontinued use. When I test it manually now the harness holds. As part of the recall have performed the harness test, cleaning, and repeated harness test according to the instructions from Nuna and had a virtual meeting to review the steps. I have expressed concern that through a very small opening under the vehicle belt securement compartment the harness path is partially visible and I can see debris in both seats that I am not able to reach to remove. Of note my son has also vomited and it dripped into the shell in that area and I contacted the support chat and was told to spray enzyme cleaner and allow it to dry. I was advised this area of the seat is not part of the recall and that as long as the teeth of the clip are clean the recall issue has been remedied. I am concerned that with the movement of the strap loosening and tightening the harnesses and movement/vibration of the car this debris could get caught and be the cause of the strap having failed intermittently and more importantly potentially cause it to fail in the future. Safety risk is inadequate restraint of my child. The seat has not been inspected by the manufacturer in person, I explained that i am not comfortable using them and that I want them to provide cleaning but they offered the virtual call instead and I am now waiting for a Nuna car seat tech to contact me regarding my concerns.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

s.   Nuna provided a recall for their Raava car seat. It was an expensive premium car seat that was purchased on the guise of high safety ratings and premium quality. However, the recall is none of those things. It is a cheap material that gives my child a rash, it is not the same color, and frankly doesn't correct the safety issue. I cannot believe that Nuna has been allowed to get away with putting our children's safety at risk.

t.   April 25, 2025: The Nuna RAVA is currently under recall due to a harness tightening defect. Over time, the harness on my unit has become increasingly difficult to tighten, even when following all recommended usage instructions. This raises serious safety concerns, as the primary function of a car seat is to provide secure restraint during a crash. Nuna's proposed remedy is insufficient. Instead of replacing or repairing the defective harness mechanism, they send a "remedy kit" consisting of a seat pad and headrest cover and instruct users to perform a harness function test before every use. This is not a sustainable or acceptable solution for a safety product. A car seat should be dependable and reliable. Not something a parent must validate every single time to ensure basic safety. If Nuna cannot trust the seat to perform as intended without constant testing, then it is not safe. The burden of safety should not be shifted onto the consumer when the design flaw is the manufacturer's responsibility. This recall remedy needs to be reevaluated. Affected units should be properly repaired or replaced to restore trust and ensure the continued safety of the children who use them.

u.   May 5, 2025: The harness on my child's Nuna RAVA loosened during a 30 minute drive home (highway and downtown driving) in May of 2025. I learned later that month that there is a recall on Nuna RAVAs for that exact reason. It is available for inspection. My child was not properly secured, and I did not know it until we got home; he could have been killed or seriously injured had we gotten into a collision on that drive. The car seat has not been inspected by anyone. Nuna offered me a "remedy kit" with a screwdriver, a brush, and a mismatched fabric cover, but I am not a safety technician and do not have the time or expertise to take the seat apart myself and still trust it to secure my child. The problem with the harness straps we have is intermittent, and does not replicate when the car is parked and I simply "tug" on the straps. I do not feel that this is an adequate safety test anyway, as it doesn't replicate the forces or conditions in an accident. I requested a replacement seat, but Nuna denied my request on 7/21 and again on 7/28. Nuna has not supplied crash test results on layperson "repaired" car seats. This defect is the subject of NHTSA actions DP24003 and PE24026. Other RAVA owners have complained that their repaired RAVA still malfunctioned even after using Nuna's "remedy kit." I would like a replacement car seat to ensure my child's safety.

v.   October 16, 2025: We placed our child in her car seat to go to a store. When buckling her in, we secured the 5-point harness and tugged on it to ensure it was tight and stable. At that time, the seat was functioning properly. Later, when leaving the store, we did the same to buckle her in again. This time, the 5-point harness failed and would not lock. We attempted to uninstall the car seat, shake out any possible crumbs, and blow into the buckle to remove debris, but the harness still would not secure. This car seat was part of a previous recall and already had the remedy seat cover installed. Until this incident, we had no issues and believed that the remedy had resolved the defect. There is no mention on Nuna's website that the harness may continue to fail even with the remedy cover installed, or that the remedy cleaning kit must be kept on hand for continued safe operation. Our child's safety was put at risk — if we had not noticed the harness failure, she could have been unsecured in the event of a crash. Because the seat was unusable, we had to return to the store and purchase a new car seat on the spot in order to bring her home safely. I contacted Nuna to request a refund for the replacement seat. Their response was that I need to use the remedy cleaning kit to get the seat working again and that they could arrange a video call with a technician. However, the cleaning kit was not with us at the time, and I was under the impression that the installed remedy seat cover had permanently resolved the issue. The failed seat has not been inspected by anyone, and I am keeping it in its current condition in case NHTSA would like to examine it.

w.   October 20, 2025: My Nuna rava was part of the recent recall that happened. The company offered remedy kits to replace the seat fabrics as well as tools to clean where the harness straps tightened/loosened. We received the remedy kit in March after waiting 3 months for the kits to be available. I followed the instructions for cleaning of the car seat and installation of the new cover. My child's safety was put at risk as the straps are now able to loosen without pressing the button. We had not had strap loosening issues initially, but now are despite having followed the instructions as part of the recall which I was told would resolved the issue and prevent further concern over the strap mechanism failing. To my knowledge this is a known issue that is what caused the recall for the car seat in the first place. I have removed the car seat from use as it is no longer safe with the straps loosening. I have contacted Nuna Baby customer support.

x.   December 3, 2025: Crotch buckle belt is frayed and no longer safe to use. this should not fall under the umbrella of normal wear and tear since it is a safety strap. Nuna claimed it to be caused by a rodent, but there is no other evidence or signs of any other rodent activity

148.   RAVA owners also complained on retailers' websites about the failures and inefficacy of the Recall (emphasis in original postings):

a.   Nordstrom's January 11, 2024: **great seat until the recall -** I have 4 nuna rava seats and have loved them. However all 4 are a part of the recall of 600,000 ravas. The way nuna has handled this makes me not recommend these seats or this company. The straps can loosen unexpectedly at any time due to a malfunction of the harness adjust if anything gets lodged in it ie crumbs, pebble, dirt etc. Nuna's solution is checking your seat every time you drive until they can send a cleaning kit and cover which won't be available for 2-3 months minimum. In addition the seat cover is only available in black and gray, too bad if you paid extra for the Nordstrom exclusive cover. Oh and they aren't sending all parts of the cover so your seat will be mismatched. It's a nightmare and I'm trying to return my seat that was purchased in the last year. Stay away from this brand.

b.   Nordstrom's January 30, 2025: **Great seat when we can use it -** We have one of the Nuna RAVAs that's recalled. We have shown our seat is unsafe to use and have been told to discontinue use. Nuna has no solution for us other than waiting for a repair kit to ship, and they have no estimate for when that kit will be available. It's been over a month now and the kits aren't available, even though (by their own admission) they've known about the problem since last May. Nuna will provide no other support, so now my choices are to buy a new car seat out of pocket or to wait for months without being able to drive (so unsafe in an emergency!) When UPPAbaby had a recall they refunded the full cost of the unsafe car seats PLUS $50 for the inconvenience. Nuna is doing nothing to help us and just say it's a "personal decision" if I chose to buy a new car seat to replace our unsafe RAVA. I guess Nuna execs can choose to just not drive their children for months, but my child does have to go places.

