Valerie M. Goo (CA Bar No. 187334)
 VGoo@crowell.com
Branden Nikka (CA Bar No. 352943)
 BNikka@crowell.com
Kendyl Barnholtz (CA Bar No. 359694)
 KBarnholtz@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone:  213.622.4750
Facsimile:  213.622.2690

Scott L. Winkelman (DC Bar No. 416747) (admitted *pro hac vice*)
 SWinkelman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  202.624.2500
Facsimile:  202.628.5116

Robert A. Mantel (NY Bar No. 5128756) (admitted *pro hac vice*)
 RMantel@crowell.com
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  212.223.4000
Facsimile:  212.223.4134

*Attorneys for Defendant*
NUNA BABY ESSENTIALS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 4:25-cv-01284-AMO |
|---|---|
| | **<u>Class Action</u>** |
| | **DEFENDANT NUNA BABY ESSENTIALS, INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

Defendant Nuna Baby Essentials, Inc. ("Defendant" or "Nuna") hereby answers Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC"). Defendant's responses are made without waiving, and expressly reserving, all rights and defenses Defendant has to some or all the claims asserted in the FAC.

## I. INTRODUCTION

1. It is admitted that Nuna marketed and distributed RAVA brand car seats. The remaining allegations in this paragraph are denied.

2. Nuna admits only that its website at various points in time contains statements about its products, which speak for themselves. Nuna otherwise denies that the statements quoted herein were quoted fully or in context and therefore denies the remaining allegations in the paragraph.

3. Nuna admits that the RAVA car seat commands a price, which in some instances is within the price alleged. Nuna denies the remaining allegations contained in this paragraph as characterizations offered without definition or context.

4. Nuna admits only that its website at various points in time contains statements about its products, which speak for themselves. Nuna otherwise denies that the statements quoted herein were quoted fully or in context and therefore denies the remaining allegations in the paragraph.

5. Nuna denies the existence of a "dangerous safety defect" as a conclusion of law to which no responsive pleading is required. Nuna admits only that it initiated a recall of certain RAVA car seats for the reasons described in the Recall Notice, which speaks for itself. Nuna otherwise denies the allegations in this paragraph purporting to describe the reasons for the Recall as misleading and incomplete. Defendant lacks sufficient knowledge or information sufficient to form a belief as to the truth of the remaining allegations regarding consumer reports, and on that basis denies the remaining allegations contained in this paragraph.

6. Nuna denies the existence of a "dangerous Defect" as a conclusion to law to which no responsive pleading is required. Nuna admits only that it initiated a Recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. Nuna lacks sufficient information to admit or deny the remaining allegations in this paragraph.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

7.     To the extent that this paragraph characterizes, summarizes, describes, or purports to quote the content of a media report, the document speaks for itself. Nuna lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding consumer reports and on that basis denies the remaining allegations in this paragraph.

8.     Nuna denies the existence of a "dangerous Defect" as a conclusion to law to which no responsive pleading is required. Nuna admits only that it received feedback from consumers and that consumers posted on NHTSA's website, which speak for themselves. Nuna otherwise denies the remaining characterizations and allegations in this paragraph.

9.     Nuna admits only that it received feedback from consumers regarding the RAVA, which speak for themselves. Nuna otherwise denies the allegations in this paragraph that constitute a conclusion of law to which no responsive pleading is required. To the extent that a response is required, Nuna denies the allegations in this paragraph.

10.     Nuna denies the existence of a "dangerous Defect" as a conclusion to law to which no responsive pleading is required. Nuna admits only that it received feedback from consumers regarding the RAVA, which speak for themselves. The remaining allegations in this paragraph are denied.

11.     Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions or beliefs. Nuna admits only that it received feedback from consumers regarding the RAVA, which speak for themselves. The remaining allegations in this paragraph are denied.

12.     Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements quoted herein were quoted fully or in context and therefore denies the remaining allegations of this paragraph.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

13.     Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. The remaining allegations of this paragraph are denied.

14.     Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. The remaining allegations of this paragraph are denied.

15.     Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. The remaining allegations in this paragraph are denied.

