**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email:  aedwards@milberg.com
        wladnier@milberg.com
        gwhitener@milberg.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: lking@kaplanfox.com
        mgeorge@kaplanfox.com
        ajd@kaplanfox.com
        colivares@kaplanfox.com

*Attorneys for Plaintiffs
and the Proposed Class*

[Additional Counsel Appear on Signature Page]

**CROWELL & MORING LLP**
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby
Essentials, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION | Case No. 3:25-cv-01284-AMO |
| | <u>CLASS ACTION</u> |
| | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

Plaintiffs Alyna Smith, Mariana Bernasconi Pelufo, and Behnaz Faridian Kade ("Plaintiffs") and Defendant Nuna Baby Essentials, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, this is one of six putative class action cases currently pending in six different District Courts alleging similar claims on behalf of consumers who purchased or own a Nuna RAVA convertible car seat (*Baig v. Nuna Baby Essentials, Inc.*, No. 5:25-cv-03327-JLS (E.D. Pa. Jun. 30, 2025); *Medema v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-07768 (N.D. Ill. July 9, 2025); *Chan v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-03985-LDH-PK (E.D.N.Y. July 17, 2025); *Roberts v. Nuna Baby Essentials, Inc.*, No. 2:25-cv-2209-KKE (W.D. Wash. Nov. 11, 2025); and *Moncada, et al. v. Nuna Baby Essentials, Inc.,* No. 1:25-cv-02592-PKC (S.D.N.Y. Mar. 28, 2025) (collectively, the "Related Cases"));

WHEREAS, on August 7, 2025, Plaintiffs filed the Consolidated Class Action Complaint in this matter, ECF No. 43;

WHEREAS, on August 8, 2025, the Court issued the initial Scheduling Order, ECF No. 47, setting class certification, expert, and private Alternative Dispute Resolution ("ADR") deadlines;

WHEREAS, no pretrial conference or trial dates have been set by the Court;

WHEREAS, Plaintiffs served Requests for Production on August 27, 2025, and Interrogatories on November 10, 2025;

WHEREAS, Defendant served Requests for Production and Interrogatories on November 7, 2025;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on August 28, 2025, ECF No. 49;

WHEREAS, Defendant's Motion to Dismiss was granted with leave to amend certain claims at a hearing held on January 7, 2026;

WHEREAS, on February 6, 2026, Plaintiffs filed the First Amended Consolidated Complaint ("FACC"), ECF No. 69, and the Parties fully briefed Defendant's Motion to Dismiss the FACC, ECF Nos. 73, 76, 78, and oral argument was presented before this Court on April 16, 2026, ECF No. 85;

- 1 -    Case No. 3:25-cv-01284-AMO

WHEREAS, on February 18, 2026, the Parties filed a joint stipulation requesting a six-month extension of the ADR deadline while the Parties took discovery and pending resolution of Defendant's Motion to Dismiss, ECF No. 71, and the Court granted this request on March 2, 2026, ECF No. 74;

WHEREAS, on March 24, 2026, the Parties filed a joint stipulation requesting a ninety-day extension of class certification and discovery deadlines while the Motion to Dismiss was pending, ECF No. 82, and the Court granted this request on March 25, 2026, ECF No. 83;

WHEREAS, on July 1, 2026, Defendant's Motion to Dismiss the FACC was granted in part and denied in part, ECF No. 97;

WHEREAS, on July 15, 2026, Defendant filed its Answer to the FACC, ECF No. 104;

WHEREAS, the pleadings in this matter are now settled, allowing the Parties to focus their remaining litigation efforts, including discovery and expert reports, on Plaintiffs' remaining causes of action and Defendant's affirmative defenses;

WHEREAS, the Parties have cooperatively and diligently coordinated discovery across several related cases pending in other federal courts to conserve the resources of the Parties and encourage judicial economy;

WHEREAS, the Parties have engaged in extensive discovery in this Case and the Related Cases during the preceding months including:

- Serving and responding to the Parties' Requests for Production and Interrogatories;
- Negotiation of confidentiality and ESI orders and document search term protocols regarding Plaintiffs' Document Requests;
- Extensive meet and confers in order to resolve discovery disputes when possible;
- Defendant's production and Plaintiffs' review of about 41,000 pages of 13,000 documents to date;
- Defendant's depositions of most of the Plaintiffs in the Related Cases;
- Plaintiffs' deposition of a Nuna employee on June 25, 2026 and Plaintiffs' noticed depositions of additional current and former Nuna employees currently scheduled for July 27, 28, 30, and 31, 2026, and August 4, 5, and 6, 2026; and

- 2 -                    Case No. 3:25-cv-01284-AMO

- Plaintiffs' issuance of ten third-party subpoenas to retailers and reviewing their document productions and engaging in continued negotiations;

