**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email: *aedwards@milberg.com*
*wladnier@milberg.com*
*gwhitener@milberg.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*ajd@kaplanfox.com*
*colivares@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Appear on Signature Page]

**CROWELL & MORING LLP**
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby Essentials, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: NUNA BABY ESSENTIALS RAVA LITIGATION

Case No. 4:25-cv-01284-AMO

<u>CLASS ACTION</u>

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

Plaintiffs Alyna Smith, Mariana Bernasconi Pelufo, and Behnaz Faridian Kade ("Plaintiffs") and Defendant Nuna Baby Essentials, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, this is one of six putative class action cases currently pending in six different District Courts alleging similar claims on behalf of consumers who purchased or own a Nuna RAVA convertible car seat (*Baig v. Nuna Baby Essentials, Inc*., No. 5:25-cv-03327-JLS (E.D. Pa. Jun. 30, 2025); *Medema v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-07768 (N.D. Ill. July 9, 2025); *Chan v. Nuna Baby Essentials, Inc*., No. 1:25-cv-03985-LDH-PK (E.D.N.Y. July 17, 2025); *Roberts v. Nuna Baby Essentials, Inc*., No. 2:25-cv-2209-KKE (W.D. Wash. Nov. 11, 2025); and *Moncada, et al. v. Nuna Baby Essentials, Inc.,* No. 1:25-cv-02592-PKC (S.D.N.Y. Mar. 28, 2025) (collectively, the "Related Cases");

WHEREAS, the Parties have engaged in extensive discovery in the Related Cases, including this Action, *see* ECF No. 105, at 2-3;

WHEREAS, the Parties had previously scheduled seven depositions of Defendant's fact witnesses, both via video conference and in person;

WHEREAS, the Parties met and conferred and scheduled mediation before the Honorable Elizabeth D. Laporte (Ret.) of JAMS to occur in San Francisco, California, on August 5, 2026;

WHEREAS, this scheduled mediation required the Parties to reschedule all pending depositions of Defendant's fact witnesses;

WHEREAS, the Parties mediated in person before the Honorable Elizabeth D. Laporte (Ret.) of JAMS in San Francisco, California, on August 5, 2026;

WHEREAS, following mediation, the Parties promptly met and conferred to reschedule the postponed depositions of Defendant's fact witnesses;

WHEREAS, the Court previously extended the deadline by which Plaintiffs must submit their motion for class certification and class certification expert reports to September 25, 2026;

WHEREAS, the majority of the pending depositions cannot be rescheduled until mid-September, with the last of these seven depositions to be taken on September 21, 2026;

WHEREAS, the court reporter(s) will require time to prepare the transcripts for these seven depositions, and Plaintiffs' counsel will require time to obtain the transcripts;

WHEREAS, Plaintiffs' counsel and Plaintiffs' experts will require time to review the transcripts of these depositions following their completion;

WHEREAS, Plaintiffs' counsel will require time to incorporate relevant testimony from these deposition transcripts into Plaintiffs' motion for class certification, if necessary, and Plaintiffs' experts will require time to incorporate relevant testimony from these deposition transcripts into their expert reports, if necessary;

WHEREAS, the Parties have met and conferred and have agreed that a short extension of the current class certification and expert briefing schedule by approximately 14 days will allow the Parties to reschedule the pending depositions and provide sufficient time to review and incorporate relevant testimony into the class certification briefing;

WHEREAS, a 14-day extension of any briefing would conflict with a holiday, the Parties have met and conferred and agreed that a further, reasonable extension of that specific briefing deadline, and of the following briefing deadline, would be appropriate;

WHEREAS, the Parties do not believe an extension of any other non-briefing deadlines is necessary at this current time;

WHEREAS, the Parties have previously requested two extensions of the class certification and expert deadlines; and

WHEREAS, the Parties submit that good cause exists for the proposed extension because they have been actively and diligently litigating this matter both in this Court and the Related Cases and believe the requested extension will preserve the Parties' resources and encourage judicial economy.

ACCORDINGLY, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

With the Court's permission, and good cause shown, the Parties, class certification and expert deadlines be continued by approximately 14 days, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' motion for class certification and class certification expert reports | September 25, 2026 | October 9, 2026 |
| Status report re ADR | September 11, 2026 | September 11, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s) | October 30, 2026 | November 13, 2026 |
| Plaintiff's reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | November 23, 2026 | December 7, 2026 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | December 18, 2026 | January 6, 2027 |
| Plaintiff's reply in support of Daubert motion(s) | January 8, 2026 | January 25, 2027 |
| Close of fact discovery (class and merits) | February 26, 2027 | February 26, 2027 |
| Hearing on motion for class certification and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. | To be set by the moving party based on the Court's availability at the time of filing. |

DATED: August 25, 2026

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*ajd@kaplanfox.com*

*colivares@kaplanfox.com*

*Attorneys for Plaintiffs Mariana Bernasconi Pelufo, Behnaz Faridian Kade, and the Proposed Class*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

DATED: August 25, 2026

By: /s/ *William A. Ladnier*
William A. Ladnier

Adam A. Edwards (*pro hac vice*)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
Email: *aedwards@milberg.com*
*wladnier@milberg.com*
*gwhitener@milberg.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (866) 252-0878
Fax: (865) 522-0049
astraus@milberg.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (*pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462

*Attorneys for Plaintiff Alyna Smith, and the Proposed Class*

**CROWELL & MORING LLP**

DATED: August 25, 2026

By: /s/ *Valerie M. Goo*
Valerie M. Goo

Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Branden Nikka (SBN 352943)
BNikka@crowell.com
Kendyl Barnholtz (SBN 359694)
KBarnholtz@crowell.com
515 South Flower Street 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750

Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Scott L. Winkelman (*pro hac vice*)
SWinkelman@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant Nuna Baby Essentials, Inc*

***

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of August, 2026, at San Diego, California.

/s/ *Matthew B. George*
Matthew B. George

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION,** and good cause shown, the following dates are modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' motion for class certification and class certification expert reports | September 25, 2026 | October 9, 2026 |
| Status report re ADR | September 11, 2026 | September 11, 2026 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s) | October 30, 2026 | November 13, 2026 |
| Plaintiff's reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | November 23, 2026 | December 7, 2026 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | December 18, 2026 | January 6, 2027 |
| Plaintiff's reply in support of Daubert motion(s) | January 8, 2026 | January 25, 2027 |
| Close of fact discovery (class and merits) | February 26, 2027 | February 26, 2027 |
| Hearing on motion for class certification and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. | To be set by the moving party based on the Court's availability at the time of filing. |

**IT IS SO ORDERED.**

DATED: ______________________, 2026

______________________________
The Honorable Araceli Martinez-Olguín
United States District Judge