c.   February 1, 2025: **DO NOT BUY. Horrible product and customer service.** DO NOT BUY THIS CAR SEAT. I bought two of the slightly older models for $550 each ($1,100 total). A lot of money. It took forever to install these seats because of how much force you have to apply to push the seat into place and hold it there while simultaneously buckling all the seat buckles into place. But eventually got them both in. Filled out both forms to register the car seats with Nuna for possible recall issues. Fast forward to there actually being a recent recall. They sent me a letter in the mail, but didn't bother to send the remedy kit. I reached out and kindly asked them to send the remedy kit, confirming I still had and was using both the seats. They told me they can't send them to me unless I uninstall both seats and send them the serial number/model number on the bottom of each. Well... I'm currently 34 weeks pregnant and it took me over 2 hours to install them in the first place. I kindly asked if they could just

pull my information from the registration forms I sent in that include the serial number/model number -- since they clearly have this information on file. Nope. They refused. Said I had to uninstall the seats. If you registered your car seat, they have your information. Why won't they just automatically send everyone impacted by the recall a remedy kit? Why are they making this so much harder on families who are trying to keep their children safe? Worst customer service, worst company. Never buying anything from them again.

d. Nordstrom's March 14, 2025: **DO NOT PURCHASE** - I purchased 4 nuna ravas from Nordstroms over the years. All 4 of my ravas are a part of the recall. I am extremely disappointed Nordstrom will not take them back. I understand it is a nuna car seat but I purchased them through Nordstroms. We have not a single back up car seat and this involves my children's safety!! I understand this is a Nuna recall but when it involves children's safety, Nordstroms should be accepting returns immediately. I called to let Nordstroms know that I still have yet to receive my recall kits and they said to reach out to Nuna. I've reached out to Nuna 10+ times now….. Don't purchase them. Find a company that handles recalls better.

e. Nordstrom's April 24, 2025: **WAS a great seat- buyer beware** - We own 3 Nuna RAVAs all purchased from Nordstrom. 2 seats have been affected by the recall. The remedy kit provided by Nuna is a joke making the harness adjuster impossible to access. I also don't trust that the seat is safe to use because Nuna refuses to provide any updated crash test reports. We have 1 seat that is newer and not affected by the recall. It's incredibly shady that Nuna clearly knew about the issues with the recalled seats long before they issued a recall. Long enough to completely change the design. It should be known that Nuna as a brand has DEPLORABLE customer service. Like if your seat ever has an issue (not just affected by the recall), they will do everything not to help you or provide a replacement. For a brand that is so expensive, this is incredibly disappointing. I wouldn't have spent this much on a car seat had I known I would have to replace it in less than 3 years. Nordstroms also refused to help at all which was disappointing. I personally will never buy another Nuna product or recommend Nuna to any friends or family. The customer service with Uppababy is night and day difference for the record. I suggest thinking long and hard about the company you are supporting when you purchase a Nuna product.

f. Nordstrom's July 14, 2025: **Nuna does not care about safety** - I used to love the Nuna RAVA and recommended it to all of my friends. The car seat itself is well-designed, and I initially felt confident in its safety and quality. However, my opinion completely changed after the recent recall. The way Nuna handled the recall was extremely disappointing. Their customer service was unhelpful, dismissive, and made the

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

process far more difficult than it needed to be. It felt like they were more focused on protecting their brand than actually supporting the families who trusted them with their children's safety. I would not repurchase from Nuna again, and honestly, I wish I could return the RAVA car seats I already own. Going forward, I'll be purchasing from a company that prioritizes both product safety and responsible, respectful customer service. Nuna has lost my trust.

g.    Dillard's April 2025: 1 out of 5 stars. Chris - I loved this car seat until I got a recall notice. I've contacted Nuna 4 times now and still have not received the kit to make the seat safe. I no longer trust this brand. Customer service is poor.

149.    In sum, RAVA owners have publicly posted their concerns about the Recall to NHTSA and retailers, including, but not limited to, that Nuna misrepresented the safety of the RAVA and concealed the Defect long after it was known; that notice of Nuna's recall never reached them directly and that they only learned about it through third-parties, that Nuna's customer service was disorganized, unresponsive, and unhelpful; that Nuna refused to provide reimbursements, refunds, or non-defective replacement car seats; that the Defect was occurring even without debris and that it continued to recur after cleaning; that Nuna's Remedy Kit was not available for many months after the Recall; that Nuna's Remedy Kit was difficult to install; that the RAVA was not properly tested for safety with the Recall and/or Remedy Kit; that the Defect persisted after the Remedy Kit was installed and suggested cleaning instructions Nuna provided were undertaken; and that the "refreshed" design RAVA model sold starting in October 2023 was experiencing the same Defect. In response to its own Recall, Nuna's customer service even suggested rodents were infested in a consumer's car seat and told a woman who was 34 weeks pregnant had to undertake the physically strenuous task of removing her RAVA in order to confirm her purchase before being provided a Remedy Kit.

150.    Publicly available complaints also confirm that the re-designed RAVA manufactured beginning in October 2023, is experiencing the same Defect that Nuna claims was eliminated by the "refresh" and that the Remedy Kit was intended to mimic. For example, on June00A017, 2025, a consumer who owned a non-recalled RAVA posted to NHTSA:

"The harness fails to clamp onto the strap, so the straps loosen with any tension on the straps, without the release button being pressed, meaning the child is not secured in the seat. This car seat was

- 59 -                                         Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

manufactured after the recall date, suggesting that it was not remedied and there is a fundamental design flaw. I believe all Nuna RAVA car seats, regardless of the manufacturing date, are unsafe due to this defect. Company refuses to offer refund[.]"

151.    Similarly, a post on Nordstrom's website on July 2, 2025 states:

**"Post Recall Design is still failing** - Avoid like the plague if you have and desire for safety or support from Nordstrom/Nuna. We have 3, one of which is pre recall and 2 of the redesigned seats. One of the new ones has failed despite no eating in the seat. Nordstrom will not accept returns and Nuna is profoundly difficult to get a refund, will only offer replacement without major obstacles. Do you and your child a favor and avoid this product." (emphasis in original).

152.    Initial data that Nuna provided to NHTSA from the re-designed RAVA and a similar, but even more expensive, Nuna car seat called the "EXEC" also confirm that the Defect is not exclusive to the recalled RAVAs manufactured before October 2023. Thus, the Recall and Remedy Kit will not obviate the Defect and make recalled RAVAs safe. In Nuna's January 31, 2025, data submitted to NHTSA, it informed NHTSA that it contained "very limited" data on re-designed RAVAs that were manufactured on or around October 2023. For example, consumers already complained as follows:

a.    September 23, 2024: On multiple occasions, I have securely tightened the straps on my car seat prior to traveling. When I have reached my destination, the straps have become so loose I can fit two full fists between the straps and my son. This is incredible unsafe and very concerning.

b.    December 8, 2024: Chest straps no longer lock in place on my rava car seat, which is less than one year old. Please help asap, we use this every day.

c.    December 19, 2024: Hello, I saw the recall and checked my car seat. It does not look like the model number of the one we purchased is under this recall. However, when it is buckled in and we pull on the straps they come loose. I will attach a video, will you please let me know if this is normal or a concern? Thank you, ███████

153.    Nuna also reported to NHTSA that it received approximately 40 similar complaints from owners of the EXEC model car seat. For example:

a.    April 24, 2024: I have a Nuna exec that we have had less than a year and we're having issues with the straps coming loose.

- 60 -                                    Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

We've ensured there's no debris in the lock already. Please contact me ASAP since this is the only car seat I have.

b.   May 8, 2024: The straps no longer lock in place. When you tighten them, you can pull them loose again.

c.   September 28, 2024: Hello, I am having trouble with my Nuna exec car seat straps staying tight. I have taken the car seat apart to confirm there are no debris possibly causing it to not stay tight, but it is fully clear. Can you please help guide me to what else could be causing this issue? It happens when my child is both in and out of the car seat.. I will pull the straps tight and when I tug on the harness it pulls loose.

d.   December 23, 2024: If that was unclear- the executive car seat when you tug in the straps once my kid is buckled in and secured, it comes loose- which is the same problem as the recall for the Nuna RAVA. Thank you.

154.   In sum, Nuna's false and misleading marketing of the dangerous RAVA Car Seat, and its knowing failure over *years* to disclose the grave risks of allowing children to use the RAVA Car Seat, allowed Nuna to reap vast profits at the expense of ordinary consumers who erroneously believed their infants and children were safe in Nuna's "premium" car seat.

155.   Every RAVA Car Seat has and continues to suffer from the uniform Defect, which, unknown to consumers but known to Nuna, existed at the point of purchase and poses an unreasonable safety hazard to infants and children. Moreover, the Defect occurs even without debris, and even after cleaning any debris and installation of the Remedy Kit. As such, Plaintiff and Class Members have been injured economically and are entitled to the relief in the form of damages and restitution, as well as any and all appropriate injunctive relief, sought via this lawsuit.

## VI.   PLAINTIFFS' EXPERIENCES

### A.   Plaintiff Tina Marie Barrales

156.   In approximately August 2022, Plaintiff Barrales purchased a Nuna RAVA Car Seat, model number CS05105BAC and manufactured on November 25, 2021, from Nordstrom, an authorized retailer, in Culver City, California.

157.   Plaintiff Barrales' RAVA Car Seat is part of the Recall.

158.   She purchased the RAVA Car Seat for her 1-year old child to use.

Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

159.    Prior to her purchase, Plaintiff Barrales read and relied on Defendant's advertising and marketing materials, including viewing representations that the RAVA Car Seat was known for its security and safety.

160.    For two weeks, Plaintiff Barrales attempted to use the RAVA Car Seat with her younger child. However, she found the lower buckle to be very difficult to latch and unlatch; in order to properly secure her infant in the seat, she needed to keep the chest and lower buckle extremely tight, causing her baby to suffocate and cough in the seat.

161.    When the straps were not so tight as to injure her child, Plaintiff Barrales observed that the lower buckle and chest straps seemed to come dislodged on their own.

162.    After about two weeks, Plaintiff Barrales stopped using the RAVA Car Seat and purchased a different car seat from a different car seat manufacturer.

163.    Plaintiff Barrales was concerned that, if she returned the defective RAVA Car Seat, another unsuspecting consumer may purchase it and put their child at risk. Thus, she instead chose not to return the RAVA Car Seat and retained it in her garage for several months, before moving it to a storage unit.

164.    Plaintiff Barrales was not aware of the Defect in the RAVA Car Seat, or the truth (or lack thereof) of Nuna's representations regarding the RAVA Car Seat and its safety, until Nuna published the Recall Notice, over two years after Plaintiff Barrales initially purchased the RAVA Car Seat.

165.    Notably, Plaintiff Barrales only happened to learn of the Recall. She never received formal notice from Nuna of the Recall. Thus, had she not been fortunate enough to happen to hear of this Recall, she likely would never have learned of the Defect and inherent dangers of the RAVA Car Seat.

166.    To date, Plaintiff Barrales has *still* not received notice from Nuna of the Recall, and she has not received a repair or cleaning kit as part of the Recall.

167.    Had Plaintiff Barrales understood the true nature of the RAVA Car Seat at the time of purchase or had Plaintiff Barrales known the truth underneath Nuna's misleading representations

and omissions, she would not have purchased the RAVA Car Seat, or else would have paid substantially less for it.

168.   Had Nuna disclosed to Plaintiff Barrales prior to the point of sale the existence of the Defect and that the RAVA would eventually be subject to a safety recall, she never would have purchased it or paid the premium price for it.

169.   The remedy Nuna has offered to Plaintiff Barrales through the Recall—that is, providing a new seat pad, cleaning kit, and care instructions— is illusory, and, in any event, entirely insufficient. The purported remedy does not actually address the Defect or make the RAVA Car Seat safe, and it certainly does not remedy the false representations and omissions Nuna has made regarding the RAVA, which enticed Plaintiff Barrales to purchase it and/or overpay in the first place. It does not make Plaintiff Barrales whole. The only remedy appropriate for Plaintiff Barrales and for Class Members is a refund of the RAVA Car Seat.

170.   As it stands, the purported solution to the defective RAVA Car Seats offered by Nuna to Plaintiff Barrales and the Class is insufficient and has diminished the value of the RAVA Car Seats.

**B.   Plaintiff Alyna Smith**

171.   In August 2023, Plaintiff Smith purchased a Nuna RAVA car seat, model number CS05103 and manufactured on December 10, 2022, online from bambibaby.com for $399.99.

172.   Plaintiff Smith's RAVA Car Seat is part of the Recall.

173.   She purchased the RAVA Car Seat for her child to use.

174.   At the time of purchase, Plaintiff Smith registered the RAVA Car Seat with Nuna.

175.   Prior to her purchase, Plaintiff Smith read and relied on Defendant's advertising and marketing materials, including viewing representations that the RAVA Car Seat was known for its security and safety.

176.   Plaintiff Smith was not aware of the Defect in the RAVA Car Seat, or the truth (or lack thereof) of Nuna's representations regarding the RAVA Car Seat and its safety, until she happened to learn of the Recall on social media, over one year after Plaintiff Smith initially purchased the RAVA Car Seat.

177. Notably, Plaintiff Smith only happened to learn of the Recall. She never received formal notice from Nuna of the Recall. Thus, had she not been fortunate enough to happen to hear of this Recall, she likely would never have learned of the Defect and inherent dangers of the RAVA Car Seat and would likely still be using the RAVA Car Seat—and putting her child at serious risk.

178. Following her discovery of the Recall, Plaintiff Smith contacted Nuna directly via email. Nuna directed Plaintiff Smith to the online form for the Recall and informed her that the offered remedy was a new seat pad, cleaning kit, and care instructions. Nuna informed her that if her RAVA Car Seat was not working correctly, she must provide video evidence of that fact, but notably Nuna left open the possibility that it could still deny further meaningful repair of the Defect or replacement of her RAVA Car Seat following review of whatever further information Plaintiff Smith provided.

179. Plaintiff Smith received a remedy kit from Nuna and followed the provided instructions to replace the seat pad. However, the new seat pad does not fit properly or "snug" on the RAVA Car Seat, thus it is able to shift and move and is still not safe.

180. Plaintiff Smith contacted Nuna via email informing them that the seat pad did not fit properly. She received a phone call back from a Nuna representative who only told her that the seat was safe to use. She had a second phone call with Nuna, but no solution was offered.

181. Plaintiff Smith's Nuna RAVA was within its warranty period when she learned of the Recall. When Plaintiff Smith attempted to request a replacement car seat, she was stonewalled, ignored, then denied.

182. To date, despite Plaintiff Smith's best efforts, she feels that the Recall did not remediate the Defect and that her RAVA Car Seat is not safe.

183. Had Plaintiff Smith understood the true nature of the RAVA Car Seat at the time of purchase or had Plaintiff Smith known the truth underneath Nuna's misleading representations and omissions, she would not have purchased the RAVA Car Seat, or else would have paid substantially less for it.

///

///

184.    Had Nuna disclosed to Plaintiff Smith prior to the point of sale the existence of the Defect and that the RAVA would eventually be subject to a safety recall, she never would have purchased it or paid the premium price for it.

185.    The remedy Nuna has offered to Plaintiff Smith through the Recall—that is providing a new seat pad, cleaning kit, and care instructions— is illusory, and, in any event, entirely insufficient, particularly in light of the fact that the provided seat pad does not even fit properly within Plaintiff Smith's RAVA Car Seat. The purported remedy, even if actually provided, does not actually address the Defect or make the RAVA Car Seat safe, and it certainly does not remedy the false representations and omissions Nuna has made regarding the RAVA, which enticed Plaintiff Smith to purchase it and/or overpay in the first place. It does not make Plaintiff Smith whole. The only remedy appropriate for Plaintiff Smith and for Class Members is a refund of the RAVA Car Seat.

186.    As it stands, the purported solution to the defective RAVA Car Seats offered by Nuna to Plaintiff Smith and the Class is insufficient and has diminished the value of the RAVA Car Seat.

### C.    Plaintiff Mariana Bernasconi Pelufo

187.    Plaintiff Mariana Bernasconi Pelufo resides in the State of California in San Francisco County.

188.    Plaintiff Bernasconi Pelufo purchased her first RAVA Car Seat from a brick-and-mortar store in Alameda, California called Tot Tank for $444.44 in September of 2019. She was willing to pay this high price only because of the safety representations made by Defendant.

189.    After her first RAVA Car Seat was involved in a car break-in shortly after she purchased it, Plaintiff Bernasconi Pelufo purchased a second RAVA Car Seat from Nordstrom for $399.99 in November 2019. Yet again, she was willing to pay this high price primarily because of the safety representations made by Defendant.

190.    Indeed, prior to her purchases, Plaintiff Bernasconi Pelufo conducted extensive research into which car seat to purchase for her child, including looking at the Nuna website, crash test ratings, labels, packaging, advertisements, in-store displays, and online reviews, including,

*inter alia*, from Baby Gear Lab and Car Seat for the Littles. Plaintiff Bernasconi Pelufo also discussed the RAVA with certified car seat professionals at Tot Tank. Based on Nuna's misleading statements, she believed that the RAVA was the safest car seat on the market. Moreover, the high price of the RAVA caused Plaintiff Bernasconi Pelufo to believe the RAVA would be safe.

191. Plaintiff Bernasconi Pelufo also received targeted advertisements for the Nuna RAVA on social media websites including Facebook and Instagram prior to her purchases.

192. Plaintiff Bernasconi Pelufo was not aware of the Defect in the RAVA Car Seat, or the truth (or lack thereof) of Nuna's representations regarding the RAVA and its safety until the Recall was publicized over five years after Plaintiff Bernasconi Pelufo initially purchased the RAVAs.

193. Notably, Plaintiff Bernasconi Pelufo only happened to learn of the Recall. She never received formal notice from Nuna of the Recall. Thus, had she not been fortunate enough to happen to hear of this Recall, she likely would never have learned of the Defect and inherent dangers of the RAVA Car Seat.

194. To date, Plaintiff Bernasconi Pelufo has *still* not received notice from Nuna of the Recall, and she has not received a repair or cleaning kit as part of the Recall.

195. Had Plaintiff Bernasconi Pelufo understood the true nature of the RAVA Car Seat at the time of purchase or had Plaintiff Bernasconi Pelufo known the truth underneath Nuna's misleading representations and omissions, she would not have purchased the RAVA Car Seats, or else would have paid substantially less for them.

196. Had Nuna disclosed to Plaintiff Bernasconi Pelufo prior to the point of sale the existence of the Defect and that the RAVAs would eventually be subject to a safety recall, she never would have purchased them or paid the premium price for them.

197. The remedy Nuna has offered to Plaintiff Bernasconi Pelufo through the Recall—that is, providing a new seat pad, cleaning kit, and care instructions— is illusory, and, in any event, entirely insufficient. The purported remedy, even if actually provided, does not actually address the Defect or make the RAVA Car Seat safe, and it certainly does not remedy the false representations and omissions Nuna has made regarding the RAVA, which enticed Plaintiff Bernasconi Pelufo to

purchase them and/or overpay in the first place. It does not make Plaintiff Bernasconi Pelufo whole. The only remedy appropriate for Plaintiff Bernasconi Pelufo and for Class Members is a refund of the RAVA Car Seats.

198.    As it stands, the purported solution to the defective Car Seats offered by Nuna to Plaintiff Bernasconi Pelufo and the Class is insufficient and has diminished the value of the RAVA Car Seat.

### D.    Plaintiff Behnaz Faridian Kade

199.    Plaintiff Behnaz Faridian Kade resides in the State of California in Los Angeles County.

200.    In approximately 2021, Plaintiff Faridian Kade purchased both a Nuna RAVA Car Seat from Pottery Barn in California for approximately $550.00 and a different Nuna car seat: the PIPA. However, her child soon outgrew the PIPA car seat and Plaintiff Faridian Kade decided to replace it with an additional Nuna RAVA Car Seat from Bloomingdale's for $547.45 in August of 2022.

201.    Plaintiff Faridian Kade was not aware of the Defect in the RAVA Car Seat, or the truth (or lack thereof) of Nuna's representations regarding the RAVA and its safety, until she learned of the Recall on social media in approximately late December 2024 to early January 2025, over three years after Plaintiff Faridian Kade initially purchased her first RAVA.

202.    Prior to her purchases, Plaintiff Faridian Kade did extensive research into which car seat to purchase for her child, including looking at targeted advertisements on social media, print advertisements displayed at Pottery Barn Kids, the Nuna website, labels, packaging, and online reviews before choosing the RAVA Car Seat. Plaintiff Faridian Kade chose the RAVA in part because she believed, based on Nuna's misleading statements, that the RAVA was the safest car seat on the market. Moreover, the high price of the RAVA caused Plaintiff Faridian Kade to believe the RAVA would be safe.

203.    Plaintiff Faridian Kade also received targeted advertisements for the Nuna RAVA on social media websites including Facebook and Instagram prior to her purchases.

204.    Plaintiff Faridian Kade soon realized that the RAVA Car Seat was not, in fact, safe. Almost immediately after she began using her RAVA Car Seat, Plaintiff Faridian Kade began to notice the straps were coming loose. Using a handheld vacuum, she purchased specifically for this purpose, Plaintiff Faridian Kade would vacuum out the coverless front harness adjuster button and re-tighten the straps until they held—a time-consuming and stressful endeavor that left her concerned about the safety of her child.

205.    Notably, Plaintiff Faridian Kade only happened to learn of the Recall. She never received formal notice from Nuna of the Recall. Thus, had she not been fortunate enough to happen to hear of this Recall, she likely would never have learned of the Defect and inherent dangers of the RAVA Car Seat.

206.    Following her discovery of the Recall, Plaintiff Faridian Kade completed the online form for the Recall and learned that the offered remedy was a new seat pad, cleaning kit, and care instructions.

207.    Plaintiff Faridian Kade affirmatively reached out to Nuna repeatedly via phone and email in January and February of 2025 and was told to wait an indeterminate time until she received a Remedy Kit.

208.    Since receiving notice of the Recall, Plaintiff Faridian Kade has put two and two together: her expensive RAVA Car Seat suffers from an extremely dangerous defect.

209.    Plaintiff Faridian Kade, fearing for the safety of her child, replaced her RAVA Car Seats at a cost of approximately $120 to her. The replacement car seat lacked the advertised safety and cleanliness features that drew Plaintiff Faridian Kade to the RAVA—features for which she paid a price premium of over five hundred dollars ($500.00) per RAVA Car Seat.

210.    When Plaintiff Faridian Kade purchased the replacement car seat, she chose a budget option because she assumed that Nuna would promptly provide her with a Remedy Kit, enabling her to safely use her RAVA Car Seats once again.

211.    However, Nuna did not provide a Remedy Kit to Plaintiff Faridian Kade for over two months, and then finally provided her with a single Remedy Kit, rather than the two she

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

required. Plaintiff Faridian Kade was forced to wait even longer for the second Remedy Kit, and when it arrived, it did not match the purposefully-selected color of her remaining RAVA Car Seat.

212.    In fact, on or about February 7, 2025, a Nuna employee informed Plaintiff Faridian Kade over the phone that Nuna had not mailed out a single Remedy Kit to any purchaser of a RAVA Car Seat as of that date.

213.    In other words, two months after Nuna announced the Recall of the RAVA Car Seat, Nuna has not provided consumers any remedy at all for the dangerous—potentially fatal—Defect, leaving parents with a $550.00 car seat they could not safely use.

214.    Had Plaintiff Faridian Kade understood the true nature of the RAVA Car Seat at the time of purchase or had Plaintiff Faridian Kade known the truth underneath Nuna's misleading representations and omissions, she would not have purchased the RAVA Car Seat, or else would have paid substantially less for it.

215.    Had Nuna disclosed to Plaintiff Faridian Kade prior to the point of sale the existence of the Defect and that the RAVAs would eventually be subject to a safety recall, she never would have purchased them or paid the premium price for them.

216.    The remedy Nuna has offered through the Recall—that is, providing a new seat pad, cleaning kit, and care instructions—is illusory, and, in any event, entirely insufficient. The purported remedy, even if actually provided, does not actually address the Defect or make the RAVA Car Seat safe, and it certainly does not remedy the false representations and omissions Nuna has made regarding the RAVAs, which enticed Plaintiff Faridian Kade to purchase them and/or overpay in the first place. It does not make Plaintiff Kade whole. The only remedy appropriate for Plaintiff Faridian Kade and for Class Members is a refund of the RAVA Car Seat.

217.    Further, even if Nuna had offered Plaintiff Faridian Kade assistance installing using the Remedy Kit, Plaintiff Faridian Kade would not have felt comfortable mailing the RAVA to Pennsylvania, as it could be jostled and damaged without proper packaging and padding.

218.    As it stands, the purported solution to the defective Car Seats offered by Nuna to Plaintiff Faridian Kade and the Class is insufficient and has diminished the value of the RAVA Car Seats.

## VII.   THE STATUTES OF LIMITATIONS SHOULD BE TOLLED

### A.   Continuing Act Tolling

219.   Nuna continued to market and sell the dangerously defective RAVA Car Seat long after consumers began complaining that it was unsafe. Despite evidence to the contrary, Nuna continuously represented that the RAVA is safe and suitable for securing children and infants while driving and failed to disclose the dangerous Defect.

220.   By continuously repeating false representations and failing to disclose that the RAVA contains a uniform and dangerous Defect, Nuna engaged in a continuing wrong sufficient to render inapplicable any statute of limitations that Nuna might seek to apply.

221.   Specifically, as the creator, designer, and manufacturer of the RAVA, Nuna has had actual knowledge likely since at least 2016, and certainly since at least 2017 when consumers began complaining of the Defect directly to Nuna, and by 2020 when consumers started complaining to NHTSA, that the RAVA is defectively designed and exposes infants and children to risk of injury and even death.

222.   Moreover, Nuna began manufacturing a redesigned version of the RAVA Car Seat on October 25, 2023—one that included a cloth cover over the front harness adjuster area—in an attempt to remedy the Defect, which Nuna presumably began designing months if not years before it began manufacturing it. This further reveals Nuna's ongoing knowledge of the Defect, and ongoing failure to disclose the Defect to the public.

223.   Nonetheless, Nuna issued the Recall only in December of 2024—*seven and a half years* after Nuna began receiving customer service complaints about the Defect, and fourteen months after it began manufacturing the re-designed RAVA. In the interim, Nuna did not issue a stop shipment or stop sell on the defective RAVAs even after they had notice of the Defect and waited over a year until the re-designed RAVA was on sale and warranties were expiring on the defective RAVAs before instituting an insufficient and poorly executed Recall.

224.   Thus, at all relevant times, Nuna indisputably possessed continuous knowledge of the material dangers posed by the RAVA, and yet Nuna knowingly continued to allow the sale of the RAVA. Plaintiffs' and Class Members' claims are not time-barred.

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

225. Moreover, even after the Recall was initiated, there is no evidence that Nuna's Recall Notice has reached all owners of the RAVA Car Seats.

226. Plaintiffs and Class Members could not have reasonably discovered and could not have known of these facts, which Nuna publicly disclosed for the first time mere months ago. Indeed, until it issued the Recall, Nuna knowingly failed to disclose material information regarding the existence of the Defect in all RAVAs manufactured before October 25, 2023. Accordingly, no potentially relevant statute of limitations should apply.

**B.     Fraudulent Concealment Tolling**

227. Any applicable statutes of limitations have been tolled or have not run for the additional reason that Nuna knowingly, actively, and fraudulently concealed the facts as alleged herein. Nuna had actual and constructive knowledge of the potentially fatal Defect in the RAVA Car Seat for, *at minimum*, seven and a half years before announcing the Recall.

228. Plaintiffs and Class Members have been kept in ignorance of information essential to the pursuit of their claims, and the safety of their children, without any fault or lack of diligence on their part. Nuna's concealment of the Defect in the RAVA before, during, and after the purchases of Plaintiffs' RAVA Car Seats prevented them from being on notice of any facts or information that would have required them to inquire whether Nuna fulfilled its duties under the law and, if not, whether Plaintiffs and Class Members had legal recourse.

229. At all times prior to, during, and since the purchase of Plaintiffs' and Class Members' RAVA Car Seats, Nuna has been in a superior position of knowledge about the Defect and under a continuing duty to disclose the true facts regarding the safety Defect in the RAVA. Plaintiffs and Class Members justifiably relied on Nuna to disclose the true nature of the Products they purchased and/or owned because that inherent Defect was not discoverable by Plaintiffs and the other Class Members through reasonable efforts. Because of Nuna's willful concealment of material information concerning the RAVA over a period of years, Nuna is estopped from relying on any statute of limitations defense against the claims of Plaintiffs and Class Members.

///

///

- 71 -                                    Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## C.    Discovery Rule Tolling

230.    Plaintiffs and Class Members could not have discovered through the exercise of reasonable diligence that their RAVA Car Seats were defective within the time period of any applicable statutes of limitation because, as described herein, only Nuna had that information and was, at all relevant times, in a superior position of knowledge about the Defect, and Nuna was concealing that information from the public.

231.    Indeed, Plaintiffs first became aware of the RAVA's dangerous Defect and associated safety risks when they learned of the Defect's existence through Nuna's Recall (for which many Class Members have still yet to formal notice).

232.    Plaintiffs and other Class Members could not have reasonably discovered and could not have known of facts that would have caused a reasonable person to suspect, that Nuna was designing, manufacturing, and marketing the RAVA Car Seat despite being aware it contained a dangerous Defect.

233.    As such, no potentially relevant statute of limitations should be applied.

## D.    Estoppel

234.    Nuna was under a continuous duty to disclose to Plaintiffs and other Class Members the fact they knew about the dangerously defective nature of the RAVA Car Seats.

235.    Nuna knowingly, affirmatively, and actively concealed the true nature, quality, and character of the RAVA Car Seats from Plaintiffs and Class Members.

236.    Thus, Nuna is estopped from relying on any statute of limitations defense against the claims of Plaintiffs and Class Members.

## VIII.    CLASS ACTION ALLEGATIONS

237.    Pursuant to Federal Rule of Civil Procedure 23(a), (b)(2), and (b)(3), Plaintiffs bring this action on behalf of themselves and others similarly situated.

238.    Plaintiffs seek to represent a Class defined as:

> All persons in California who purchased or own a RAVA Car Seat subject to the Recall.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

239. Plaintiffs reserve the right to amend the Class definition as necessary, including but not limited to, including additional products made by Nuna with the same Defect and/or other products made by Nuna with the common Defect but bearing different brand names.

240. **Numerosity:** At this time, Plaintiffs do not know the exact number of members of the Class; however, given the nature of the claims and the number of retail stores in California selling the RAVA Car Seats, as well as total nationwide sales figures of over 600,000, Plaintiffs believe that members of the Class and Subclass are so numerous that joinder of all members is impracticable.

241. **Commonality and Predominance:** There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class and Subclass that predominate over questions that may affect individual Class Members include, but are not necessarily limited to:

- Whether Defendant's conduct was unfair, deceptive, and/or misleading under applicable law;

- Whether Defendant has violated the state consumer protection laws and common law claims alleged in this complaint; and

- Whether Plaintiffs and Class Members are entitled to damages, restitution, injunctive or other equitable relief.

242. **Typicality:** Plaintiffs' claims are typical of those of the Class because Plaintiffs, like all members of the Class, purchased and used, in a typical consumer setting, Nuna's RAVA Car Seat and Plaintiffs sustained damages from Nuna's wrongful conduct.

243. **Adequacy:** Plaintiffs will fairly and adequately protect the interests of the Class and have retained counsel that is experienced in litigating complex consumer protection class actions. Plaintiffs have no interests which conflict with those of the Class.

244. **Superiority:** A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

/ / /

/ / /

245.    The prerequisites to maintaining a class action for equitable relief are met as Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate equitable relief with respect to the Class as a whole.

246.    The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another might not. Additionally, individual actions could be dispositive of the interests of the Class even where certain Class Members are not parties to such actions.

## IX.    CLAIMS FOR RELIEF

### COUNT ONE
### Fraud
### (On behalf of Plaintiffs and the Class)

247.    Plaintiffs incorporate by reference and re-allege all prior paragraphs of this complaint as though fully set forth herein.

248.    Plaintiffs bring this claim on behalf of themselves and the Class.

249.    At all times material herein, Defendant knew that the RAVA Car Seats contain the dangerous Defect rendering the RAVA Car Seat unsafe and unsuitable for children.

250.    Defendant provided Plaintiffs and Class Members with false or misleading material information and failed to disclose material facts about the true nature of the RAVA Car Seat, including but not limited to the fact the RAVA Car Seat contains the dangerous Defect rendering the Product unsafe and unsuitable to serve its intended purpose as a child safety product. Further, Defendant's omissions by failing to disclose the Defect contrary to Defendant's representations or partial representations.

251.    Defendant omitted disclosing the Defect to consumers that it had knowledge of and a duty to disclose. Rather, Defendant promised consumers that the RAVA Car Seat was fit for its intended purpose and that it was free of defects and that it was safe and suitable for infants and children for restraint in a moving vehicle through its safety-related representations in its advertising and marketing.

252. Defendant had exclusive knowledge of the RAVA Car Seat's Defect at the time of sale to Plaintiffs and Class Members and at all other relevant times. Neither Plaintiffs nor Class Members, in the exercise of reasonable diligence, could have independently discovered the true nature of the RAVA Car Seat and its Defect prior to purchase.

253. Defendant had the capacity to, and did, deceive Plaintiffs and Class Members into believing they were purchasing a car seat that was safe and suitable for children.

254. Defendant undertook active and ongoing steps to conceal the presence of the Defect in the RAVA Car Seat. Plaintiffs are not aware of anything in Defendant's advertising, publicity, or marketing materials that disclosed the truth about the RAVA Car Seat, despite Defendant's awareness of the Defect and the serious safety risks associated with the Defect.

255. The facts concealed and/or not disclosed by Defendant about the Defect to Plaintiffs and Class Members are material facts in that a reasonable person would have considered fundamental in deciding whether to purchase the RAVA Car Seat, or else pay substantially less for the RAVA Car Seat.

256. Defendant intentionally concealed and/or failed to disclose material facts about the Defect for the purpose of inducing Plaintiffs and Class Members to act purchase the RAVA Car Seat.

257. Plaintiffs and Class Members justifiably acted or relied upon the concealed and/or nondisclosed facts to their detriment, as evidenced by their purchases of the RAVA Car Seat.

258. The misrepresentations and omissions made by Defendant, upon which Plaintiffs and Class Members reasonably and justifiably relied, were intended to induce and actually induced Plaintiffs and Class Members to purchase the RAVA Car Seat.

259. Plaintiffs and Class Members suffered a loss of money in an amount to be proven at trial as a result of Defendant's fraudulent concealment and nondisclosure because they would not have purchased the RAVA Car Seat or would not have purchased the RAVA Car Seat for the price they did, if the true facts concerning the RAVA Car Seat had been known.

260. Plaintiffs and Class Members are entitled to all relief the Court deems proper as a result of Defendant's actions described herein.

**COUNT TWO**
**Negligent Misrepresentation**
**(On behalf of Plaintiffs and the Class)**

261. Plaintiffs incorporate by reference and re-allege all prior paragraphs of this complaint as though fully set forth herein.

262. Plaintiffs bring this claim on behalf of themselves and the Class.

263. At all times material herein, Defendant knew that the RAVA Car Seats contain the dangerous Defect rendering the RAVA Car Seat unsafe and unsuitable for children.

264. Defendant provided Plaintiffs and Class Members with false or misleading material information and failed to disclose material facts about the true nature of the RAVA Car Seat, including but not limited to the fact the RAVA Car Seat contains the dangerous Defect rendering the Product unsafe and unsuitable to serve its intended purpose as a child safety product. Further, Defendant's omissions by failing to disclose the Defect contrary to Defendant's representations or partial representations.

265. Defendant omitted disclosing the Defect to consumers that it had knowledge of and a duty to disclose. Rather, Defendant promised consumers that the RAVA Car Seat was fit for its intended purpose and that it was free of defects and that it was safe and suitable for infants and children for restraint in a moving vehicle through its safety-related representations in its advertising and marketing.

266. Defendant had exclusive knowledge of the RAVA Car Seat's Defect at the time of sale to Plaintiffs and Class Members and at all other relevant times. Neither Plaintiffs nor Class Members, in the exercise of reasonable diligence, could have independently discovered the true nature of the RAVA Car Seat and its Defect prior to purchase.

267. Defendant had the capacity to, and did, deceive Plaintiffs and Class Members into believing they were purchasing a car seat that was safe and suitable for children.

268. Defendant undertook active and ongoing steps to conceal the presence of the Defect in the RAVA Car Seat. Plaintiffs are not aware of anything in Defendant's advertising, publicity, or marketing materials that disclosed the truth about the RAVA Car Seat, despite Defendant's awareness of the Defect and the serious safety risks associated with the Defect.

269. The facts concealed and/or not disclosed by Defendant to Plaintiffs and Class Members about the Defect are material facts in that a reasonable person would have considered them fundamental in deciding whether to purchase the RAVA Car Seat, or else pay substantially less for the RAVA Car Seat.

270. At the time Defendant made these representations and omissions, Defendant knew or should have known that these representations and omissions were false and/or material or made them without knowledge of their truth or veracity.

271. At an absolute minimum, Defendant negligently misrepresented material facts about the safety of the RAVA Car Seats by failing to disclose the Defect.

272. The negligent misrepresentations and omissions made by Defendant, upon which plaintiffs and the Class reasonably and justifiably relied, were intended to induce and actually induced Plaintiffs and the Class to purchase the RAVA Car Seats.

273. The actions of Defendant caused damage to Plaintiffs and the Class, who are entitled to damages and other legal and equitable relief as a result.

### COUNT THREE
**Violations of the California Consumers Legal Remedies Act,**
**Cal. Civ. Code §§1750, *et seq*.**
**(On behalf of Plaintiffs and the Class)**

274. Plaintiffs incorporate by reference and re-allege all prior paragraphs of this complaint as though fully set forth herein.

275. Plaintiffs bring this claim on behalf of themselves and the Class.

276. Plaintiffs and the Class Members are "consumers" that purchased "goods" in the form of the RAVA Car Seat within the meaning of California Civil Code § 1761. The application of the California Consumer Legal Remedies Act ("CLRA") to the putative Class in this action is appropriate because Defendant's wrongful conduct alleged herein includes but is not limited to Defendant's marketing and sale of defective, unsafe RAVA Car Seats in the state of California.

277. Defendant is a "person" within the meaning of California Civil Code § 1761(c).

278. Defendant violated California Consumer Legal Remedies Act, Civil Code § 1770(a)(5), *inter alia*, by representing that the RAVA Car Seat has characteristics, uses or

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

benefits, which it does not have, and/or Civil Code § 1770(a)(7) by representing that the RAVA Car Seat is of a particular standard, quality, or grade, even though it is of another. Such conduct includes, among other things:

a.    Designing, manufacturing, marketing, and selling the RAVA Car Seat consumers that contained material, fundamental Defects without disclosing such Defects to consumers;

b.    Marketing and selling the RAVA Car Seat when it was not safe for the purpose of providing safe transportation for infants and small children; and

c.    Marketing and selling the RAVA Car Seat while concealing material facts from Plaintiffs and Class Members regarding the Defects in the RAVA Car Seats that would create a safety risk for Plaintiffs and Class Members who purchased the RAVAs to provide safe and reliable transportation for their infants and small children.

279.    Pursuant to California Civil Code § 1782, former Plaintiff Prashmi Khanna sent a CLRA notice of violation and demand letter to Defendant on February 6, 2025 on behalf of herself and similarly situated class members. Plaintiffs Barrales and Smith sent a CLRA notice of violation and demand letter earlier to Defendant on January 29, 2025 on behalf of themselves and similarly situated class members. Plaintiffs Bernasconi Pelufo and Faridian Kade sent a CLRA notice of violation and demand letter to Defendant on March 31, 2025 on behalf of themselves and similarly situated class members. Plaintiffs have received no responses.

280.    Pursuant to California Civil Code § 1780, Plaintiffs, on behalf of themselves and Class Members, seek an order enjoining Defendant from the unlawful practices described herein and a declaration that Defendant's conduct violated the CLRA.

281.    Pursuant to California Civil Code § 1782(d), Plaintiffs, on behalf of themselves and Class Members, also seek equitable relief as well as monetary relief from Defendant to provide actual, compensatory, and statutory damages, and attorneys' fees and costs.

/ / /

/ / /

/ / /

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## COUNT FOUR
### Unlawful, Unfair, and Fraudulent Business Acts and Practices
### Cal. Bus. & Prof. Code §§ 17200, *et seq.*
### (On behalf of Plaintiffs and the Class)

282. Plaintiffs incorporate by reference and re-allege all prior paragraphs of this complaint as though fully set forth herein.

283. Plaintiffs bring this claim on behalf of themselves and the Class.

284. Defendant's acts and practices constitute "unfair competition," "unlawful, unfair, and fraudulent business practices" and "unfair, deceptive, untrue, or misleading advertising" in violation of the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq*. The application of the UCL to the putative Class in this action is appropriate because Defendant's wrongful conduct alleged herein, includes but is not limited to Defendant's marketing and sale of defective, unsafe RAVA Car Seats in the state of California.

285. Defendant engaged in fraudulent, unlawful and unfair business practices in violation of the UCL by, among other things:

    a.    Fraudulent: Designing, developing, marketing and selling RAVA Car Seats while concealing material facts from Plaintiff and Class Members regarding the Defects in the RAVAs that would create a safety risk for Plaintiff and Class Members who purchased the RAVA Car Seats to provide safe transportation for infants and small children;

    b.    Unfair: Defendant's conduct is unfair because the utility of its conduct as described in this Complaint is outweighed by the gravity of the consequences to Plaintiffs and Class Members and because Defendant's conduct as described in this Complaint is immoral, unethical, oppressive, unscrupulous or substantially injurious to Plaintiffs and Class Members. As described in this Complaint, Defendant's unfair conduct is attributable to, inter alia, its ongoing fraudulent deception of failing to disclose a known Defect prior to consumers' purchase, continuing to conceal that Defect and failing to disclose and warn consumers about the risks associated with the Defect

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

before it initiated the Recall; and by implementing a insufficient and ineffective Recall that failed to remedy the Defect and devalued consumers' property and limited its useful life; and

    c.    Unlawful: Defendant's conduct is unlawful because it violates:

        1.    The Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.*;

        2.    California False Advertising Law ("FAL"), California Business & Professions Code § 17500, *et seq.*;

        3.    Federal Motor Vehicle Safety Standard 213 and 213a, 49 C.F.R. § 571.213 and 517.213a; and

        4.    California's fraud and negligent misrepresentation claims.

286.    Plaintiffs and Class Members reasonably and justifiably relied on Defendant's conduct alleged herein. Had Defendant disclosed the existence of the Defect in the RAVA Car Seats, Plaintiffs and Class Members would have learned of the true nature of the RAVA Car Seats and would have acted differently. Had Plaintiffs and Class Members known about the true state of facts of the Defects in the RAVA Car Seats, they either would not have purchased the RAVA Car Seats, or else would have paid substantially less for them. Accordingly, Plaintiffs and Class Members purchased and overpaid for their RAVA Car Seats and did not receive the benefit of their bargain.

287.    Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiffs, on behalf of themselves and Class Members, have suffered injury in the form of lost money and property, including but not limited to, lost money associated with the purchase of the RAVA Car Seat, lost money associated with the purchase of replacement car seats, a diminishment in the value and useful life of the RAVA Car Seat, as a direct and proximate result of Defendant's fraudulent, unlawful, and unfair business practices are therefore entitled to equitable relief, including restitution, disgorgement of profits Defendant obtained from its fraudulent, unlawful, and unfair business practices, and an order enjoining Defendant from the unlawful practices described herein, as well actual damages, and attorneys' fees and costs.

**COUNT FIVE**
**Violation of California False Advertising Law,**
**Cal. Bus. & Prof. Code §§ 17500, *et seq*.**
**(On behalf of Plaintiffs and Class)**

288.    Plaintiffs incorporate by reference and re-allege all prior paragraphs of this complaint as though fully set forth herein.

289.    Plaintiffs bring this claim on behalf of themselves and the Class.

290.    Each of the above deceptive and misleading advertising practices of Defendant set forth above constitutes untrue or misleading advertising under the California False Advertising Law ("FAL"), California Business & Professions Code § 17500, *et seq*.

291.    At all material times, Defendant's statements and marketing and advertising materials misrepresented or omitted material facts regarding the safety of Defendant's RAVA Car Seat as set forth in this Complaint. Defendant is disseminating statements, marketing and advertising concerning the safety of its RAVA Car Seat that are unfair, untrue, deceptive, or misleading within the meaning of California Business & Professions Code § 17500, *et seq*.

292.    Defendant's acts and practices have deceived and/or are likely to continue to deceive Plaintiffs, members of the Class, and the public. As set forth above, Defendant's safety and quality claims are deceptive and misleading to reasonable consumers because the RAVA Car Seat contained a safety Defect, making the RAVA extremely hazardous and unsafe. Moreover, Defendant intentionally does not disclose any of this information to consumers and instead represents that the RAVA Car Seat is beyond average levels of safety.

293.    More specifically, Defendant misrepresented the true nature, quality, and character of the RAVA Car Seats by failing to disclose the existence of the Defect and by misrepresenting that the RAVA Car Seats were fit for their intended purpose of providing safe restraint to infants and children in a vehicle.

294.    To the contrary, the RAVA Car Seats contained the dangerous Defect at the time of purchase and no reasonable consumer would believe that, in light of the dangerous Defect, that the RAVA Car Seats were merchantable or fit for the ordinary purpose for which they were used and

FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

sold or were not otherwise injurious to consumers, where Plaintiff and Class Members could not immediately identify the Defect.

295. At the time it made the misrepresentations and omissions, Defendant either knew about the existence of the Defect in the RAVA Car Seats, which rendered them unsafe. Defendant concealed, omitted, and failed to disclose this information from Plaintiffs and Class Members.

296. Defendant has violated the FAL because the misrepresentations and omissions regarding the RAVA Car Seats as set forth herein were material and likely to deceive a reasonable consumer.

297. The misrepresented and omitted facts concerning the RAVA Car Seats were also material because they concern central functions of the RAVA Car Seats—namely, that the RAVA Car Seats are safe, free of defect, and capable of providing safe restraint to infants and children in a vehicle, including during a crash.

298. Plaintiffs and Class Members purchased the RAVA Car Seats in reliance on the statements and omissions made in Defendant's advertising and marketing materials and Defendant's omissions and concealment of material facts regarding the quality and use of the RAVA Car Seats.

299. Plaintiffs and Class Members reasonably and justifiably relied on Defendant's conduct alleged herein. Had Defendant disclosed the existence of the Defect in the RAVA Car Seats, Plaintiffs and Class Members would have learned of the true nature of the RAVA Car Seats and would have acted differently. Had Plaintiffs and Class Members known about the true state of facts of the Defects in the RAVA Car Seats, they either would not have purchased the RAVA Car Seats, or else would have paid substantially less for them. Accordingly, Plaintiffs and Class Members purchased and overpaid for their RAVA Car Seats and did not receive the benefit of their bargain.

300. As a direct and proximate result of Defendant's conduct as set forth herein, Defendant has obtained ill-gotten gains and/or profits, including but not limited to money from Plaintiffs and Class Members who paid for the RAVA Car Seats, which contained the Defect.

301. Plaintiffs, on behalf of themselves and Class Members, have suffered injury in the form of lost money and property including but not limited to, lost money associated with the purchase of the RAVA Car Seat, lost money associated with the purchase of replacement car seats, a diminishment in the value and useful life of the RAVA Car Seat, as a direct and proximate result of Defendant's violations of the FAL are therefore entitled to equitable relief, including restitution, disgorgement of profits Defendant obtained from its fraudulent, unlawful, and unfair business practices, and an order enjoining Defendant from the unlawful practices described herein, as well as any other relief allowed under California law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand judgment individually, and on behalf of themselves, and members of the Class, as follows:

A.     For an order certifying the Class and Subclass under Federal Rule of Civil Procedure 23 and naming Plaintiffs as representatives of the Class, and Plaintiffs' attorneys as Class Counsel;

B.     For an order declaring that Nuna's conduct violates the statutes referenced herein;

C.     For an order finding in favor of Plaintiffs, the Class, and/or the Subclasses on all counts asserted herein;

D.     Award actual, compensatory, and statutory damages in amounts to be determined by the Court and/or jury;

E.     Award restitution and order disgorgement of all profits that Nuna obtained from Plaintiffs and Class Members as a result of Nuna's unlawful, unfair, and fraudulent business practices;

F.     Grant injunctive relief as permitted by law or equity, including enjoining Nuna from continuing the unlawful practices and illegal acts detailed herein;

G.     Award pre- and post-judgment interest on all amounts awarded;

H.     Award Plaintiffs, the Class, and Subclass their reasonable attorneys' fees and expense and cost; and

I.     Order such other and further relief as may be just and proper.

**JURY TRIAL DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

DATED: February 6, 2026

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: /s/ *William A. Ladnier*
   William A. Ladnier

Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  aedwards@milberg.com
        wladnier@milberg.com
        gwhitener@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (866) 252-0878
Fax: (865) 522-0049
astraus@milberg.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (*pro hac vice*)
Daniel Tomascik (*pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462

*Attorneys for Plaintiffs Tina Marie Barrales, Alyna Smith and the Proposed Class*

DATED: February 6, 2026

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
   Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
A.J. de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email:  lking@kaplanfox.com
        mgeorge@kaplanfox.com
        ajd@kaplanfox.com
        colivares@kaplanfox.com

*Attorneys for Plaintiffs Mariana Bernasconi Pelufo, Behnaz Faridian Kade, and the Proposed Class*

Case No. 3:25-cv-01284-AMO
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## SIGNATURE ATTESTATION

Pursuant to N.D. Cal. Local Rule 5(i)(3), I hereby attest that the other signatory has concurred in the filing of this document.

**KAPLAN FOX & KILSHEIMER LLP**

DATED: February 6, 2026

/s/ *Matthew B. George*
Matthew B. George

*Attorney for Plaintiffs Mariana Bernasconi Pelufo, Behnaz Faridian Kade, and the Proposed Class*