16.     Nuna admits only that it initiated a recall of certain RAVA car seats for the reasons described in the Recall Notice, which speaks for itself. Nuna otherwise denies that the statements quoted herein were quoted fully or in context, and denies the remaining allegations of this paragraph.

17.     Nuna denies the allegations in this paragraph that constitute a conclusion of law to which no responsive pleading is required. Nuna admits only that, in connection with the recall, it provided consumers with a remedy kit that included a new seat pad, cleaning kit, and instructions for cleaning and installing the new seat pad, which speak for themselves. Nuna denies the remaining allegations in this paragraph.

18.     Nuna denies the allegations in this paragraph that constitute a conclusion of law to which no responsive pleading is required. By way of further response, Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna admits only that it received feedback from certain consumers regarding the recall, which speak for themselves. Nuna otherwise denies that consumer statements represented herein were represented fully or in context, and therefore denies the remaining allegations in this paragraph.

19.     Nuna admits only that the FAC was filed by Plaintiffs on behalf of themselves and others who allegedly purchased the products subject to the RAVA Recall during the applicable

-4-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

statute of limitations period. Defendant denies that this action meets the requirements for a class action under Federal Rule of Civil Procedure 23(a) or (b) and denies the remaining allegations in this paragraph.

## II.   PARTIES

### A.  Plaintiffs

20.   Nuna admits that Plaintiff Tina Marie Barrales purports to reside as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

21.   Nuna admits that Plaintiff Tina Marie Barrales purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

22.   Nuna admits that Plaintiff Alyna Smith purports to reside as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

23.   Nuna admits that Plaintiff Alyna Smith purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

24.   Nuna admits that Plaintiff Mariana Bernasconi Pelufo purports to reside as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

25.   Nuna admits that Plaintiff Mariana Bernasconi Pelufo purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

26.   Nuna admits that Plaintiff Behnaz Faridian Kade purports to reside as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

27. Nuna admits that Plaintiff Behnaz Faridian Kade purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiff to her proofs.

**B. Defendants**

28. Admitted.

29. Denied.

30. Nuna admits that it markets and sells products for babies to consumers throughout the United States, including in California. The other allegations in this paragraph are denied.

## III. JURISDICTION AND VENUE

31. Paragraph 31 contains legal conclusions as to which no responsive pleading is required. Otherwise denied.

32. Paragraph 32 contains legal conclusions as to which no responsive pleading is required. Otherwise denied.

33. Paragraph 33 contains legal conclusions as to which no responsive pleading is required. Otherwise denied.

34. Paragraph 34 contains legal conclusions as to which no responsive pleading is required. Otherwise denied.

35. Paragraph 35 contains legal conclusions as to which no responsive pleading is required. Otherwise denied.

## IV. DIVISIONAL ASSIGNMENT

36. Admitted.

## V. FACTUAL ALLEGATIONS

37. Admitted.

38. Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

-6-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

39.    Admitted that Nuna markets and sells car seats including all variations of the RAVA Car Seat. Otherwise denied.

40.    Nuna admits only that it markets and sells RAVA car seats through authorized retailers, including the retailers referenced in this paragraph, and that the RAVA has been listed for sale at authorized retailers for different prices over time, which in some instance is within the range alleged. Defendant denies the remaining allegations contained in this paragraph as characterizations offered without definition or context.

41.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of a survey, the document speaks for itself. Otherwise, Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

42.    Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. The remaining allegations of this paragraph are denied.

43.    Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

44.    Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

45.    Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

46.     Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

47.     Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

48.     Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

49.     Nuna admits only that it provided a manual containing instructions and safety warnings pertaining to the product's safe use, which speak for themselves. Nuna otherwise denies that the statements represented herein were represented fully or in context and therefore denies the remaining allegations of this paragraph.

50.     Nuna admits only that the RAVA Car Seat was advertised. The remaining allegations in this paragraph are denied.

51.     Nuna denies the allegations contained in this paragraph as characterizations offered without definition or context.

52.     Nuna admits only that its website at various points in time contains various statements about its products, which speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

53.     This paragraph states legal conclusions to which no responses are required. Otherwise denied.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

54. Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

55. Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

56. Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. Nuna denies the allegation of "Defect" as a conclusion of law to which no responsive pleading is required. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

57. Denied as a conclusion of law to which no responsive pleading is required. Nuna also specifically denies the allegation that there was not a cover over the front harness adjuster button as there was a plastic cover over this portion of the product. Nuna also lacks sufficient information to admit or deny the knowledge, actions or beliefs of consumers. By way of further response, Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of a news report, the document speaks for itself. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

58. Denied as a conclusion of law to which no responsive pleading is required. By way of further response, Nuna lacks sufficient information to admit or deny the knowledge, actions or beliefs of consumers and therefore denies the remaining allegations in this paragraph.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

59.     To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of a news report, the document speaks for itself. Nuna otherwise denies the remaining allegations in this paragraph.

60.     Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

61.     Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

62.     Nuna denies the allegations contained in this paragraph as characterizations offered without definition or context.

63.     Nuna admits only that it sent a letter to NHTSA on July 18, 2024 and provided NHTSA with customer service records, which speak for themselves. Nuna otherwise denies that the letter represented herein is represented fully or in context and therefore denies the remaining allegations in this paragraph.

64.     Nuna admits only that it sent a letter to NHTSA on July 21, 2024 and provided NHTSA with customer service records, which speak for themselves. Nuna otherwise denies that the letter represented herein is represented fully or in context and therefore denies the remaining allegations in this paragraph.

65.     Nuna admits only that it sent a letter to NHTSA on January 30, 2025, and provided NHTSA with customer service records, which speak for themselves. Nuna otherwise denies that the letter represented herein is represented fully or in context and therefore denies the remaining allegations in this paragraph.

66.     Nuna admits only that it sent a letter to NHTSA on January 30, 2025, and provided NHTSA with customer service records, which speak for themselves. Nuna otherwise denies that

-10-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

the letter represented herein is represented fully or in context and therefore denies the remaining allegations in this paragraph.

67.    Denied as a conclusion of law to which no responsive pleading is required. By way of further response, Nuna admits only that it sent a letter to NHTSA on January 30, 2025, and provided NHTSA with customer service records, which speak for themselves. Nuna otherwise denies that the letter represented herein is represented fully or in context and therefore denies the remaining allegations in this paragraph.

68.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

69.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

70.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

71.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

72.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

-11-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

73. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

74. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

75. Denied as a conclusion of law to which no responsive pleading is required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna lacks sufficient information to admit or deny allegations in this paragraph concerning consumer knowledge, actions, or beliefs and therefore denies the remaining allegations in this paragraph.

76. Nuna admits only that certain consumers submitted photos and or videos of their car seats for Nuna's customer service team to review. Nuna lacks sufficient information to admit or deny allegations in this paragraph concerning consumer knowledge, actions, or beliefs and therefore denies the remaining allegations in this paragraph.

77. Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

78. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

-12-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

79.    Denied as a conclusion of law to which no responsive pleading is required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna lacks sufficient information to admit or deny allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

80.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna lacks sufficient information to admit or deny allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise denies that the reports represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

81.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

82.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

83.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

84.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those

-13-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

85.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

86.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

87.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna lacks sufficient information to admit or deny the truth of the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

88.    Denied as a conclusion of law to which no responsive pleading is required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna lacks sufficient information to admit or deny the truth of the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

89.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna lacks sufficient information to admit or deny the truth of the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise

-14-

CROWELL & MORING LLP
ATTORNEYS AT LAW

denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

90.    Nuna admits only that certain consumers submitted photos and or videos of their car seats for Nuna's customer service team to review. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. The remaining allegations in this paragraph are otherwise denied.

91.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

92.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

93.    Denied as conclusions of law to which no responsive pleading is required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna denies the remaining allegations in this paragraph.

94.    Denied as conclusions of law to which no responsive pleading is required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna denies the remaining allegations in this paragraph.

95.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records also speak for themselves. Nuna otherwise denies that the

-15-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

96.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

97.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

98.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

99.    Nuna admits only that it provided customer service records and data to NHTSA regarding the RAVA, which speak for themselves. Nuna otherwise denies that the records represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

100.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

101.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

-16-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

102. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

103. This paragraph states legal conclusions to which no responses are required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Otherwise denied.

104. Nuna admits only that it launched a refreshed version of the RAVA in or around the beginning of 2024. The remaining allegations in this paragraph are denied.

105. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna admits only that its headquarters are located in Pennsylvania and that Nuna's customer service department would at times request that consumers send their products to Nuna for review. The remaining allegations in this paragraph are denied.

106. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna admits only that certain consumers submitted photos and or videos of their car seats for Nuna's customer service team to review. The remaining allegations in this paragraph are denied.

107. Nuna admits only that it maintains records of consumer complaints and warranty claims as a part of the regular course of its business, which speak for themselves. Nuna lacks sufficient information to admit or deny the truth of the allegations in this paragraph concerning customary practices of manufacturers in the consumer product industry. The remaining allegations in this paragraph are denied.

108. Denied.

109. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

-17-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

110.    Nuna admits only that it sent a letter to NHTSA on June 21, 2024, which speaks for itself. Nuna otherwise denies that the statements quoted herein are quoted fully or in context and therefore denies the remaining allegations in this paragraph.

111.    Denied as a conclusion of law to which no responsive pleading is required. Nuna admits only that consumer comments are posted on NHTSA's website, which speak for themselves. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies the remaining characterizations and allegations in this paragraph.

112.    Nuna admits only that Plaintiffs filed an Exhibit C with the FAC that purports to summarize consumer comments posted on NHTSA's website. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the consumer comments posted on NHTSA's website, those records speak for themselves. Nuna otherwise denies the remaining characterizations and allegations in this paragraph.

113.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer comments posted on NHTSA's website, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

114.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer comments posted on NHTSA's website, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

115.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer comments posted on NHTSA's website, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

116.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer comments posted on NHTSA's website, those records speak for themselves. Nuna

-18-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

117. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer comments posted on NHTSA's website, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

118. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer comments posted on NHTSA's website, those records speak for themselves. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

119. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of a news report, the document speaks for itself. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

120. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the customer service records Nuna provided to NHTSA and consumer comments posted on NHTSA's website, those records speak for themselves. Nuna admits only that Plaintiffs purport to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and leaves Plaintiffs to their proofs.

121. Nuna admits only that it launched a refreshed version of the RAVA in or around the beginning of 2024. The remaining allegations in this paragraph are denied.

122. Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. The remaining allegations in this paragraph are denied.

123. This paragraph states legal conclusions to which no responses are required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the customer

-19-

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

service records Nuna provided to NHTSA and consumer comments posted on NHTSA's website, those records speak for themselves. Otherwise denied.

124.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

125.    Nuna admits only that, in connection with the recall, it provided consumers with a remedy kit that included a new seat pad, cleaning kit, and instructions for cleaning and installing the new seat pad, which speak for themselves. The remaining allegations in this paragraph state legal conclusions to which no responses are required and are otherwise denied.

126.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions or beliefs. Otherwise denied.

127.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions or beliefs. Otherwise denied.

128.    This paragraph states legal conclusions to which no responses are required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote federal regulations governing car seats, those regulations speak for themselves.  Otherwise denied.

129.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

130.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of a news article, the document speaks for itself. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

131.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

132.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

-20-

CROWELL & MORING LLP
ATTORNEYS AT LAW

133.    Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. The remaining allegations of this paragraph are denied.

134.    Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Otherwise denied.

135.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of Nuna's customer service records, those records speak for themselves. Nuna otherwise denies that the statement referenced herein is referenced fully or in context and therefore denies the remaining allegations in this paragraph.

136.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Otherwise denied.

137.    This paragraph states legal conclusions to which no responses are required. Nuna admits only that, in connection with the recall, it provided consumers with a remedy kit that included a new seat pad, cleaning kit, and instructions for cleaning and installing the new seat pad, which speak for themselves. Otherwise denied.

138.    Nuna admits only that, in connection with the recall, it provided consumers with a remedy kit that included a new seat pad, cleaning kit, and instructions for cleaning and installing the new seat pad, which speak for themselves. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of a Reddit post, the document speaks for itself. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph. The remaining allegations in this paragraph are denied.

139.    Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. The remaining allegations of this paragraph are denied.

-21-

CROWELL & MORING LLP
ATTORNEYS AT LAW

140.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

141.    Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. Nuna otherwise denies the allegations contained in this paragraph as characterizations offered without definition or context.

142.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient information to admit or deny the allegations in this paragraph concerning consumer knowledge, actions, or beliefs. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of the Recall Notice, the document speaks for itself. Otherwise denied.

143.    Nuna denies the allegations in this paragraph that constitute a conclusion of law to which no responsive pleading is required. To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of the Recall Notice, the document speaks for itself. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback, those records also speak for themselves. Nuna otherwise denies that consumer statements represented herein were represented fully or in context, and therefore denies the remaining allegations in this paragraph.

144.    This paragraph states legal conclusions to which no responses are required. By way of further response, to the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback and Nuna's customer service records, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

145.    Nuna lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's knowledge, actions, or beliefs, and leaves Plaintiff to her proofs. The remaining allegations in this paragraph state legal conclusions to which no responses are required and are otherwise denied.

-22-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

146. Nuna lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding Plaintiffs' knowledge, actions, or beliefs, and leaves Plaintiffs to their proofs. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

147. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from NHTSA's and retailers' websites, those documents speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

148. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from retailers' websites, those documents speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

149. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from NHTSA's and retailers' websites and Nuna's customer service records, those documents speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

150. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from public records and NHTSA's website, those documents speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

151. To the extent this paragraph characterizes, summarizes, describes, or purports to quote a post from Nordstrom's website, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

152. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those

-23-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

153. To the extent this paragraph characterizes, summarizes, describes, or purports to quote consumer feedback from the customer service records Nuna provided to NHTSA, those records speak for themselves. Nuna otherwise denies that the statements represented herein are represented fully or in context and therefore denies the remaining allegations in this paragraph.

154. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

155. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

## VI. PLAINTIFFS' EXPERIENCES

156. Nuna admits that Plaintiff Tina Marie Barrales purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

157. Nuna admits that the model number for the RAVA car seat purportedly purchased by Plaintiff Barrales is subject to the recall. Nuna otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

158. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

159. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

160. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

161. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

162. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

-24-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

163.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

164.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

165.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

166.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

167.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

168.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

169.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations in this paragraph state legal conclusions to which no responses are required. Otherwise denied.

170.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

171.    Nuna admits that Plaintiff Alyna Smith purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

-25-

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

172.    Nuna admits that the model number for the RAVA car seat purportedly purchased by Plaintiff Smith is subject to the recall. Nuna otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

173.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

174.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

175.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

176.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

177.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

178.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of Nuna's customer service records, the document speaks for itself. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

179.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

180.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of Nuna's customer service records, the records speak for themselves. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

-26-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

181.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

182.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

183.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

184.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

185.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations in this paragraph state legal conclusions to which no responses are required. Otherwise denied.

186.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

187.    Nuna admits that Plaintiff Mariana Bernasconi Pelufo purports to reside as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

188.    Nuna admits that Plaintiff Mariana Bernasconi Pelufo purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

189.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

-27-

CROWELL & MORING LLP
ATTORNEYS AT LAW

190. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

191. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

192. This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

193. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

194. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

195. This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

196. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

197. This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Otherwise denied.

-28-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

198.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

199.    Nuna admits that Plaintiff Behnaz Faridian Kade purports to reside as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

200.    Nuna admits that Plaintiff Behnaz Faridian Kade purports to have made the purchases as alleged and otherwise lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

201.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

202.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

203.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

204.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

205.    This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

206.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

207.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of Nuna's customer service records, the records speak for themselves. Nuna

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

208.    This paragraph states legal conclusions to which no responses are required. Nuna otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

209.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

210.    Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

211.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of Nuna's customer service records, the records speak for themselves. Nuna otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

212.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of Nuna's customer service records, the records speak for themselves. Nuna otherwise denies that the statement quoted herein is quoted fully or in context and therefore denies the remaining allegations in this paragraph.

213.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

214.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an

-30-

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph regarding Plaintiff's motives, beliefs or understandings regarding her decision to purchase her car seat. The allegations in this paragraph are otherwise denied.

215. This paragraph states legal conclusions to which no responses are required. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

216. This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Otherwise denied.

217. Nuna lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

218. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

## VII.    TOLLING OF THE STATUTE OF LIMITATIONS

219. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

220. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations in this paragraph state legal conclusions to which no responses are required. Otherwise denied.

221. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

222.    Nuna admits only that it launched a refreshed version of the RAVA in or around the beginning of 2024. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

223.    Nuna admits only that it initiated a recall of certain RAVA Car Seats for the reasons described in the Recall Notice, which speaks for itself. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

224.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

225.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

226.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

227.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

228.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

229.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

230.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

231.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

232.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

233.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

-32-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

234. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

235. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

236. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

## VIII.    CLASS ACTION ALLEGATIONS

237. Nuna admits only that the FAC as filed by Plaintiffs seeks certification of a class as set forth in the FAC and denies that any such class may be certified.

238. Nuna admits only that the FAC as filed by Plaintiffs seeks certification of a class as set forth in the FAC and denies that any such class may be certified. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

239. Nuna admits only that Plaintiffs seek to reserve their rights and denies that any classes described herein may be certified.

240. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

241. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

242. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

243. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

244. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

245. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

246.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

## IX.    CLAIMS FOR RELIEF

### COUNT ONE
### Fraud
### (On behalf of Plaintiffs and the Class)

247.    Nuna incorporates its responses to Plaintiff's allegations made in all prior paragraphs as though fully set forth herein.

248.    Nuna admits that the FAC as filed by Plaintiffs seeks certification of a class and denies that such a class may be certified.

249.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

250.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

251.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

252.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

253.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

254.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

-34-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

255. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

256. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

257. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

258. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

259. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

260. This paragraph states legal conclusions to which no responses are required. Otherwise denied.

**COUNT TWO**
**Negligent Misrepresentation**
**(On behalf of Plaintiffs and the Class)**

261. Nuna incorporates its responses to Plaintiff's allegations made in all prior paragraphs as though fully set forth herein.

262. Nuna admits that the FAC as filed by Plaintiffs seeks certification of a class and denies that such a class may be certified.

263. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

264. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

-35-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

265.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

266.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

267.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

268.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

269.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

270.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

271.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

272.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

273.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss.

-36-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

**COUNT THREE**
**Violations of the California Consumers Legal Remedies Act,**
**Cal. Civ. Code §§ 1750, *et seq.***
**(On behalf of Plaintiffs and the Class)**

274.    Nuna incorporates its responses to Plaintiff's allegations made in all prior paragraphs as though fully set forth herein.

275.    Nuna admits that the FAC as filed by Plaintiffs seeks certification of a class and denies that such a class may be certified.

276.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

277.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

278.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Otherwise denied.

279.    To the extent this paragraph characterizes, summarizes, describes, or purports to quote the content of letters sent to Nuna, the documents speak for themselves. The remaining allegations in this paragraph state legal conclusions to which no responses are required and are otherwise denied.

280.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

281.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

-37-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

## COUNT FOUR
### Unlawful, Unfair, and Fraudulent Business Acts and Practices
### Cal. Bus. & Prof. Code §§ 17200, *et seq.*
### (On behalf of Plaintiffs and the Class)

282.    Nuna incorporates its responses to Plaintiff's allegations made in all prior paragraphs as though fully set forth herein.

283.    Nuna admits that the FAC as filed by Plaintiffs seeks certification of a class and denies that such a class may be certified.

284.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Otherwise denied.

285.    This paragraph states legal conclusions to which no responses are required. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. Otherwise denied.

286.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

287.    This paragraph states legal conclusions to which no responses are required. Otherwise denied.

## COUNT FIVE
### Violation of California False Advertising Law,
### Cal. Bus. & Prof. Code §§ 17500, *et seq.*
### (On behalf of Plaintiffs and the Class)

288.    Nuna incorporates its responses to Plaintiff's allegations made in all prior paragraphs as though fully set forth herein.

289.    Nuna admits that the FAC as filed by Plaintiffs seeks certification of a class and denies that such a class may be certified.

290.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97]

-38-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

291. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

292. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

293. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

294. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

295. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain

CROWELL & MORING LLP ATTORNEYS AT LAW

conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

296. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

297. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

298. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

299. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

300. Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

301.    Nuna makes no response to the allegations contained in this paragraph regarding claims that rely on an affirmative misrepresentation theory based on the Court's Ruling [Dkt. 97] granting that part of Nuna's Motion to Dismiss. The remaining allegations of this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any allegation requires a response, it is denied.

## JURY TRIAL DEMANDED

Defendant Nuna demands a trial by jury on all claims so triable.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' FAC fails, in whole or in part, to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs lack Article III standing because they have not suffered a concrete, particularized, and actual injury. Any alleged defect was remedied through the recall and repair program, and Plaintiffs suffered no cognizable economic loss, personal injury, or property damage.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are prudentially moot because Defendant's recall and repair program under the authority and oversight of NHTSA fully addresses the design issue underlying Plaintiffs' claims.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Defendant did not engage in any materially misleading or deceptive act or practice. The alleged conduct was truthful, non-misleading, disclosed to

-41-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

consumers, and/or concerned matters that could not have misled a reasonable consumer acting reasonably under the circumstances.

### FIFTH AFFIRMATIVE DEFENSE

The alleged statements underlying Plaintiffs' claims constitute non-actionable opinion, puffery, general statements of quality, or expressions of future intent, none of which may serve as the basis for any claim.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs cannot establish that any alleged conduct by Defendant caused their purported injuries. Any alleged loss was not caused by Defendant's acts or omissions but by intervening events, consumer misuse, or other factors unrelated to Defendant's conduct.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs seek recovery for speculative, hypothetical, or non-recoverable damages. Plaintiffs received the benefit of their bargain and/or a free repair or remediation, precluding any claim for actual damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or limited because Defendant voluntarily initiated a recall and repair program that fully remedied the alleged defect at no cost to consumers. Defendant acted promptly and reasonably, mitigating any alleged damages and eliminating any basis for injunctive or monetary relief.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or limited by the economic loss doctrine because they seek recovery for purely economic losses without alleging personal injury or damage to other property.

### TENTH AFFIRMATIVE DEFENSE

Any alleged injury or damage was caused in whole or in part by Plaintiffs' own acts or omissions, including misuse, failure to follow instructions, improper maintenance, or failure to participate in or complete the recall repair in a timely manner.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, including by failing to timely avail themselves of Defendant's recall and repair program.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, in whole or in part, are barred by applicable statutes of limitations.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot satisfy the requirements of Rule 23, including numerosity, commonality, typicality, adequacy, predominance, and superiority. Individual issues—including product usage, repair history, reliance, causation, notice, and damages—predominate over any common issues.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant's conduct complied with applicable federal and state regulations and standards, including those governing product safety and recalls, constituting a complete or partial defense to Plaintiffs' claims.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, in whole or in part, are barred or limited by the doctrines of waiver, estoppel, unclean hands, and laches.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, in whole or in part, are barred or limited by Plaintiffs' contributory negligence.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or limited for lack of consideration.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or limited by accord and satisfaction.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, in whole or in part, are barred or limited because Defendant's conduct was not knowing, willful or malicious.

-43-

CROWELL & MORING LLP
ATTORNEYS AT LAW

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO

**TWENTIETH AFFIRMATIVE DEFENSE**

Defendant asserts all statutory defenses available under the California Consumer Legal Remedies Act, the Unlawful, Unfair, and Fraudulent Business Acts and Practices Law and the California False Advertising Law.

**<u>RESERVATION OF RIGHTS</u>**

Defendant reserves the right to assert additional defenses as discovery proceeds.

Dated: July 15, 2026

BY:   */s/ Valerie M. Goo*
     **CROWELL & MORING LLP**
Valerie M. Goo (CA Bar No. 187334)
Branden Nikka
Kendyl Barnholtz
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
(213) 622-4750
vgoo@crowell.com
bnikka@crowell.com
kbarnholtz@crowell.com

Scott L. Winkleman (*pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
swinkleman@crowell.com

Robert A. Mantel (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: 212.223.4000
rmantel@crowell.com

-44-

DEF. NUNA BABY ESSENTIAL'S INC.'S ANSWER TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO. 4:25-CV-01284-AMO