WHEREAS, pursuant to this Court's Order, the Parties met and conferred regarding mediation and have selected the Hon. Elizabeth D. LaPorte (Ret.), formerly Chief United States Magistrate Judge for the Northern District of California, currently mediating with JAMS, and have scheduled a mediation in San Francisco, California, for August 5, 2026;

WHEREAS, the Parties have met and conferred and have agreed that continuing the current class certification and expert deadline schedule by approximately 45 days will conserve the Parties' and the Court's resources and facilitate meaningful and productive settlement discussions with Judge LaPorte on August 5, 2026, in a good-faith attempt to reach resolution. This modest continuance will allow the Parties to continue the currently scheduled depositions of Defendant's personnel until after the mediation and confer with their experts about the remaining issues for class certification proceedings, if necessary;

WHEREAS, the Parties have previously requested one extension of the class certification and expert deadlines, and one extension of the ADR deadline;

WHEREAS, the Parties submit that good cause exists for the proposed extension because they have been actively and diligently litigating this matter both in this Court and the Related Cases and believe the requested extension will preserve the Parties' resources and encourage judicial economy.

ACCORDINGLY, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

With the Court's permission, and good cause shown, the Parties' class certification, expert, and fact discovery deadlines be continued by approximately 45 days as follows:

- 3 -          Case No. 3:25-cv-01284-AMO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to complete private ADR | August 28, 2026 | August 28, 2026 |
| Status report re ADR | September 11, 2026 | September 11, 2026 |
| Plaintiffs' motion for class certification and class certification expert reports | August 14, 2026 | September 25, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, *Daubert* motion(s) | September 18, 2026 | October 30, 2026 |
| Plaintiffs' reply in support of motion for class certification and rebuttal class certification expert reports, *Daubert* motions, and opposition(s) to Defendant's *Daubert* motion(s) | October 16, 2026 | November 23, 2026 |
| Defendant's reply in support of *Daubert* motion(s), opposition to Plaintiffs' *Daubert* motion(s) | November 6, 2026 | December 18, 2026 |
| Plaintiffs' reply in support of *Daubert* motion(s) | November 20, 2026 | January 8, 2026 |
| Close of fact discovery (class and merits) | January 15, 2027 | February 26, 2027 |
| Hearing on motion for class certification and *Daubert* motions | To be set by the moving party based on the Court's availability at the time of filing. | To be set by the moving party based on the Court's availability at the time of filing. |

Respectfully submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

DATED:  July 24, 2026

By:  /s/ *William A. Ladnier*
William A. Ladnier

Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

- 4 -                    Case No. 3:25-cv-01284-AMO

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND DEADLINES

Email:  aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

**MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (866) 252-0878
Fax: (865) 522-0049
astraus@milberg.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (*pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462

*Attorneys for Plaintiff Alyna Smith and the
Proposed Class*


**KAPLAN FOX & KILSHEIMER LLP**

DATED:  July 24, 2026          By:  /s/ *Matthew B. George*
                                    Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *ajd@kaplanfox.com*
       *colivares@kaplanfox.com*

*Attorneys for Plaintiffs Mariana Bernasconi
Pelufo, Behnaz Faridian Kade, and the
Proposed Class*


**CROWELL & MORING LLP**

DATED:  July 24, 2026          By:  /s/ *Valerie M. Goo*
                                    Valerie M. Goo

Valerie M. Goo (SBN 187334)
VGoo@crowell.com

- 5 -                    Case No. 3:25-cv-01284-AMO

STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER TO EXTEND DEADLINES

Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby Essentials, Inc.*

- 6 -                    Case No. 3:25-cv-01284-AMO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

## [~~PROPOSED~~] ORDER

**PURSUANT TO THE STIPULATION,** and good cause shown, the following dates are modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to complete private ADR | August 28, 2026 | August 28, 2026 |
| Status report re ADR | September 11, 2026 | September 11, 2026 |
| Plaintiffs' motion for class certification and class certification expert reports | August 14, 2026 | September 25, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s) | September 18, 2026 | October 30, 2026 |
| Plaintiff's reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | October 16, 2026 | November 23, 2026 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | November 6, 2026 | December 18, 2026 |
| Plaintiff's reply in support of Daubert motion(s) | November 20, 2026 | January 8, 2026 |
| Close of fact discovery (class and merits) | January 15, 2027 | February 26, 2027 |
| Hearing on motion for class certification and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. | To be set by the moving party based on the Court's availability at the time of filing. |

**IT IS SO ORDERED**.

DATED: July 24, 2026

_____
The Honorable Araceli Martinez-Olguín
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES